# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Stacy Kaye Arnold ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
City of St. Joseph ;
**County of Residence:** Buchanan County

Additional Defendants(s):
St. Joseph Public Library ;
Officer Rebecca Hailey ;
Roger Clary ;

**County Where Claim For Relief Arose:** Buchanan County

**Plaintiff's Attorney(s):**

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    Plaintiff: N/A
    Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** 42 U.S.C. § 1983. Deprivation of Constitutional Rights.
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 250
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** _[signature]_, pro se
**Date:** 10/06/2019