UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| STACY ARNOLD, | ) | |
|       Plaintiff, | ) | |
| v. | ) | Case No.: 5:19-CV-06137-BP |
| | ) | |
| CITY OF ST. JOSEPH, | ) | |
| ST. JOSEPH PUBLIC LIBRARY, | ) | |
| OFFICER REBECCA HAILEY (in her | ) | |
| Personal & professional capacity) and | ) | |
| ROGER CLARY | ) | |
|       Defendants. | ) | |

### DEFENDANT ROGER CLARY'S
### MOTION FOR EXTENSION OF TIME

Comes now the Defendant Roger Clary and requests an extension of time to answer or otherwise plead to Plaintiff's Complaint. Defendant Clary's responsive pleading is due on or before November 25, 2019. Due to counsel's demands on other legal matters, additional time is needed to prepare a responsive pleading. Defendant Clary would request an additional fourteen (14) days to December 9, 2019 to file his responsive pleading. Counsel for Defendant Clary has contacted Plaintiff and she has no objection to this requested extension.

WHEREFORE, Defendant Clary requests an additional fourteen (14) day to December 9, 2019 to answer or otherwise plead to Plaintiff's Complaint.

                                                BEAM-WARD, KRUSE, WILSON
                                                      & FLETES, LLC

                                              /s/ Mark Beam-Ward
                                              MARK BEAM-WARD, KS #10071
                                              8645 College Blvd., Suite 250
                                              Overland Park, KS 66210
                                              (913) 339-6888
                                              (913) 339-9653 (Fax)
                                              mbeamward@bkwflaw.com
                                              ATTORNEYS FOR DEFENDANT
                                              ROGER CLARY

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November 2019, a copy of the foregoing was e-mailed to:

Stacy K. Arnold
500 Westover Drive, #11589
Sandford, North Carolina 27330
(803) 428-7024
Stacy.kaye.arnold@gmail.com
PLAINTIFF

/s/ Mark Beam-Ward
MARK BEAM-WARD