4033.46

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, | ) |
| Plaintiff, | ) ) ) Case No. 19-CV-06137-BP |
| v. | ) ) |
| CITY OF ST. JOSEPH, ET AL., | ) ) |
| Defendants. | ) |

## DEFENDANT ST. JOSEPH PUBLIC LIBRARY'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**COMES NOW** Defendant St. Joseph Public Library ("Defendant") by and through its attorneys, McAnany, Van Cleave & Phillips, P.A. and requests additional time in which to plead in response to Plaintiff's Complaint for Declaratory Relief, Injunctive Relief and Damages (ECF No. 1).[1] The responsive pleading to the Plaintiff's Complaint for Declaratory Relief, Injunctive Relief and Damages (ECF No. 1) is presently due on or about November 25, 2019. The responsive pleading deadline for Defendant's responsive pleading has not expired as of the date of filing of this motion. No previous extensions have been requested. Due to counsel's demands on other legal matters, additional time is needed to prepare a responsive pleading. Defendant would request an additional fourteen (14) days, or until December 9, 2019, to file its responsive pleading. Counsel for Defendant has contacted Plaintiff and she has no objection to this requested extension.

WHEREFORE, Defendant St. Joseph Public Library requests an additional fourteen (14) days, until December 9, 2019, to answer or otherwise plead to Plaintiff's Complaint for

---

[1] In seeking an extension, Defendant expressly does not waive any other affirmative defenses available to it in this action including those enumerated in Fed.R.Civ.P. 8, 9 & 12. To the extent necessary to preserve any such defenses, Defendant raises the same herein.

1

Declaratory Relief, Injunctive Relief and Damages (ECF No. 1).

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com


By: /s/ Gregory P. Goheen
      Gregory P. Goheen    #58119

Attorneys for Defendant St. Joseph Public Library

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of November, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via U.S. mail, postage prepaid to the following:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*

Mark Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes, LLC
8645 College Boulevard, Suite 250
Overland Park, KS 66210
Attorneys for Defendant Roger Clary


                        /s/ Gregory P. Goheen

2

Case 5:19-cv-06137-BP  Document 12  Filed 11/25/19  Page 2 of 2