# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **STACY ARNOLD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 19-CV-06137-BP |
| v. | ) |
| | ) |
| **CITY OF ST. JOSEPH, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT ST. JOSEPH PUBLIC LIBRARY'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

COMES NOW, Defendant St. Joseph Public Library ("Defendant"), by and through its attorneys of record, and respectfully moves this Court for an extension of time to file its answer or other responsive pleading to Plaintiff's Complaint for Declaratory Relief, Injunctive Relief and Damages (ECF No. 1).[1] In support of this motion Defendant states as follows:

1. On or about November 25, 2019, counsel for Defendant sought an unopposed extension of time until December 9, 2019, to complete and file an answer or other responsive pleading to Plaintiff's Complaint for Declaratory Relief, Injunctive Relief and Damages (ECF No. 1). Therefore, this motion is timely.

2. Counsel for Defendant seeks an additional eleven (11) day extension of this deadline, or until December 20, 2019, due to counsel for Defendant's heavy briefing schedules in other matters, has been unable to complete the answer as presently due. Defendant believed it would be able to complete its responsive pleading during the extension period but was unable to

---

[1] In seeking an extension, Defendant expressly does not waive any other affirmative defenses available to it in this action including those enumerated in Fed.R.Civ.P. 8, 9 & 12. To the extent necessary to preserve any such defenses, Defendant raises the same herein.

1

do so due to the press of these other matters.

3. Counsel for Defendant has contacted Plaintiff and she has no objection to this requested extension.

4. Plaintiff will not be prejudiced by the granting of this extension and this extension will not materially interfere with any of the other deadlines in this case.

WHEREFORE, Defendant St. Joseph Public Library requests an additional eleven (11) days, until December 20, 2019, to answer or otherwise plead to Plaintiff's Complaint for Declaratory Relief, Injunctive Relief and Damages (ECF No. 1).

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
     Gregory P. Goheen   #58119

Attorneys for Defendant St. Joseph Public Library

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via U.S. mail, postage prepaid to the following:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*

Mark Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes, LLC
8645 College Boulevard, Suite 250
Overland Park, KS 66210
Attorneys for Defendant Roger Clary

Christopher L. Heigele
Steven F. Coronado
Baty Otto Coronado, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Attorneys for Defendants City of St. Joseph and Rebecca Hailey

/s/ Gregory P. Goheen