**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| STACY ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, | ) |
| ST. JOSEPH PUBLIC LIBRARY, | ) |
| OFFICER REBECCA HAILEY (IN HER | ) |
| PERSONAL AND PROFESSIONAL CAPACITY) | ) |
| AND ROGER CLARY | ) |
| | ) |
| | ) |
| Defendants | ) |

## NOTICE OF FILING FIRST AMENDED COMPLAINT

On 12/15/2019, Plaintiff filed her First Amended Complaint. Rule 15 of the Federal Rules of Civil Procedure allows a party to amend its pleading "once as a matter of course" either within "21 days after serving it," Fed. R. Civ. P. (a)(1)(A), or "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier," Fed. R. Civ. P. 15(a)(1)(B). This First Amended Complaint was filed as a matter of course, in accordance with a good faith interpretation of Fed. R. Civ. P. 15 (a)(1)(B). Plaintiff did not seek leave of the Court to amend, for fear that the same could potentially be interpreted as waiving her right to amend as a matter of course. *See Steele v. LVNV Funding* LLC, 2016 WL 593593 (E.D. Tenn. Feb. 12, 2016). The City of St. Joseph and Rebecca Hailey, which were the first parties to answer or otherwise respond to Plaintiff's Complaint, filed their answer with the Court on November 25, 2019. Plaintiff filed her First Amended Complaint on December 15, 2019, within 21 days after the City of St. Joseph's and Rebecca Hailey's responsive pleading.

Respectfully Submitted,

STACY ARNOLD, Plaintiff

/s/Stacy Arnold
Stacy Arnold
500 Westover Dr. #11589
Sanford, NC 27330
803-428-7024
stacy.kaye.arnold@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Amended Complaint was filed electronically with the Clerk of the Court on December 13, 2019, to be served by operation of the Court's electronic filing system upon all attorneys of record, including:

Christopher L. Heigele
Steven F. Coronado
Bay Otto Coronado PC – KCMO
4600 Madison Avenue
Suite 210
Kansas City, MO 64112-3019
cheigele@bayotto.com
scoronado@bayotto.com

Gregory P Goheen
McAnany, Van Cleave & Phillips, PA, - KCKS
10 East Cambridge Circle Drive
Ste. 300
Kansas City, KS 66103
ggoheen@mvplaw.com

Mark C. Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes LLC
8645 College Boulevard
Suite 250
Overland Park, KS 66210
mbeamward@bkwflaw.com

*Attorneys for Defendants*

_/s/ Stacy Arnold_____