# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| STACY ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, ) | |
| ST. JOSEPH PUBLIC LIBRARY, ) | |
| OFFICER REBECCA HAILEY (IN HER ) | |
| PERSONAL AND PROFESSIONAL CAPACITY) ) | |
| AND ROGER CLARY ) | |
| ) | |
| ) | |
| Defendants ) | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT ST. JOSEPH PUBLIC LIBRARY'S MOTION TO DISMISS PARTY

1. Plaintiff's response to Defendant St. Joseph Public Library's motion to dismiss party (Docket 22) is currently due on or before January 9, 2020.

2. Plaintiff is currently working very long hours, every day, on a work assignment that ends January 15, 2020, after which she will be taking some time off work.

3. That Plaintiff attempted to organize her life and work schedule around Court deadlines, and that those deadlines were somewhat unpredictable given other parties' requests for extensions, which were unopposed by Plaintiff.

4. Plaintiff now respectfully requests that this Court grant her an additional twenty-seven (27) days to file a response to the Library's motion to dismiss party. This would allow Plaintiff fourteen (14) days from the time that her work assignment ends to adequately research and respond to the Library's motion.

5. Plaintiff has conferred with the attorney for Defendant St. Joseph Public Library, and he has indicated that the Library will not oppose the relief requested herein.

6. That the granting of this motion will serve the interests of Justice and will prejudice no party.

WHEREFORE, Plaintiff respectfully prays that this Court grant her an additional twenty-seven (27) days, until January 29, 2020, to respond to Defendant St. Joseph Public Library's Motion to Dismiss Party.

Respectfully Submitted,

STACY ARNOLD, Plaintiff

/s/Stacy Arnold
Stacy Arnold
500 Westover Dr. #11589
Sanford, NC 27330
803-428-7024
stacy.kaye.arnold@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Amended Complaint was filed electronically with the Clerk of the Court on January 3, 2020, to be served by operation of the Court's electronic filing system upon:

Christopher L. Heigele
Steven F. Coronado
Bay Otto Coronado PC – KCMO
4600 Madison Avenue
Suite 210
Kansas City, MO 64112-3019
cheigele@bayotto.com
scoronado@bayotto.com
*Attorneys for Defendants*
*City of St. Joseph, Missouri,*
*Officer Rebecca Hailey*

Gregory P Goheen
McAnany, Van Cleave & Phillips, PA-KCKS
10 East Cambridge Circle Drive
Ste. 300
Kansas City, KS 66103
ggoheen@mvplaw.com
*Attorneys for Defendant*
*St. Joseph Public Library*

Mark C. Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes LLC
8645 College Boulevard
Suite 250
Overland Park, KS 66210
mbeamward@bkwflaw.com
*Attorneys for Defendant*
*Roger Clary*

                                         _/s/ Stacy Arnold_____