IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF ST. JOSEPH, ST. JOSEPH PUBLIC LIBRARY, OFFICER REBECCA HAILEY in her personal and professional capacity) and ROGER CLARY,<br><br>               Defendants. | Case No. 5:19-CV-06137-BP |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P 26(f) and Local Rule 26.1(a), Plaintiff Stacy Arnold, Pro Se, Christopher Heigele on behalf of Defendants City of St. Joseph, Missouri, Officer Rebecca Hailey, Gregory Goheen, Esq. on behalf of St. Joseph Public Library and Mark Beam-Ward, Esq. on behalf of Defendant Roger Clary conferred on December 20, 2019. The parties now submit this Joint Proposed Scheduling Order. The parties recommend that the Court adopt the deadlines set forth below.

      1.      The parties respectfully request that this matter be scheduled for a jury trial on or after **March 1, 2021**, at the Unites States Courthouse in Kansas City, Missouri. Based on the number of parties and issues to be tried in this case, the parties anticipate that trial will last **four (4) days.**

      2.      The parties will exchange Rule 26 Disclosures on or before **January 15, 2020.**

      3.      Any motion to join additional parties shall be filed on or before **February 15, 2020**.

      4.      Any motion to amend the pleadings shall be filed on or before **February 15, 2020.**

1

5. All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before **July 1, 2020.**

6. The plaintiff shall designate any expert witnesses she intends to call at trial on or before **April 15, 2020**.

7. The defendants shall designate any expert witnesses they intend to call at trial on or before **June 1, 2020**.

8. All dispositive motions, except those under FRCP 12(h)(2) or (3), shall be filed on or before **September 1, 2020**.

9. Daubert motions shall be filed on or before **September 1, 2020.**

**Approved and Submitted By:**

| | |
|---|---|
| Stacy Arnold | Mark Beam-Ward |
| 500 Westover Dr. #11589 | Beam-Ward, Kruse, Wilson & Fletes, LLC |
| Sanford, NC 27330 | 8645 College Boulevard, Suite 250 |
| Stacy.kaye.arnold@gmail.com | Overland Park, KS 66210 |
| Plaintiff Pro Se | Attorneys for Defendant Roger Clary |
| | |
| Christopher L. Heigele | Gregory P. Goheen |
| Baty Otto Coronado PC | McAnany, Van Cleave & Phillips, P.A. |
| 4600 Madison Avenue, Suite 210 | 10 E. Cambridge Circle Drive, Suite 300 |
| Kansas City, MO 64112 | Kansas City, Kansas 66103 |
| Attorneys for Defendant City of St. Joseph | Attorneys for Defendant St. Joseph Public Library |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Court via ECF filing system on January 10, 2020.

/s/ Christopher L. Heigele
Attorneys for Defendants