IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ST. JOSEPH, ST. JOSEPH PUBLIC LIBRARY, OFFICER REBECCA HAILEY in her personal and professional capacity) and ROGER CLARY,<br><br>Defendants. | Case No. 5:19-CV-06137-BP |

## CERTIFICATE OF SERVICE

COME NOW Defendants City of St. Joseph, Missouri and Rebecca Hailey, by counsel, and hereby certifies the following documents:

1. Defendants Initial Rule 26 Disclosures;

2. Defendants City of St. Joseph and Rebecca Hailey's First Request for Production of Documents to Plaintiff;

3. Defendant City of St. Joseph and Rebecca Hailey's First Interrogatories to Plaintiff;

were served via electronic mail in WORD and PDF formats to:

Stacy Arnold
500 Westover Dr. #11589
Sanford, NC 27330
Stacy.kaye.arnold@gmail.com
Plaintiff Pro Se

1

Respectfully submitted,

**BATY OTTO CORONADO PC**

/s/ Christopher L. Heigele
---
Steven F. Coronado           MBN 36392
Christopher L. Heigele       MBN 45733
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
scoronado@batyotto.com
cheigele@batyotto.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Court via the ECF filing system on January 10, 2020, with a copy going by electronic mail to:

| | |
|---|---|
| Stacy Arnold<br>500 Westover Dr. #11589<br>Sanford, NC 27330<br>Stacy.kaye.arnold@gmail.com<br>Plaintiff Pro Se | Mark Beam-Ward<br>Beam-Ward, Kruse, Wilson & Fletes, LLC<br>8645 College Boulevard, Suite 250<br>Overland Park, KS 66210<br>mbeamward@bkwflaw.com<br>Attorneys for Defendant Roger Clary |
| Gregory P. Goheen<br>McAnany, Van Cleave & Phillips, P.A.<br>10 E. Cambridge Circle Drive, Suite 300<br>Kansas City, Kansas 66103<br>ggoheen@mvplaw.com<br>Attorneys for Defendant St. Joseph Public Library | |

                                             /s/ Christopher L. Heigele
                                             Attorneys for Defendants

2

Case 5:19-cv-06137-BP   Document 30   Filed 01/10/20   Page 2 of 2