4033.46

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, | ) |
| Plaintiff, | ) ) ) ) Case No. 19-CV-06137-BP |
| v. | ) ) |
| CITY OF ST. JOSEPH, ET AL., | ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

Defendant St. Joseph Public Library states to the Court that on January 15, 2020 it served its disclosures required by Rule 26(a)(1) upon plaintiff via U.S. mail, postage prepaid, and upon counsel for co-defendants via electronic mail.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone:  (913) 371-3838
Facsimile:   (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
      Gregory P. Goheen  #58119

Attorneys for Defendant St. Joseph Public Library

# CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided electronic notice to:

Mark Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes, LLC
8645 College Boulevard, Suite 250
Overland Park, KS 66210
Attorneys for Defendant Roger Clary

Christopher L. Heigele
Steven F. Coronado
Baty Otto Coronado, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Attorneys for Defendants City of St. Joseph and Rebecca Hailey

and sent a copy via U.S. mail, postage prepaid to:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*

                                          /s/ Gregory P. Goheen