# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| STACY ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, | ) |
| ST. JOSEPH PUBLIC LIBRARY, | ) |
| OFFICER REBECCA HAILEY (IN HER | ) |
| PERSONAL AND PROFESSIONAL CAPACITY) | ) |
| AND ROGER CLARY | ) |
| | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SUR-REPLY TO THE LIBRARY'S REPLY TO PLAINTIFF'S SUGGESTIONS IN OPPOSITION TO DISMISSAL

COMES NOW Plaintiff, Stacy Arnold, and in accordance with Local Rule 15 (1) (a) respectfully requests leave to file a sur-reply to the Library's reply suggestions in support of its dismissal motion in the form of an affidavit, which is attached to this Motion as Exhibit 1. In support of this motion, Plaintiff states as follows:

1. In its reply suggestions to Plaintiff's suggestions in opposition to the Library's motion to dismiss, the library claims that "[Plaintiff] has not returned to the Library since her arrest and after the policy was enacted" (ECF 44, p. 4) and that "Plaintiff has made no attempt to return to canvas [sic] at the library under its new policy." (ECF 44, p. 5).

2. The preceding claim is materially and unambiguously false, and it provides foundation for the library's argument that Plaintiff lacks standing.

3. As shown in Exhibit 1, Plaintiff absolutely has returned to the Library since her arrest and after the policy was enacted, on multiple occasions. Moreover, in that time, Plaintiff has had significant, substantive conversations with employees or agents of the Library regarding her presence and her canvassing activities at the Library. It cannot possibly be lost on the Library that Plaintiff was present there on the occasions described in Exhibit 1.

4. To the extent that the Library's reply suggestions in support of its dismissal motion rely on the assertion that Plaintiff has not returned to the library to canvass since the implementation of the new policy, a sur-reply in the form of the attached affidavit is necessary for the Court to render a decision on a fully-informed basis.

WHEREFORE, Plaintiff respectfully requests to file the attached sur-reply and affidavit describing and attesting to Plaintiff's return to the library, and her canvassing there.

                Respectfully Submitted,

                STACY ARNOLD, Plaintiff

                /s/Stacy Arnold
                Stacy Arnold
                500 Westover Dr. #11589
                Sanford, NC 27330
                803-428-7024
                stacy.kaye.arnold@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on February 18, 2020, to be served by operation of the Court's electronic filing system upon:

Christopher L. Heigele
Steven F. Coronado
Bay Otto Coronado PC – KCMO
4600 Madison Avenue
Suite 210
Kansas City, MO 64112-3019
cheigele@batyotto.com
scoronado@batyotto.com
*Attorneys for Defendants*
*City of St. Joseph, Missouri,*
*Officer Rebecca Hailey*

Mark C. Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes LLC
8645 College Boulevard
Suite 250
Overland Park, KS 66210
mbeamward@bkwflaw.com
*Attorneys for Defendant*
*Roger Clary*

Gregory P Goheen
McAnany, Van Cleave & Phillips, PA-KCKS
10 East Cambridge Circle Drive
Ste. 300
Kansas City, KS 66103
ggoheen@mvplaw.com
*Attorneys for Defendant*
*St. Joseph Public Library*

                                                                                                        /s/ Stacy Arnold_____