**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| STACY ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, | ) | |
| ST. JOSEPH PUBLIC LIBRARY, | ) | |
| OFFICER REBECCA HAILEY (IN HER | ) | |
| PERSONAL AND PROFESSIONAL CAPACITY) | ) | |
| AND ROGER CLARY | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR EXTENSION OF TIME

Comes now, Plaintiff, Stacy Arnold and respectfully moves the Court to grant an

extension of seven (7) days for Plaintiff to respond to Defendant Clary's motion for summary

judgment (ECF 51). In support of this motion, Plaintiff states as follows:

1) On March 24, 2020, Plaintiff reached out to counsel for Defendant Clary and proposed

    an agreement to dismiss Defendant Clary from this action and that neither party seek

    costs or fees from the other party.

2) Plaintiff was amenable to additional stipulations of the agreement set forth by Defendant

    and worked in good faith with counsel for Defendant to establish mutually agreed upon

    wording and finalize the agreement.

3) There are three (3) parties to the proposed agreement, which is not yet finalized (signed)

    by all parties. Based on Plaintiff's communication with counsel for Defendant Clary, she

    has no reason to believe that the agreement will not be finalized.

1

4) While Plaintiff remains in communication with counsel for Defendant, Plaintiff disagrees with arguments set forth in ECF 52, particularly part (c), and wishes to preserve the opportunity to respond to Defendant Clary's summary judgment motion in the event that an agreement is not finalized.

5) Plaintiff's reply suggestions to Defendant Clary's motion for summary judgment are due tomorrow, April 3, 2020.

6) In Plaintiff's view, a seven (7) day extension, until April 9, 2020, should give all parties to the proposed agreement a reasonable amount of time to finalize it, and Plaintiff would plan to file reply suggestions to Defendant Clary's motion for summary judgment on the last day of the extension (if granted) should an agreement remain unfinalized.

7) Plaintiff has conferred with counsel for Defendant Clary and counsel indicated that he would not oppose this requested extension.

WHEREFORE, Plaintiff respectfully requests an extension of seven (7) days to respond to Defendant Clary's motion for summary judgment.

Respectfully Submitted,

STACY ARNOLD, Plaintiff

/s/Stacy Arnold

Stacy Arnold
500 Westover Dr. #11589
Sanford, NC 27330
803-428-7024
stacy.kaye.arnold@gmail.com

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically with the

Clerk of the Court on April 2, 2020, to be served by operation of the Court's electronic filing

system upon:

Christopher L. Heigele
Steven F. Coronado
Bay Otto Coronado PC – KCMO
4600 Madison Avenue
Suite 210
Kansas City, MO 64112-3019
cheigele@batyotto.com
scoronado@batyotto.com
*Attorneys for Defendants*
*City of St. Joseph, Missouri,*
*Officer Rebecca Hailey*

Mark C. Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes LLC
8645 College Boulevard
Suite 250
Overland Park, KS 66210
mbeamward@bkwflaw.com
*Attorneys for Defendant*
*Roger Clary*

Gregory P Goheen
McAnany, Van Cleave & Phillips, PA-KCKS
10 East Cambridge Circle Drive
Ste. 300
Kansas City, KS 66103
ggoheen@mvplaw.com
*Attorneys for Defendant*
*St. Joseph Public Library*

3