IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ST. JOSEPH, ST. JOSEPH PUBLIC LIBRARY, OFFICER REBECCA HAILEY in her personal and professional capacity and, ROGER CLARY,<br><br>    Defendants. | Case No. 5:19-CV-06137-BP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff and Defendant Roger Clary pursuant to Fed. Rule of Civil Procedure 41(a)(1)(ii) and stipulate that they have agreed to dismiss with prejudice all claims between them, including any claims for attorney fees and costs. This stipulation does not apply to any claims Plaintiff is making against the other defendants in this litigation, as Plaintiff continues to pursue those claims.

Respectfully submitted,

/s/ Mark Beam-Ward
Mark Beam-Ward    KS #10071
Beam-Ward, Kruse, Wilson &
    Fletes, LLC
8645 College Boulevard, Suite 250
Overland Park, KS 66210
Phone: 913-339-6888
Fax: 913-339-9653
mbeamward@bkwflaw.com
**Attorneys for Defendant Roger Clary**

Stacy Arnold
Stacy Arnold
500 Westover Drive, #11589
Sanford, NC 27330
(803) 428-7024
Stacy.kaye.arnold@gmail.com