# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| STACY ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, | ) |
| ST. JOSEPH PUBLIC LIBRARY, | ) |
| OFFICER REBECCA HAILEY (IN HER | ) |
| PERSONAL AND PROFESSIONAL CAPACITY) | ) |
| AND ROGER CLARY | ) |
| | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff, Stacy Arnold, and hereby certifies that her First Requests for Admissions to Defendant Hailey were served via electronic mail in WORD and PDF formats to:

Christopher L. Heigele
Steven F. Coronado
Bay Otto Coronado PC – KCMO
4600 Madison Avenue
Suite 210
Kansas City, MO 64112-3019
cheigele@batyotto.com
scoronado@batyotto.com
*Attorneys for Defendants*
*City of St. Joseph, Missouri,*
*Officer Rebecca Hailey*

RESPECTFULLY SUBMITTED

STACY ARNOLD, Plaintiff

 /s/Stacy Arnold
Stacy Arnold
500 Westover Dr. #11589
Sanford, NC 27330
803-428-7024
stacy.kaye.arnold@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on April 30 2020, to be served by operation of the Court's electronic filing system upon:

Christopher L. Heigele
Steven F. Coronado
Bay Otto Coronado PC – KCMO
4600 Madison Avenue
Suite 210
Kansas City, MO 64112-3019
cheigele@batyotto.com
scoronado@batyotto.com
*Attorneys for Defendants*
*City of St. Joseph, Missouri,*
*Officer Rebecca Hailey*

Gregory P Goheen
McAnany, Van Cleave & Phillips, PA-KCKS
10 East Cambridge Circle Drive
Ste. 300
Kansas City, KS 66103
ggoheen@mvplaw.com
*Attorneys for Defendant*
*St. Joseph Public Library*

 _/s/ Stacy Arnold_