IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD,<br><br>                 Plaintiff,<br><br>v.<br><br>CITY OF ST. JOSEPH, ST. JOSEPH PUBLIC LIBRARY, OFFICER REBECCA HAILEY (in her personal and professional capacity) and ROGER CLARY,<br><br>                 Defendants. | Case No. 19-06137-CV-SJ-BP |

## CERTIFICATE OF SERVICE

COMES NOW Defendant Rebecca Hailey, by counsel, and hereby certifies Defendant Hailey's Objections and Responses to Plaintiff Stacy Arnold's First Request for Admissions, was served on May 29, 2020, via electronic mail in PDF format to:

Stacy Arnold
500 Westover Dr. #11589
Sanford, NC 27330
Stacy.kaye.arnold@gmail.com
Plaintiff Pro Se

                 Respectfully submitted,

                 **BATY OTTO CORONADO PC**

                 /s/ Christopher L. Heigele
                 Steven F. Coronado        MBN 36392
                 Christopher L. Heigele    MBN 45733
                 4600 Madison Avenue, Suite 210
                 Kansas City, Missouri 64112
                 Telephone:  (816) 531-7200
                 Facsimile:   (816) 531-7201
                 scoronado@batyotto.com
                 cheigele@batyotto.com
                 ATTORNEYS FOR DEFENDANTS CITY OF ST. JOSEPH AND REBECCA HAILEY

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2020, the above and foregoing document was served via electronic mail in PDF format to:

| | |
|---|---|
| Stacy Arnold<br>500 Westover Dr. #11589<br>Sanford, NC 27330<br>Stacy.kaye.arnold@gmail.com<br>Plaintiff Pro Se | Gregory P. Goheen<br>McAnany, Van Cleave & Phillips, P.A.<br>10 E. Cambridge Circle Drive, Suite 300<br>Kansas City, Kansas 66103<br>ggoheen@mvplaw.com<br>Attorneys for Defendant St. Joseph Public Library<br><br>/s/ Christopher L. Heigele<br>Attorney for Defendants |