4033.46

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 19-CV-06137-BP |
| v. | ) |
| | ) |
| CITY OF ST. JOSEPH, ET AL., | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

Defendant St. Joseph Public Library certifies to the Court that on June 2, 2020, it served its First Requests for Production of Documents to Plaintiff upon Plaintiff and counsel for Defendants City of St. Joseph and Rebecca Hailey via electronic mail.

    Respectfully submitted,

    McANANY, VAN CLEAVE & PHILLIPS, P.A.
    10 E. Cambridge Circle Drive, 300
    Kansas City, Kansas  66103
    Telephone:   (913) 371-3838
    Facsimile:   (913) 371-4722
    E-mail: ggoheen@mvplaw.com

    By:  /s/ Gregory P. Goheen
        Gregory P. Goheen    #58119

    Attorneys for Defendant St. Joseph Public Library

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 2nd day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*

Steven F. Coronado
Christopher L. Heigele
Baty Otto Coronado, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Attorneys for Defendants City of St. Joseph and Rebecca Hailey

                /s/ Gregory P. Goheen