# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-CV-06137-BP |
| CITY OF ST. JOSEPH, ET AL., | ) |
| Defendants. | ) |

## DEFENDANTS ST. JOSEPH PUBLIC LIBRARY, CITY OF ST. JOSEPH AND REBECCA HAILEY'S UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

**COME NOW** Defendants St. Joseph Public Library, City of St. Joseph and Rebecca Hailey ("Defendants") by and through their attorneys of record and move this Court for an extension of time to respond to Plaintiff's Motion for Protective Order and Suggestions in Support (ECF No. 69). Defendants state the following in support of this Motion:

1. Plaintiff filed her Motion for Protective Order and Suggestions in Support (ECF No. 69) on July 16, 2020.

2. Defendants' response is due July 30, 2020. Therefore this motion is timely.

3. Defendants' counsel have been working on their response to Plaintiff's Motion but have been unable to complete them due to the press of other matters to include summary judgment briefing in separation actions. Accordingly, Defendants request a seven (7) day extension through and up to August 6, 2020, to file their responses.

4. Defendants are constrained to make this request out of necessity and not for the purpose of causing any unnecessary delay.

5. Defendants have sought no prior extensions to this deadline.

6. The proposed extension of this deadline will not create any delays in this matter.

7. Defendants' counsel has contacted Plaintiff regarding the requested extension of time and Plaintiff has no objection to the requested extension.

WHEREFORE, Defendants St. Joseph Public Library, City of St. Joseph and Rebecca Hailey request that this Court grant them an additional seven (7) business days up to and including August 6, 2020 within which to file their responses to Plaintiff's Motion for Protective Order and Suggestions in Support (ECF No. 69).

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com


By: /s/ Gregory P. Goheen
    Gregory P. Goheen         #58119

Attorneys for Defendant St. Joseph Public Library

BATY OTTO CORONADO, PC
4600 Madison Avenue, Suite 210
Kansas City, Missouri 64112
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
E-mail: cheigle@batyotto.com
        scoronado@batyotto.com

By: /s/ Christopher L. Heigele
    Steven F. Coronado        #36392
    Christopher L. Heigle     #45733


Attorneys for Defendants City of St. Joseph and Rebecca Hailey

## CERTIFICATE OF SERVICE

       I hereby certify that on the 30th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*


       /s/ Gregory P. Goheen