,IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| STACY ARNOLD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, ST. JOSEPH PUBLIC LIBRARY, OFFICER REBECCA HAILEY (IN HER PERSONAL AND PROFESSIONAL CAPACITY) AND ROGER CLARY | ) |
| Defendants | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT ST. JOSEPH PUBLIC LIBRARY'S MOTION FOR AN EXTENSION OF TIME**

Plaintiff notes that she does not object to the Library's requested extension of time to file a response to her Motion for a Protective Order, and hopes that Defendants will offer her the same consideration should she need an extension in the future. Plaintiff also notes that the dispositive motion deadline is steadily approaching, and it seems likely to Plaintiff that Defendants may want an extension. Plaintiff is in communication with Defendants regarding this matter and respectfully requests that if they plan to move the Court for an extension to the dispositive motion deadline that they do so far enough in advance to ensure that Plaintiff can request the same deadline, and further notes to the Court that she would like the same effective dispositive motion deadline as Defendants.

1

RESPECTFULLY SUBMITTED

STACY ARNOLD, Plaintiff

/s/Stacy Arnold
Stacy Arnold
500 Westover Dr. #11589
Sanford, NC 27330
803-428-7024
stacy.kaye.arnold@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on July 31, 2020, to be served by operation of the Court's electronic filing system upon:

| | |
|---|---|
| Christopher L. Heigele<br>Steven F. Coronado<br>Bay Otto Coronado PC – KCMO<br>4600 Madison Avenue<br>Suite 210<br>Kansas City, MO 64112-3019<br>cheigele@batyotto.com<br>scoronado@batyotto.com<br>*Attorneys for Defendants*<br>*City of St. Joseph, Missouri,*<br>*Officer Rebecca Hailey* | Gregory P Goheen<br>McAnany, Van Cleave & Phillips, PA-KCKS<br>10 East Cambridge Circle Drive<br>Ste. 300<br>Kansas City, KS 66103<br>ggoheen@mvplaw.com<br>*Attorneys for Defendant*<br>*St. Joseph Public Library* |

