4033.46

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 19-CV-06137-BP |
| v. | ) |
| | ) |
| CITY OF ST. JOSEPH, ET AL., | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of Plaintiff Stacy Arnold will be taken on Friday, September 18, 2020, beginning at 9:30 a.m. before an authorized court reporter and will continue until completed. The deposition will be recorded by stenographic means and will be held via web conferencing program.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com


By: /s/ Gregory P. Goheen
 Gregory P. Goheen         #58119

Attorneys for Defendant St. Joseph Public Library

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 11th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*

Steven F. Coronado
Christopher L. Heigele
Baty Otto Coronado, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Attorneys for Defendants City of St. Joseph and Rebecca Hailey

                                      /s/ Gregory P. Goheen

2

Case 5:19-cv-06137-BP   Document 79   Filed 09/11/20   Page 2 of 2