Approved by the Board of Trustees
of the St. Joseph Public Library on 3/8/2010

## ST. JOSEPH PUBLIC LIBRARY

### Guidelines for Petitioning and Distribution of Literature on Library District Property

Pursuant to the authority granted to the Library District under RSMo § 182.230, this policy establishes reasonable rules and regulations controlling petitioning and distributing literature to employees or patrons on Library District property by individuals herein referred to as Petitioners.

Persons are prohibited from engaging in the personal distribution of literature to library employees and patrons in Library District buildings and grounds except as provided herein. Government agencies that disseminate information in District buildings pursuant to the approval of the Library Director or his/her designee are not engaged in petition or distribution of literature as defined in this policy, and are not subject to the restrictions herein.

Petitioning and distribution of literature is allowed in the following circumstances:

1. Inside a library, petitions are allowed only in the context of scheduled meetings in library meeting rooms. Petitioners may not stand outside the library meeting rooms.
2. Petitioners may stand outside library buildings on Library District property in areas designated by staff, away from entrances, but must not impede traffic, or pursue patrons. Literature may be distributed at locations designated by staff outside library buildings on library property in areas designated by staff, away from entrances, but must be done in a manner that does not impede traffic.

The allowance of any petition or distribution of literature on Library District property as provided hereunder shall not be deemed to constitute an endorsement by the Library District of the content of such petition or distribution of literature.

Any person wishing to appeal or otherwise question the enforcement of a restriction under this policy should be referred to the Library Director or his/her designee.

This policy is not designed to prohibit the initial access of any person to Library District property, and shall be enforced without prejudice or arbitrary distinctions between individuals or classes of individuals.

**EXHIBIT C**