# Mary Beth Revels

**From:** Mary Beth Revels
**Sent:** Tuesday, January 30, 2018 1:53 PM
**To:** Maryann Knorr
**Subject:** RE: signatures
**Attachments:** Guidelines for Petitioning & Distribution of Literature.doc

Shirley called me. The library owns the land where we constructed the library. We must and do allow petitioners on library property. We have the policy "Guidelines for Petitioning & Distribution of Literature" that addresses this.

**From:** Maryann Knorr
**Sent:** Tuesday, January 30, 2018 1:46 PM
**To:** Mary Beth Revels <MRevels@sjpl.lib.mo.us>
**Subject:** RE: signatures

I didn't talk to her and Shirley didn't even know she was out there so obviously she didn't check in with anyone. Not sure how we stand if the mall doesn't allow petitioners and it's on their property? I think Shirley is checking it out.

**From:** Mary Beth Revels
**Sent:** Tuesday, January 30, 2018 12:55 PM
**To:** Maryann Knorr; Shirley Blakeney
**Subject:** RE: signatures

Good grief. Did you let her know where we allow petitioners to be?

**From:** Maryann Knorr
**Sent:** Tuesday, January 30, 2018 12:32 PM
**To:** Mary Beth Revels <MRevels@sjpl.lib.mo.us>; Shirley Blakeney <SBlakeney@sjpl.lib.mo.us>
**Subject:** FW: signatures

She refused to leave so Mall pressed charges for trespassing and the police loaded her in the car and took her away.
She was videotaping the whole thing and saying they had no right and it was her right to be there etc.
I have no idea what the petition was for

**From:** Maryann Knorr
**Sent:** Tuesday, January 30, 2018 12:26 PM
**To:** Mary Beth Revels <MRevels@sjpl.lib.mo.us>
**Subject:** signatures

Shirley is at lunch.
There is a woman trying to get signatures out front and going up to our patrons as they get out of their cars and they are complaining as would I.
I called Mall security to see what the Mall rules are on signature getter people (I know that's not the official title, ha)
They said they don't allow it and they'd be right over.
They talked to her and she wouldn't leave so they called the police.
Just want to know what the procedure is.

I know they a right to be out front but not to accoust our patrons.

Police are here now