# [Public Security Department Incident Report]

| 1. Incident Type | 2. Report Number |
|---|---|
| Tresspass | 18-069001 |

| 3. Incident Location | 4. Time/Date of Incident | 5. Time/Date of Report |
|---|---|---|
| Library | 1205 / 01-30-2018 | 0630 / 01-31-18 |

**Last Name:** (Circle: V, **S**, RP, W) Arnold
**First Name:** Stacy
**Middle Initial:**
**Sex:** F
**Race:** C

| Address | City | State | Zip Code | DOB | Age |
|---|---|---|---|---|---|
| | | | | | |

| Social Security Number | Phone Number | Arrested: Yes | Hgt: 5'6 | Wgt: 125 | Hair/Eyes: Bro |
|---|---|---|---|---|---|

**Last Name:** (Circle: V, S, RP, W)
**First Name:**
**Middle Initial:**
**Sex:**
**Race:**

| Address | City | State | Zip Code | DOB | Age |
|---|---|---|---|---|---|
| Social Security Number | Phone Number | Arrested: | Hgt | Wgt | Hair/Eyes |

**Last Name:** (Circle: V, S, RP, W)
**First Name:**
**Middle Initial:**
**Sex:**
**Race:**

| Address | City | State | Zip Code | DOB | Age |
|---|---|---|---|---|---|
| Social Security Number | Phone Number | Arrested: | Hgt | Wgt | Hair/Eyes |

**Last Name:** (Circle: V, S, RP, W)
**First Name:**
**Middle Initial:**
**Sex:**
**Race:**

| Address | City | State | Zip Code | DOB | Age |
|---|---|---|---|---|---|
| Social Security Number | Phone Number | Arrested: | Hgt | Wgt | Hair/Eyes |

| Vehicle Make/Model | Color | License Number/State | Towed: |
|---|---|---|---|
| VIN | | Tow Company | Tow Company Phone |
| Vehicle Make/Model | Color | License Number/State | Towed: |
| VIN | | Tow Company | Tow Company Phone |

| Tresspass Issued/Ban Length: Yes / 1 yr | Photos Taken? | Youth Supervision Violation? Y or N |
|---|---|---|
| Print Name | Signature: | Date: |

V = Victim    S = Subject/Suspect    RP = Reporting Party    W = Witness

| Quantity | Description of Property | | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

On Jan 30, 2018 R/o was called by Library worker Maryann concerning complaints she had been getting from people coming to the library and being stopped by a person after getting out of their vehicles and the person wanting them to sign a petition. R/o approached the petitioner and asked her to leave as we did not allow soliciting on Mall property without management approval. She began saying the laws have been changed and she has the right on library grounds as they are public. R/o again asked her to leave and when she wanted names, badge numbers and was almost belligerant R/o called SJPD non emergency and asked for an officer. R/o went back inside Library and Maryann again said they did not approve her to be doing the soliciting. When SJPD arrived R/o turned the situation over to Officers B Hailey and M Kneib. When Ms Arnold kept refusing to leave Officer Hailey asked if we wanted to prosecute Ms Arnold, R/o said yes as R/o could tell she was not going to leave. Officer Hailey put restraints on Ms Arnold and tooked her in the police car. - - - EOR - - -

| Officer Name: | Officer Signature: | Date: |
|---|---|---|
| R Clary | Roger Clary | 1-31-18 |