# Incident Report

Print Date/Time: 10/14/2019 09:34  
Login ID: gmurphy  

St Joseph Police Department  
ORI Number: MO0110100  

Incident: 2018-00007401

| | | | |
|---|---|---|---|
| Incident Date/Time: | 1/30/2018 12:10:00 PM | Incident Type: | Disturbance |
| Location: | 3702 FREDERICK AVE ST JOSEPH MO 64506 | Venue: | SJ |
| Phone Number: | (816)248-1889 | Source: | Telephone |
| Report Required: | No | Priority: | 2 |
| Prior Hazards: | No | Status: | In Progress |
| LE Case Number: | 2018-00007401 | Nature of Call: | |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| 207 | 34265-Hailey |
| 2X5 | 47672-Kneib |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Complainant | EAST HILLS MALL SECURITY | | | | | |
| 2 | E911 Caller | CLARY, ROGER | <UNKNOWN> | | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

## Disposition(s)

| Disposition | Count |
|---|---|
| RP | 1 |
| CL | 2 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

**EXHIBIT I**

Case 5:19-cv-06137-BP   Document 85-9   Filed 10/19/20   Page 1 of 11
SJ-CLARY-000001

# CAD Narrative

01/30/2018 12:10:26  gnorton  Narrative: IN FRONT OF THE LIBRARY
01/30/2018 12:10:30  gnorton  Narrative: SUBJ REFUISNG TO LEAVE MALL LOT
01/30/2018 12:10:45  gnorton  Narrative: WF EARLY 20S
01/30/2018 12:11:10  gnorton  Narrative: CALLER IS SECURITY FOR THE MALL
01/30/2018 12:11:25  gnorton  Narrative: LSW BLK COAT WHI TURTLE NECK BLK PANTS AND BLK BOOTS
01/30/2018 12:11:49  gnorton  Narrative: CALLER IS OUT WITH HER
01/30/2018 12:13:53  gnorton  Narrative: ** ALSO RECEIVED ALEX WITH FIELDWORKS AND HE ADVISED THAT SHE IS THERE WITH A PETITION THAT SHE WANTS PEOPLE TO SIGN AND SHE THINKS IT IS PUBLIC PROPERTY - HIS CALL BACK NUMBE RIS 503-799-7190
01/30/2018 12:28:06  mhagler  Narrative: ARNOLD,STACY KAYE 06101985
01/30/2018 12:28:20  mhagler  Narrative: OLN 01142858

# Global Subject Activity Report

## Detail

**Print Date/Time:** 10/14/2019 09:31
**Login ID:** gmurphy

St Joseph Police Department
**ORI Number:** MO0110100

**ARNOLD, STACY KAYE**    **Jacket:** 629326 A    **SSN:**

| | | | |
|---|---|---|---|
| **Address:** | 1589 RACCOON RD MAYESVILLE SC 29104-8995 | **Sex:** | Female |
| **Phone #:** | (803)428-7024 | **Height:** | 5ft 3in to 5ft 3in |
| | | **Weight:** | 138.0 lbs. to 138.0 lbs. |
| **DOB:** | 06/10/1985 | **Eyes:** | BLU |
| **Race:** | White | **Hair:** | BLN |
| **DL State:** | MO | **DL#:** | 011428658 |

### Physical Characteristics:

**Appearance:**

| | | | | | |
|---|---|---|---|---|---|
| **Hair Style:** | Straight | **Country/State of Birth:** | SOUTH CAROLINA | **Age Range:** | 30 to 34 |
| **Hair Length:** | Long (Below Shoulder) | **City of Birth:** | SUMPTER | **Hand Preference:** | Right |
| | | **County of Origin:** | | **Place of Birth:** | |
| **Facial Shape:** | Oval | **Ethnicity:** | Non Hispanic | **Occupation:** | Other |
| **Complexion:** | Fair | **Citizenship:** | *US | **# of Dependents:** | |
| **Build:** | Average/Medium | **Tribe:** | | **Primary Language:** | English |
| **Glasses:** | None | **Hate Group:** | | **Second Language:** | |
| **Teeth:** | None | **Military Service:** | | **Gang Affiliation:** | None |
| **Speech:** | | **Military Discharge:** | | **Marital Status:** | Single |
| **Voice:** | | **School:** | | **Blood Type:** | |
| **Mustache:** | None | **Beard:** | No Beard | **Religion:** | |
| **Known Offender:** No **DNA Collected:** No | | **DNA Collected Date:** | | **Illegal Alien:** | No |

