# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, | ) |
| Plaintiff, | ) )  Case No. 19-CV-06137-BP |
| v. | ) |
| CITY OF ST. JOSEPH, ET AL., | ) |
| Defendants. | ) |

## DEFENDANT ST. JOSEPH PUBLIC LIBRARY'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Defendant St. Joseph Public Library (hereinafter "Library"), by and through its attorneys of record, and pursuant to Fed.R.Civ.P. 56, respectfully moves this Court for an Order granting summary judgment in its favor on Plaintiff's sole remaining claim that Defendant Library's policy on petitioning and distribution of literature violates the First and Fourteenth Amendments to the United States Constitution. Defendant Library incorporates by reference its memorandum in support filed contemporaneously herewith.

**WHEREFORE** Defendant St. Joseph Public Library respectfully moves this Court for an Order granting summary judgment in its favor on Plaintiff's sole remaining claim that Defendant Library's Policy for Public Assembly and Petitioning and Distribution of Literature on Library District Property violates the First and Fourteenth Amendments to the United States Constitution, and that it be awarded its costs, including reasonable attorneys' fees, incurred in defending this action and such other relief as the Court deems fair, just and equitable.

1

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
    Gregory P. Goheen    #58119

Attorneys for Defendant St. Joseph Public Library

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*

Christopher L. Heigele
Steven F. Coronado
Baty Otto Coronado, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Attorneys for Defendants City of St. Joseph and Rebecca Hailey

/s/ Gregory P. Goheen

2

Case 5:19-cv-06137-BP   Document 88   Filed 10/19/20   Page 2 of 2