**Modus Operandi**    **County of Conviction:**    **State Of Conviction:**

**Identifying Clothing:**

**Crime Specialities**

### Aliases
| Type | Alias | DOB | Race | Sex | SSN | Hair | Eyes | DL# | Height | Weight | Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Nicknames
| Entered Date/Time | Nickname Type | Nickname |
|---|---|---|

### Associated IDs
| Issue Date | ID Type | Number | Issuing State | Start Date | Expire Date |
|---|---|---|---|---|---|

### Known Associates
| Relationship | Name |
|---|---|

### School/Employer Information
| Relationship | School/Employer Name | Phone Type | Phone |
|---|---|---|---|

### Scars, Marks, Tattoos
| Type | Location | Scar, Mark or Tattoo Detail | Description |
|---|---|---|---|
| Tattoo | TAT BACK | Other | HAS 2 HANDS HOLDING EACH OTHER AND A ROSE ON LEFT SHOULDER BLADE |

### Handicap Information
Handicap

### Current Address Information
| Address Type | Address | City | State | Zip |
|---|---|---|---|---|

**Prior Address Information**

Page: 1 of 2

# Global Subject Activity Report

## Detail

**Print Date/Time:** 10/14/2019 09:31  
**Login ID:** gmurphy

St Joseph Police Department  
**ORI Number:** MO0110100  
**From Date** **To Date**

| Address Type | Address | City | State | Zip |
|---|---|---|---|---|
| | 1589 RACCOON RD | MAYSVILLE | SC | 29104-8995 |
| | 1589 RACOON RD | MAYSEVILLE | SC | 29104-8995 |

**Contact Information**

| Date | Type | Phone | Extension |
|---|---|---|---|
| 01/30/2018 13:10 | Cell | (803)428-7024 | |

**Vehicle Information**

| Vehicle # | Role | Contact Date | Vehicle Type | Make | Model | Vehicle Year | Registration Number | State |
|---|---|---|---|---|---|---|---|---|

### Activity

**Type : Arrest**

| Date | Activity Reference | Description | ORI |
|---|---|---|---|
| 01/30/2018 12:28 | 139865 | Arrest Type: Taken Into Custody<br>Charge(s):<br>20-51 (B),TRESPASS PUBLIC PLACE | MO0110100 |

**Type : Booking**

| Date | Activity Reference | Description | ORI |
|---|---|---|---|
| 01/30/2018 13:11 | 2018-00000264 | Booking<br>Charge(s):<br>20-51 (A),TRESPASS | MO0110100 |

**Type : Case**

| Date | Activity Reference | Description | ORI |
|---|---|---|---|
| 01/30/2018 12:10 | 2018-00007401 | Subject Type: Suspect, Incident Type: Trespass<br>Charge(s):<br>20-51 (B),TRESPASS PUBLIC PLACE | MO0110100 |

**Total Activity : 3**

Case 5:19-cv-06137-BP   Document 85-9   Filed 10/19/20   Page 4 of 11
ST JOSEPH 000004

# Adult Arrests Detail Report

**Print Date/Time:** 10/14/2019 09:27  
**Login ID:** gmurphy  

St Joseph Police Department  
**ORI Number:** MO0110100  

From Arrest #: 139865 To Arrest #: 139865

## Arrest Detail

**Arrest Number:** 139865 Adult  
**Arrest Date:** 01/30/2018 12:28  
**Status Date:**  

**Arrestee Name:** ARNOLD, STACY KAYE  
**Arrestee Type:** Taken Into Custody  
**Arrest Status:**  

**Arrest Location:** 3702 FREDERICK AVE  
**Case Number:** 2018-00007401  

Miranda Date:  
Miranda By:  
Statement Taken By:  
Statement Type:  
Arrest Result Of:  
Age at Arrest:  
Resisted Arrest: No  
Campus Code:  

ID Procedure:  
Resident Type:  
Resident Status:  
Basis for Caution:  
Alcohol Influence: No  
Drug Influence: No  
Clears Case: NA  

### Charges

Group/ORI: L/MO0110100  
Crime Code/Desc: 90J TRESPASS OF REAL PROPERTY  
Charge Date/Time: 01/30/2018 12:28  
Counts: 1  
Plea:  
Larceny Code:  
Other ORI: False  

Attempt Code:  
Domestic Code:  
Disposition:  
Disposition Date:  
NCIC Code:  

Statute/Desc: 20-51 (B) TRESPASS PUBLIC PLACE Commit

## Arresting Officer(s)

**Badge Number/Last Name:** 34265/Hailey  
**Assigned Bureau:**  
**School Resource Officer:** No  

## Injury Information

None

Page: 1 of 1

Case 5:19-cv-06137-BP   Document 85-9   Filed 10/19/20   Page 5 of 11
ST JOSEPH 000005

# Booking Card

## ARNOLD, STACY KAYE

Print Date/Time: 10/14/2019 09:28
Login ID: gmurphy

St Joseph Police Department
ORI Number: MO0110100


*2018-00000264*

Booking #: 2018-00000264
Jacket #: 629326
Address: #Error

Booking Date/Time: 01/30/2018 13:06
Inmate #:



Phone #: (803)428-7024
SSN:
Hair Color: BLN

DOB: 06/10/1985
Age: 34
Eyes: BLU

Race: White
Sex: Female
Height: 5ft 3 in

Weight: 138.0

Prisoner Type: City Charge
Facility:

Incarceration Reason:
Pod/Block:

Cell:

Bed:

Charge:
MO0110100   90J   20-51 (A)   TRESPASS
Offense/Charge Date: 01/30/2018 13:12
Case Tracking ORI: MO0110100

Case Tracking #: 2018-00007401   Severest: No

Release Date/Time: 01/30/2018 15:40
Release Reason: Bond
Released To:

Released By: 68808 - Pickerel
Released to ORI:
Released To Additional Info:

I will have opportunity to contact family or counsel.

Inmate Signature: _____

Booking Officer(s):   # _____     # _____

Reviewed By:   # _____
                  _____
                  Date/Time

Case 5:19-cv-06137-BP   Document 85-9   Filed 10/19/20   Page 6 of 11
STJOSEPH000006

# ST. JOSEPH POLICE DEPARTMENT
## CASE REPORT
*NOT AN OFFICIAL REPORT*
*WORKING COPY ONLY*

501 FARAON STREET
ST. JOSEPH, MO 64501

**CASE NO.** 2018-00007401
**ASSOCIATED CASES:**

## EVENT

| REPORTED DATE/TIME | INCIDENT TYPE | Was a LAP form completed? |
|---|---|---|
| 01/30/2018 13:06 | Trespass | NA |

| OCCURRED FROM DATE/TIME | OCCURRED TO DATE/TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| 1/30/2018 12:10 | 01/30/2018 12:28 | 3702 FREDERICK Ave |

## OFFENSES

| # | SECTION - TYPE | ATTEMPT/COMMIT | COUNTS | DESCRIPTION | DOMESTIC CODE |
|---|---|---|---|---|---|
| 1 | 20-51 (B) | Commit | 12 | TRESPASS PUBLIC PLACE | NA |
| 2 | | | | | NA |
| 3 | | | | | NA |

## VICTIM / MISSING 1

- **SUBJECT CODE:** Victim / Society Public
- **NAME (LAST, FIRST, MIDDLE):** Society — Business
- **PRIMARY PHONE:**
- **STATEMENT TYPE:**
- **ADDRESS:**
- **OTHER PHONE:**
- **DOB:** **AGE:** **RACE:** **SEX:** **HEIGHT:** **WEIGHT:** **HAIR COLOR:** **EYE COLOR:** **SOCIAL SECURITY:** --

## SUSPECT 1

- **SUBJECT CODE:** Suspect Arrestee
- **NAME (LAST, FIRST, MIDDLE):** ARNOLD, STACY, KAYE
- **PRIMARY PHONE:** Cell (803)428-7024
- **STATEMENT TYPE:** None
- **ADDRESS:** 1589 RACCOON Rd, MAYSVILLE, SC, 29104-8995
- **DOB:** 06/10/1985 **AGE:** 32 **RACE:** White **SEX:** F **HEIGHT:** 5'03 **WEIGHT:** 138 **HAIR COLOR:** BLN **EYE COLOR:** BLU **SOCIAL SECURITY:** 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

## WITNESS / OTHER 1

- **SUBJECT CODE:** Complainant
- **NAME (LAST, FIRST, MIDDLE):** Adult — LANGFORD, ZACKARY, L
- **PRIMARY PHONE:** Cell (785)850-1261
- **STATEMENT TYPE:** Verbal
- **ADDRESS:** 119 S 15TH St, TROY, KS, 66081-
- **DOB:** 11/01/1993 **AGE:** 24 **RACE:** White **SEX:** M **HEIGHT:** 5'10 **WEIGHT:** 230 **HAIR COLOR:** BLN **EYE COLOR:** BLU **SOCIAL SECURITY:** 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

| REPORTING OFFICER | 34265 Rebecca Hailey | DATE 01/30/2018 | REVIEWING OFFICER Greg Gilpin | DATE 01/30/2018 |
|---|---|---|---|---|

Case Report 2018-00007401 Page 1 OF 3

Case 5:19-cv-06137-BP   Document 85-9   Filed 10/19/20   Page 7 of 11

SJPD/STJOSEPH000007

# ST. JOSEPH POLICE DEPARTMENT
## CASE REPORT - ADDITIONAL VICTIMS

WORKING COPY ONLY

CASE NO. **2018-00007401**

### VICTIM/MISSING 2

| Field | Value |
|---|---|
| SUBJECT CODE | |
| NAME (LAST, FIRST, MIDDLE) | |
| PRIMARY PHONE | |
| STATEMENT TYPE | |
| ADDRESS (STREET ADDRESS, CITY, STATE, ZIP) | |
| OTHER PHONE | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | |
| WEIGHT | |
| HAIR COLOR | |
| EYE COLOR | |
| SOCIAL SECURITY | |
| INJURY TYPE | |
| INJURY - MEDICAL TREATMENT | |
| INJURY - TRANSPORTED BY | |
| OTHER CONTACT INFO | |
| SCHOOL/EMPLOYER NAME | |
| SCHOOL/EMPLOYER PHONE | |
| SCHOOL/EMPLOYER ADDRESS | |

### VICTIM/MISSING 3

(all fields blank)

## ST. JOSEPH POLICE DEPARTMENT
### CASE REPORT - ADDITIONAL WITNESSES

### WITNESS 2

| Field | Value |
|---|---|
| SUBJECT CODE | Other Subject Not Listed |
| NAME (LAST, FIRST, MIDDLE) | Business EASTHILLS MALL |
| PRIMARY PHONE | Cell (816)279-5667 |
| ADDRESS | 3702 FREDERICK Ave, St. Joseph, MO, 64501- |

### WITNESS 3

(all fields blank)

| | | |
|---|---|---|
| ST. JOSEPH POLICE DEPARTMENT  WORKING COPY ONLY — CASE REPORT - NARRATIVE | | CASE NO. **2018-00007401** |

ON 01-30-2018 AT 1212 HOURS, OFFICER KNEIB AND I, OFFICER HAILEY RESPONDED TO 3702 FREDERICK AVE, IN REFERENCE TO TRESPASSING. CALLER, ZACKARY L. LANGFORD ADVISED A WHITE FEMALE WAS ASKED TO LEAVE THE MALL PROPERTY FOR SOLICITING AND REFUSED TO LEAVE.

OFFICER'S MADE CONTACT WITH STACY KAYE ARNOLD (06-10-1985), WHO IMMEDIATELY BECAME VERBALLY COMBATIVE WITH OFFICER'S. SHE TOLD US IT WAS HER FIRST AMENDMENT RIGHT AND SHE DIDN'T HAVE TO LEAVE BECAUSE IT WAS PUBLIC PLACE.

SECURITY OFFICER ZACKARY L. LANGFORD ADVISED HE WANTED TO PRESS CHARGES FOR TRESPASSING. I PLACED HER UNDER ARREST, SEARCHED HER PERSON, AND TRANSPORTED HER TO BOOKING.

I ISSUED ARNOLD A CITY SUMMONS AND BOOKED HER IN FOR CITY TRESPASS WITH A CASH OR SURETY BOND OF $150.00.

# ST. JOSEPH POLICE DEPARTMENT
## ARREST REPORT

**CASE NO.** 2018-00007401

## ARRESTEE

| Field | Value |
|---|---|
| JACKET TYPE | Adult |
| NAME (LAST, FIRST, MIDDLE) | ARNOLD, STACY KAYE |
| PRIMARY PHONE | Cell (803)428-7024 |
| ADDRESS | 1589 RACCOON Rd MAYESVILLE, SC 29104-8995 |
| OTHER PHONE | |
| SOCIAL SECURITY | 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 |
| DOB | 06/10/1985 |
| AGE | 32 |
| RACE | White |
| SEX | F |
| HEIGHT | 5'03 |
| WEIGHT | 138 |
| HAIR COLOR | BLN |
| EYE COLOR | BLU |
| DL NUMBER | 011428658 |
| DL STATE | MO |
| COMPLEXION | Fair |
| BUILD | Average Medium |
| HAIR LENGTH | Long (Below Shoulder) |
| HAIR STYLE | Straight |
| TEETH | None |
| ETHNICITY | Non Hispanic |
| MUSTACHE | None |
| BEARD | No Beard |
| GLASSES | None |

SCHOOL/EMPLOYER ADDRESS ZIP: 64501-

## ARREST INFO

| Field | Value |
|---|---|
| LOCATION OF ARREST | 3702 FREDERICK Ave |
| ARREST DATE / TIME | 1/30/2018 12:28 |
| ARREST TYPE | Taken Into Custody |
| RESISTED ARREST? | No |
| ALCOHOL INFLUENCE? | No |
| DRUG INFLUENCE? | No |

## CHARGES

| # | ORDINANCE / STATUTE | ATTEMPT/COMMIT | COUNTS | DESCRIPTION |
|---|---|---|---|---|
| 1 | 20-51 (B) | Commit | 1 | TRESPASS PUBLIC PLACE |

## NARRATIVE

ON 01-30-2018 AT 1212 HOURS, OFFICER KNEIB AND I, OFFICER HAILEY RESPONDED TO 3702 FREDERICK AVE, IN REFERENCE TO TRESPASSING. CALLER, ZACKARY L. LANGFORD ADVISED A WHITE FEMALE WAS ASKED TO LEAVE THE MALL PROPERTY FOR SOLICITING AND REFUSED TO LEAVE.

OFFICER'S MADE CONTACT WITH STACY KAYE ARNOLD (06-10-1985), WHO IMMEDIATELY BECAME VERBALLY COMBATIVE WITH OFFICER'S. SHE TOLD US IT WAS HER FIRST AMENDMENT RIGHT AND SHE DIDN'T HAVE TO LEAVE BECAUSE IT WAS PUBLIC PLACE.

SECURITY OFFICER ZACKARY L. LANGFORD ADVISED THEY WANTED TO PRESS CHARGES FOR TRESPASSING. I PLACED HER UNDER ARREST, SEARCHED HER PERSON, AND TRANSPORTED HER TO BOOKING. SHE WAS ISSUED A CITY SUMMONS AND BOOKED FOR CITY TRESPASS WITH A CASH OR SURETY BOND OF $150.00.

**ARRESTING OFFICER:** 34265\ Hailey, Rebecca, S,

ORI NO. MO 0110100 **2018-7401**
ST. JOSEPH POLICE DEPT.
ST. JOSEPH, MO 64501

**150081960**

UNIFORM CITATION

STATE OF MISSOURI
IN THE CIRCUIT COURT OF **BUCHANAN** COUNTY ☒ MUNICIPAL ☐ CIRCUIT DIVISION
COURT ADDRESS (STREET, CITY, ZIP)
411 JULES STREET, ST. JOSEPH, MO 64501

| COURT DATE | COURT TIME | | COURT PHONE NO. | ☒ MUNICIPAL COURT (816) 271-4686 | ☐ CIRCUIT COURT (816) 271-1462 |
|---|---|---|---|---|---|
| 3-7-18 | 8:30 | ☒ AM ☐ PM | | | |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

ON/ABOUT (DATE) **1-30-18** AT TIME **1272** HRS HWY CLASS — UPON/AT OR NEAR (LOCATION) **3102 FREDERICK**

WITHIN CITY/COUNTY AND STATE AFORESAID,
NAME (LAST, FIRST, MIDDLE) **ARNOLD, STACY, R.**
STREET ADDRESS **1589 RACCOON RD**
CITY **MAYESVILLE** STATE **SC** ZIP CODE **29104**
DATE OF BIRTH **6-10-85** RACE **W** SEX **F** HEIGHT **503** WEIGHT **138**
DRIVER'S LIC. NO. **011428658 / 250611007** CDL ☐ YES ☒ NO STATE **SC**
EMPLOYER

ADDRESS (STREET, CITY, STATE, ZIP)

DID UNLAWFULLY ☐ OPERATE/DRIVE ☐ PARK ☐ CMV ☐ WITH HAZ MAT

| V E H I C L E | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|
| | REGISTERED WEIGHT | | LIC NUMBER | STATE | YEAR |

N/A

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

**TRESPASS**

☐ Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

| DRIVING MPH | POSTED SPEED LIMIT MPH | DETECTION METHOD |
|---|---|---|
| | | ☐ STATIONARY RADAR ☐ WATCH (AIR) ☐ PACE |
| | | ☐ MOVING RADAR ☐ WATCH (GROUND) ☐ OTHER |

IN VIOLATION OF: STATUTE/ORDINANCE – CHARGE CODE
☐ RSMo ☒ ORD. **20-51**

SEAT BELT VIOLATION STATUTE/ORDINANCE – CHARGE CODE
☐ RSMo ☐ ORD

☐ IN FATAL CRASH ☐ IN CRASH ☐ DWI/BAC OCN

OFFICER **B. HALEY** BADGE **34265** TRP/ZONE DATE **1-30-18**

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:
☐ RSMo ☐ ORD.

PROSECUTOR'S SIGNATURE DATE

I PROMISE TO DISPOSE OF THE CHARGES OF WHICH I AM ACCUSED THROUGH COURT APPEARANCE OR PREPAYMENT OF FINE AND COURT COSTS
SIGNATURE X **REFUSED**

DR LIC POSTED ☐ YES ☒ NO

MO 100-0051 (2-15) **ABSTRACT OF COURT RECORD**

ALLIANCE PRINTING, INC. (816) 589-8465

PRINTED IN THE USA