# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **STACY ARNOLD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 19-CV-06137-BP** |
| **v.** | ) | |
| | ) | |
| **CITY OF ST. JOSEPH, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF MARY BETH REVELS

1.     I am over the age of 18, am competent to give testimony in a court of law and I have personal knowledge of the facts recited in this Declaration.

2.     I am currently the Director of the St. Joseph Public Library (hereinafter "the Library"). I have held this position for all times relevant herein.

3.     A copy of the Board of Trustees of the St. Joseph Public Library's Amended and Restated Bylaws is attached hereto as Exhibit 1 to this Declaration and is a true and accurate copy of this document.

4.     A copy of the Library's Policy for Public Assembly and Petitioning and Distribution of Literature on Library District Property (hereinafter "the Policy") is attached hereto as Exhibit 2 to this Declaration and is a true and accurate copy of this document.

5.     The Library's Board of Trustees adopted the Policy on July 23, 2019.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS I HAVE PROVIDED IN THIS DECLARATION ARE TRUE AND CORRECT.

Date: _10·12·20_          _____
                                     Mary Beth Revels

1

# EXHIBIT 1

**BOARD OF TRUSTEES OF THE
ST. JOSEPH PUBLIC LIBRARY**

<u>AMENDED AND RESTATED BYLAWS</u>

<u>ARTICLE I:    Name</u>

This organization shall be called the "Board of Trustees of the St. Joseph Public Library" (hereinafter referred to as the "Board of Trustees" or the "Board") existing by virtue of the provisions of Chapter 182, of the Revised Statutes of the State of Missouri, and exercising the powers and authority and assuming the responsibilities delegated to it under the said statutes.

<u>ARTICLE II:    Purpose</u>

The purpose of the St. Joseph Public Library District is to provide library services to the residents of St. Joseph, Missouri.

The Board of Trustees shall represent the Library both to the people and governing officials.  The primary responsibility of the Board is to establish Library District policy.  Members of the Board of Trustees shall represent the entire St. Joseph Public Library District and have their responsibilities fixed by Chapter 182 of the Revised Statutes of the State of Missouri and other applicable laws.

Such statutes shall serve as a basis for establishing policies that reflect the needs of the Library District and provide efficient, effective and informative services.

<u>ARTICLE III:    Duties of the Board of Trustees</u>

The duties of the Board of Trustees shall be to:

1.    Employ a competent and qualified librarian to serve as Director (the "Director") of the St. Joseph Public Library (the "Library").

2.    Ensure the satisfactory management of the Library.

3.    Determine and adopt written polices to govern the operation and program of the Library.

4.    Determine the purposes of the Library and secure adequate funds to carry on the Library's program.

5.      Know the program and needs of the Library in relation to the community; keep abreast of standards and library trends; cooperate with the Director in planning the Library program, and support the Director and staff in carrying it out.

6.      Establish, support and participate in a planned public relations program.

7.      Assist in the preparation of the annual budget.

8.      Delegate the signing authority of all financial instruments.

9.      Be familiar with local and state laws relevant to the Library; actively support library legislation in the state and nation.

10.     Establish Library polices dealing with the selection of, and disposal of, books and other materials.

11.     Attend Board meetings regularly.

12.     Ensure that accurate records are kept on file at the Library.

13.     Attend regional, state, and national trustee meetings and workshops and affiliate with appropriate professional organizations.


ARTICLE IV:    Officers

1.      The officers shall be a president, a vice president, a treasurer, and a secretary.  The officers shall be elected to two-year terms at the annual meeting of the Board of Trustees and shall take office at the close of the annual meeting at which they are elected.  The Board of Trustees may appoint the Director to serve as secretary.

2.      Nominating Committee.  A nominating committee shall be appointed by the President three months prior to the annual meeting to present a single slate of candidates for officers to be voted on at the annual meeting.  The committee shall determine if the nominees will serve if elected.  Additional nominations may be made from the floor with the consent of the nominee.

3.      President.  The President shall preside at all meetings of the Board of Trustees, authorize the call for any special meetings, appoint all committees, execute all documents authorized by the Board of Trustees, serve as an ex-officio voting member of all committees with the exception of the nominating committee, and perform all duties as are generally associated with that office or as may be delegated by the Board of Trustees from time to time.

4.      Vice President.  The Vice President, in the absence or disability of the President or in the event of a vacancy in that office, shall assume and perform the duties of the President.

2

5. <u>Treasurer</u>.  The Treasurer, with the advice and consent of the Board shall oversee all financial policy pertaining to the Library District and shall cause an audit to occur annually.  In addition, the Treasurer shall ensure that positions on the Board or with the administration of the District which deal with funds shall be sufficiently bonded, at the cost of the District, to protect the District's financial interests.  At each regularly scheduled meeting of the Board the Treasurer shall submit to the Board of Trustees an accounting reflecting receipt and disbursement of funds belonging to the Library District. The Treasurer shall delegate the daily supervision of financial duties to the Director of the Library District.  The Treasurer shall perform such other duties as are generally associated with that office or as may be delegated by the Board of Trustees from time to time.

6. <u>Secretary</u>.  The Secretary shall keep a true and accurate record of all meetings of the Board of Trustees, shall issue notice of all regular and special meetings, and shall perform such other duties as are generally associated with that office or as may be delegated by the Board of Trustees from time to time.

7. <u>Vacancy</u>.  In the event of a vacancy in any office, the Board of Trustees shall establish procedures for the appointment or election of a successor for the remainder of the term.

8. <u>Removal</u>.  Any officer of the Board of Trustees who misses three consecutive Board meetings without good cause may, upon notice, be removed from duty as an officer at a meeting of the Board of Trustees at which a quorum is present, in the event that a majority of the Board with sufficient cause agree that the President or any officer is not performing in the best interest of the Board.

<u>ARTICLE V:   Committees</u>

1. The President shall appoint a Budget Committee from the members of the Board of Trustees.  The Budget Committee shall prepare an annual budget and submit it to the Board of Trustees each year on or before the first day of July.

2. The President shall appoint a Personnel Committee from the members of the Board of Trustees.  The Personnel Committee shall prepare a written evaluation of the director at least every three years and present it to the Board of Trustees.

3. The President shall appoint such other committees as are determined by a majority vote of the Board of Trustees to be needed from time to time.  Such committees shall be discharged upon the completion of the purposes for which they were appointed.

4. No committee shall have other than advisory powers unless it is granted specific power to act by the Board of Trustees.

5. Standing committees, serving for one year, may be appointed by the President.

3

<u>ARTICLE VI:    Meetings</u>

1.    <u>Regular Meetings</u>.  Regular meetings shall be held each month at a date, time and place to be determined by the Board of Trustees.

2.    <u>Annual Meetings</u>.  The annual meeting shall be held each July in lieu of a regular monthly meeting.  The primary purpose of the annual meeting shall be the election of officers.  However, any other matters that can be addressed at a regular monthly meeting may also be addressed at the annual meeting.

3.    <u>Special Meetings</u>.  Special meetings may be called by the President, Vice President, Secretary, or at the request of any two Board members.

4.    <u>Notice of Meetings</u>.  Written or printed notice stating the place, day and hour of the meeting and, in the case of a Special Meeting, the purpose or purposes for which the meeting is called, shall be delivered to each Board member prior to the date of the meeting, either personally, by mail, or electronic means, by or at the direction of the President, Vice President, Secretary or other Board members calling the meeting.

If mailed, such notice shall be deemed to be delivered when deposited in the United States mail in a sealed envelope addressed to the Board member at the Board member's last known address, with postage thereon prepaid.

Attendance of a Board member at any meeting shall constitute a waiver of notice of such meeting, except where a Board member attends a meeting for the express purpose of objecting to the transaction of any business because the meeting is not lawfully called or convened.

5.    <u>Quorum</u>.  Fifty percent of the currently appointed Board of Trustees shall constitute a quorum at any meeting of the Board.  The affirmative vote of the majority of those present constituting a quorum shall be binding, except where other action for approval is specifically required by these bylaws.  If a quorum is not available for any regular monthly meeting, the Treasurer or, in his or her absence, any other officer, shall be authorized to approve payment of monthly bills within the authorization of the approved annual budget.

Any member of the Board of Trustees who misses at least six consecutive Board meetings without good cause may, upon notice and a majority vote of the Board of Trustees, have his or her name submitted to the Mayor accompanied by a request that he or she be removed from duty as a member of the Board. The Mayor shall thereafter act in accordance with RSMo 182.180 and provide the Board with written notice of his or her decision within a reasonable period of time.

6.    Final approval of the annual budget, expenditure of funds not budgeted, or transfer of funds budgeted but not expended for a budgeted purpose, shall be by concurrence of a majority of the full membership of the Board of Trustees.

4

7. The order of business for regular meetings shall include but not be limited to, the following items:

- Call to order
- Roll call of members
- Approval of the minutes of the previous regular meetings and any intervening special meetings
- Approval of monthly expenditures
- Financial Reports
- Report of the Director
- Reports of committees
- Communications
- Old business
- New business
- Public presentation to, or discussion with, the Board of Trustees
- Adjournment

8. The Director or any member of the Library staff may be present at all meetings of the Board of Trustees except at a meeting closed under the provisions of the open meeting law of Missouri at which his or her evaluation and/or salary is discussed or other matters deemed appropriate for closed session.

9. All meetings of the Board of Trustees, except those which deal with matters excepted in the open meetings law of Missouri, shall be open to the public.

10. In all matters of procedure not specifically covered herein, the Board shall be guided by the rule of reason. The Board, through a simple majority, may require that meetings be conducted according to Robert's Rules of Order.

11. The Board of Trustees may participate in meetings of the Board by speakerphone or by teleconferencing or video conferencing. Their participation by speakerphone, teleconferencing or video conferencing shall count toward the quorum requirements and they may cast votes.

12. Voting by proxy is not permitted.


ARTICLE VII:   Director

1. The Board of Trustees shall appoint a competent and qualified Director who shall be the executive and administrative officer of the St. Joseph Public Library on behalf of the Board of Trustees and under its review and direction. The Director may be both hired and terminated only by an affirmative vote of five (5) members of the Board of Trustees.

5

2. The duties of the Director shall be to:

   a. Set goals and objectives on short- and long-range bases in consultation with the Board of Trustees.

   b. Carry out policies and directives adopted by the Board of Trustees. This shall be done without public comment and without interpretation of such policies. If questions arise regarding said policies or directives, the Director should ask for clarification from the Board.

   c. Prepare regular reports on the Library's progress and needs for the Board of Trustees.

   d. Act as a technical advisor to the Board of Trustees and recommend policies for Board action, which they deem necessary.

   e. Develop an annual budget in consultation with the Board of Trustees.

   f. Direct and monitor the expenditure of budgeted funds in consultation with the Board of Trustees.

   g. Oversee the recruitment, development and evaluation of both professional and non-professional staff.

   h. Set the tone and service ethic of the staff.

   i. Oversee the promotional activities of the Library.

   j. Oversee developmental activities.

   k. Represent the Library in community organizations.

   l. Participate in the activities of statewide and national professional library associations.

   m. Assist with duties normally assigned to other professional librarians when necessary.

ARTICLE VIII:    Indemnification

The St. Joseph Public Library District will defend, indemnify and hold harmless any one or all of the Trustees of the Library District for any mistake of judgment or other action taken in good faith by the Trustees in performance of their statutory duties, unless resulting from willful negligence or bad faith. The foregoing right of indemnification shall be in addition to, and not exclusive of, all other rights to which all Trustees may be entitled.

6

ARTICLE IX:    Professional Services

1.      The Board may, at its discretion, authorize a qualified attorney-at-law to represent the Board of Trustees in legal matters.

2.      An audit of all accounts of the Library District shall be made at least annually by a certified public accounting firm appointed by the Board of Trustees.  The annual financial audit shall be a public document.


ARTICLE X:    Conflict of Interest

The Board of Trustees shall adopt and biennially review a Conflict of Interest Policy. The purpose of the policy shall be to protect the Library District's interest when it contemplates entering into a transaction or arrangement that might benefit the private interest of a member of the Board of Trustees or the Director of the Library District.


ARTICLE XI:    General

1.      The bylaws may be amended by an affirmative vote of two thirds of those present at a meeting of the Board of Trustees at which a quorum is present, provided written notice of the proposed amendment shall have been mailed or delivered in paper or electronic form to all members prior to the meeting at which such action is proposed to be taken.

2.      Any rule or resolution of the Board of Trustees, whether contained in these bylaws or otherwise, may be suspended temporarily in connection with business at hand, but such suspension, to be valid, may be taken only at a meeting at which a quorum is present and a majority of those present shall so approve.


BOARD OF TRUSTEES OF THE ST. JOSEPH PUBLIC LIBRARY

RESOLUTION TO AMEND THE BYLAWS


RESOLVED, that the Bylaws of the Board of Trustees of the St. Joseph Public Library be amended in their entirety and replaced with a new set of Bylaws a copy of which is attached hereto. Attached and incorporated into these Bylaws is Chapter 182, of the Revised Statutes of the State of Missouri.

7

182.010. County library districts — petition — tax levy — notice — elections — election to increase levy. — 1.  Whenever voters equal to five percent of the total vote cast for governor at the last election in any county, outside of the territory of all cities and towns in the county which at the time of election as hereinafter provided maintain and control free public and tax supported libraries pursuant to other provisions of this chapter, except as provided in section 182.030, shall petition the county governing body in writing, asking that a county library district of the county, outside of the territory of all the aforesaid cities and towns, be established and be known as "_____ County library district", and asking that an annual tax be levied for the purpose herein specified, and specifying in their petition a rate of taxation, then the county governing body, if it finds the petition was signed by the requisite number of voters and verified in accordance with the provisions of section 126.040, pertaining to initiative petitions, shall enter of record a brief recital of the petition, including a description of the proposed county library district, and of its finding; and shall order that the questions of the petition be submitted to the voters of the proposed county library district.  The order of the county governing body and the notice shall specify the name of the county and the rate of taxation mentioned in the petition.

2.  The question shall be submitted in substantially the following form:

Shall there be established a _____ County library district?

Shall there be a tax of _____ (insert amount) on each one hundred dollars assessed valuation for a county library?

3.  In case the boundary limits of any city or town hereinabove mentioned are not the same as the boundary limits of the school district of the city or town, and the school district embraces territory outside the boundary limits of the city or town and within the boundary limits of the proposed county library district, then all voters, otherwise qualified and residing in the school district, but outside the limits of the city or town and within the limits of the proposed county library district, shall be eligible to vote on the proposition, and may cast a vote thereon at the designated polling place within the county.  The ballots shall be certified to county governing body as provided in section 179.020.

4.  In case the proposed tax is sought as an increased tax for the maintenance of a library already established hereunder, over a lesser tax rate theretofore voted and adopted, then such fact shall be recited in the petition and the notice of the submission of the question.

5.  The question shall be submitted in substantially the following form:

Shall there be a tax increase of _____ (insert amount) over the present _____ tax for the county library?

6.  If a majority of all the votes cast on the question are for the tax as submitted, the tax specified in the notice shall be levied and collected in the same manner as other county library taxes as provided in section 182.020, and shall be known as and become a part of the "County Library Fund" to be administered as provided in section 182.020.

--------

(RSMo 1939 § 14767, A.L. 1955 p. 547, A.L. 1969 p. 78, A.L. 1974 H.B. 1643, A.L. 1978 H.B. 971, A.L. 1985 S.B. 152)

Prior revision: 1929 § 13463

Effective 12-31-85

---------------- **182.010   12/31/1985** ----------------

182.015.  County commission may establish library district without vote, when — tax levy, submitted how — dissolution of library district — change of boundaries, procedure. — 1.  In addition to the provisions of section 182.010, the county commission of any county of the state may establish by its order a county library district without a petition or submission to the voters as provided in section 182.010, provided such district conforms otherwise to the provisions of that section and does not include any part of a regional library system established pursuant to other provisions of this chapter.  In the event a district is so established, the county commission shall propose an annual rate of taxation within the limitations prescribed by section 182.010, which proposal shall be submitted to a vote of the people in the same manner as though the district were formed under the provisions of that section.

2.  Where the county library district of any county is not operating a library within such county, the county commission may divide the county library district into subdistricts.  In the event the subdistricts are established, the county commission shall propose an annual rate of taxation, which proposal shall be submitted to a vote of the people residing in the subdistrict in the same manner as provided for in section 182.010.  If a majority of the votes cast on the question are for the tax as submitted, the tax shall be levied and collected on property within the subdistrict in the same manner as other county library taxes are levied and collected pursuant to section 182.020.  Such funds shall be used to provide library services in the subdistrict of the county library district.

3.  Where a tax has not been approved by the voters within a five-year period from the establishment of a library district, such library district shall be dissolved.

4.  (1)  The boundaries of any subdistrict established under this section in any county may be expanded as provided in this subsection.  Whenever not less than ten percent of registered voters residing in an area in such county adjacent to an existing subdistrict desire to be annexed into the subdistrict, such registered voters shall file a petition with the governing body of the county requesting, subject to the official approval of the existing county library board, the expansion of the subdistrict.  The petition shall contain the following information:

(a)  The name and residence of each petitioner; and

(b)  A specific description of the proposed subdistrict boundaries, including a map illustrating the boundaries.

(2)  Upon the filing of a petition under this subsection, subject to the official approval of the existing county library board, the governing body of the county may, by resolution, approve the expansion of the subdistrict.  Any resolution to expand such subdistrict adopted by the governing body of the county shall contain the following information:

9

(a)  A description of the proposed boundaries of the subdistrict;

(b)  The time and place of a hearing to be held to consider expansion of the subdistrict; and

(c)  The rate of tax to be imposed in the area of expansion and voted on within the proposed subdistrict, if any.

Following the hearing required in this subsection, if the existing library board approves the expansion, and if the governing body of the county determines that expansion is in the best interest of the current subdistrict, then the governing body may, by order or ordinance, provide for the expansion of the subdistrict and for any imposition of the existing subdistrict tax rate within the area of expansion.  The order or ordinance shall not become effective unless the governing body of the county submits to the voters residing within the proposed subdistrict, at a state general, primary, or special election, a proposal to authorize the governing body of the county to expand the boundaries of the subdistrict and, if necessary, to impose the existing subdistrict tax rate within the area of expansion.  If a majority of the votes cast on the question by the qualified voters voting thereon and residing in the existing subdistrict and a majority of the votes cast on the question by the qualified voters voting thereon and residing in the area proposed to be annexed into the subdistrict are in favor of the question, then the expansion of the subdistrict and the imposition of the tax within the area of expansion shall become effective on the first day of the second calendar quarter immediately following the vote.  If a majority of the votes cast on the question by the qualified voters voting thereon in either the existing subdistrict or in the area proposed to be annexed into the subdistrict are opposed to the question, then the expansion of the subdistrict and the imposition of the tax shall not become effective unless and until the question is resubmitted under this subsection to the qualified voters and such question is approved by the required majorities of the qualified voters voting on the question under this subsection.

(3)  The governing body of any county that has expanded subdistrict boundaries or imposed a tax increase authorized in this subsection may submit the question of repeal of the expansion of boundaries and the accompanying imposition of the tax in the area of expansion to the voters of the subdistrict on any date available for elections for the county.

If a majority of the votes cast on the question by the qualified voters voting thereon are in favor of repeal, that repeal shall become effective on December thirty-first of the calendar year in which such repeal was approved.  If a majority of the votes cast on the question by the qualified voters voting thereon are opposed to the repeal, then the expansion of boundaries and the imposition of the tax as authorized in this subsection shall remain effective until the question is resubmitted under this subsection to the qualified voters and the repeal is approved by a majority of the qualified voters voting on the question.

(4)  Whenever the governing body of any county that has expanded subdistrict boundaries or imposed a tax as authorized in this subsection receives a petition, signed by ten percent of the registered voters of the library subdistrict, calling for an election to repeal the expansion of boundaries and the accompanying imposition of the tax in the area of expansion under this subsection, the governing body shall submit to the voters of the subdistrict a proposal to repeal the expansion and the accompanying imposition of the tax.  If a majority of the votes cast on the question by the qualified voters voting thereon are in favor of the repeal, the repeal shall become effective on December thirty-first of the calendar year in which such repeal was approved.  If a

10

majority of the votes cast on the question by the qualified voters voting thereon are opposed to the repeal, then the expansion of boundaries and the imposition of the tax as authorized in this subsection shall remain effective until the question is resubmitted under this subsection to the qualified voters and the repeal is approved by a majority of the qualified voters voting on the question.

--------

(L. 1972 S.B. 583, A.L. 1987 H.B. 179 & 307, A.L. 1995 S.B. 14, A.L. 2007 S.B. 22)

----------------- 182.015   8/28/2007 -----------------

182.020.  Levy and collection of tax — reconsideration of tax — increase in tax levy procedure, ballot form. — 1.  If, from returns of the submission of the question, the majority of all the votes cast are in favor of establishing a county library district and for the tax for a free county library, the county governing body shall enter of record a brief recital of the returns and that there has been established "_____ county library district", and thereafter such "_____ county library district", shall be considered established; and the tax specified in the notice, subject to the provisions of this section, shall be levied and collected, from year to year.

2.  At least once in every month the county collector in each county of the first and second classes, including such counties having a charter form of government, shall pay over to the treasurer of the county library district all moneys received and collected by him to which the district is entitled and take duplicate receipts from the treasurer, one of which he shall file with the secretary of the county library district and the other he shall file in his settlement with the county governing body.  The county collector in the counties of the third and fourth classes shall pay over to the county treasurer at least once in every month all moneys received and collected by him which are due the county library district and shall take duplicate receipts therefor, one of which he shall file in his settlement with the county governing body.  The county treasurer in such counties shall pay over to the treasurer of the county library district, at least once in every month, all moneys so received by him to which the district is entitled.  Upon payment he shall take duplicate receipts from the treasurer of the county library district, one of which he shall file with the secretary of the county library district, and the other he shall file in his settlement with the county governing body.

3.  The tax may be reconsidered whenever the voters of any county library district shall so determine by a majority vote on such questions after petition, order, and notice of the election and of the purpose thereof, first having been made, filed, and given, as in the case of establishing such county library district.  At least five years must elapse after the county library district has been established and a tax therefor has been levied before a question to reconsider the tax may be submitted under this subsection.

4.  Whenever the county library board of trustees finds it appropriate, it may order an election on the question of increasing the tax established pursuant to subsection 2 of section 182.010 or increased pursuant to subsection 5 of section 182.010.  Notice of the election shall be published in the same manner as is notice of an election to establish a county library district under section 182.010.  The notice and order shall each recite the amount of the proposed increase.  The question shall be submitted in substantially the following form:

Shall the _____ per hundred dollars assessed valuation tax for the county library be increased to _____ per hundred dollars assessed valuation?

If a majority of votes cast on the question are in favor of the increase, then the increased tax shall be levied and collected in the same manner as the tax was at its previous lower rate.

5. As used in sections 182.010 to 182.120, the words "county commission" or "county governing body" shall be construed to mean the proper commission or official in any county operating under a special charter.

--------

(RSMo 1939 § 14767, A.L. 1955 p. 547, A.L. 1978 H.B. 971, A.L. 1984 S.B. 423, A.L. 1987 H.B. 179 & 307)

Prior revision: 1929 § 13463

---------------- 182.020   8/28/1987 ----------------



182.030.  Voters of municipal district may vote on establishing or inclusion in county district when — effect. — Whenever voters equal to five percent of the total vote cast for governor at the last election in an existing municipal library district within the geographical boundaries of a proposed or existing county library district shall petition in writing the county commission to be included in the proposed or existing county library district, subject to the official approval of the existing county library board, the voters of the municipal library district shall be permitted to vote on the question for establishing or joining the county library district, and on the proposition for a tax levy for establishing and maintaining a free county library.  If the question carries by a majority vote, the municipal library district shall become a part of the county library district at the beginning of the next fiscal year and the property within the municipal library district shall be liable to taxes levied for free county library purposes.  If a majority of voters in the existing municipal library district oppose the county library district, the existing municipal library district shall continue.

--------

(RSMo 1939 § 14771, A.L. 1955 p. 547, A.L. 1978 H.B. 971)

Prior revision: 1929 § 13467

---------------- 182.030   8/28/1978 ----------------

182.040.  City may become part of county library district — procedure — effect. — After the establishment of a free county library district the legislative body of any incorporated city, town or village in the county which was excluded from the county library district because of the maintenance of a tax supported municipal library established and maintained pursuant to other provisions of this chapter, after approval of the proposed change by the trustees of the free county library district, may become a part of the free county library district by notifying the county commission that the municipality desires to become a part of the free county library district at the beginning of the next fiscal year; and thereafter the municipality shall be liable for taxes levied for free county library purposes at the same rate as is levied for the free county library district in the county.

--------

(RSMo 1939 § 14772, A.L. 1955 p. 547, A.L. 1961 p. 403, A.L. 1974 H.B. 1643)

Prior revision: 1929 § 13468

---------------- **182.040   8/28/1974** ----------------

182.050.  County library boards — appointment, qualification, removal, vacancies — nepotism forbidden. — For the purpose of carrying into effect sections 182.010 to 182.120, in case a county library district is established and a free county library authorized as provided in section 182.010, within sixty days after the establishment of the county library district, there shall be created a county library board of trustees, of five members, who shall be residents of the library district, none of whom shall be elected county officials.  The members shall be appointed by the county commission for terms of four years each, except that as to the members of the first board, two shall be appointed for one year, and one each shall be appointed for two years, three years, and four years, respectively, from the first day of July following their appointment; and annually thereafter before the first day of July the county commission shall appoint successors.  Vacancies in the board occasioned by removals, resignations or otherwise shall be reported to the county commission and shall be filled in like manner as original appointments; except that if the vacancy is in an unexpired term, the appointment shall be made for only the unexpired portion of that term.  No member of the board shall receive compensation as such.  No person shall be employed by the board of library trustees or by the librarian who is related within the third degree by blood or by marriage to any trustee of the board.

--------

(RSMo 1939 § 14768, A.L. 1955 p. 547, A.L. 1972 S.B. 581, A.L. 1986 H.B. 1372)

Prior revision: 1929 § 13464

---------------- **182.050   8/28/1986** ----------------



182.060.  Board to organize — rules and regulations — county librarian, appointment. — 1.  The board of trustees, immediately after their appointment by the county governing body, shall meet and organize by the election of one of their number as president and one as treasurer and by the election of such other officers as they may deem necessary; shall make and adopt such bylaws, rules and regulations for their own guidance as may be expedient, not inconsistent with law, for the government of the library and in general shall carry out the spirit and intent of sections 182.010 to 182.120 in establishing and maintaining the free county library.

2.  The board, in case such library district establishes its own free county library, shall appoint a qualified librarian who shall be the chief executive and administrative officer for the library district and shall serve at the pleasure of the board.

--------

(RSMo 1939 § 14768, A.L. 1955 p. 547, A.L. 1984 S.B. 423)

Prior revision: 1929 § 13464

---------------- **182.060   8/28/1984** ----------------

182.070.  General powers of district — seal. — The county library district, as a body corporate, by and through the county library board of trustees, may sue and be sued, complain and defend, and make and use a common seal, purchase or lease grounds, purchase, lease, occupy or erect an appropriate building for the use of the county library and branches thereof out of current funds if such funds are available above those necessary for normal operations or, as provided in section 182.105, and sell, convey, lease, exchange, transfer and otherwise dispose of all or any part of its real or personal property, or any interest therein, or other assets wherever situated for and on behalf of the county library and branches thereof, receive gifts of real and personal property for the use and benefit of the county library and branch libraries thereof, the same when accepted to be held and controlled by the board of trustees, according to the terms of the deed, gift, devise or bequest of such property.

--------

(RSMo 1939 § 14769, A.L. 1955 p. 547, A.L. 1995 S.B. 14)

Prior revision: 1929 § 13465

---------------- 182.070   8/28/1995 ----------------

182.073.  Treasurer of board, custodian of funds, duties. — 1.  The treasurer of the board of trustees of a county library district shall receive and be the custodian of all money belonging to the district from whatever source derived.  All funds of the county library district derived from local taxation for the county library fund and received from the county collector shall be kept in the county library fund.  All funds of the county library district derived from local taxation for the county library building fund and received from the county collector shall be kept in the county library building fund; all funds derived from state aid or federal grants, other than land, building and furnishing grants, shall be kept in the county library operating fund; and the board may establish any other funds that it deems necessary.  The treasurer shall deposit all moneys belonging to the county library district in the depositaries that are selected by the board of trustees.  The treasurer shall also be the custodian of all bonds or other securities belonging to the county library district.

2.  County library district moneys shall be disbursed by the treasurer by appropriate instrument of payment only upon due authorization of the county library district board of trustees and duly certified for payment by the president.  The certification shall specify the amount to be paid, to whom payment is to be made and the purpose for which payment is being made.  The board by resolution may direct that the signature of the president or treasurer be a facsimile signature in the manner provided by sections 105.272 to 105.278.

3.  No authorization or certification shall be made, and no instrument of payment issued, for the payment of any county library district indebtedness unless there is sufficient money in the treasury and the proper fund for the payment of the indebtedness and be in the proper form.

4.  The treasurer of the board of trustees shall submit to the board of trustees, at each regularly scheduled meeting of the board, an accounting reflecting receipt and disbursement of funds belonging to the county library district.

--------

(L. 1984 S.B. 423)

---------------- 182.073   8/28/1984 ----------------

14



182.075. Bond requirement for treasurer, librarian and other employees — cost — librarian's duties, accounts and reports. — 1. The treasurer, the librarian and other employees as designated by the board, before entering upon the discharge of their duties as such, shall enter into bond or bonds with a corporate surety to be approved by the board of trustees in such amount as may be fixed by the board, conditioned that they will render a faithful and just account of all money that comes into their hands, and otherwise perform the duties of their office according to law. The county library district shall pay the premium for the bond or bonds from its operating fund. A copy of such bond or bonds shall be filed with the treasurer of the board and the county clerk. In case of a breach of the conditions of the bond or bonds, the board or any taxpayer of the county library district may cause suit to be brought thereon. The suit shall be prosecuted in the name of the state of Missouri at the relation of and for use of the proper county library district.

2. The librarian, for and on behalf of the board, shall keep or cause to be kept financial records and accounts according to generally accepted accounting standards, and shall furnish to the board or any member thereof the financial records and accounts, or summaries thereof, that the board or any member thereof may request.

3. On or before the second Monday in March of each year, the librarian shall make a report to the board, stating the condition of the library and its services as of the thirty-first day of December of the preceding fiscal year. On or before the thirtieth day of April, the reports shall be submitted to the county governing body and to the Missouri state library by the board of trustees of the county library district.

--------

(L. 1984 S.B. 423)

---------------- 182.075   8/28/1984 ----------------

182.080. Board may contract for library service — procedure. — The county library board of trustees may contract with the body having control of a public library for assistance in the operation of a free county library under such terms and conditions as may be stated in the contract, or it may contract with the body having control of a public or a school library or any other library to furnish library service to the people of the county library district, under such terms and conditions as may be stated in the contract. The body having control of any library district may contract with any such county library board of trustees to provide library service to the people of the library district under such terms and conditions as may be stated in the contract. The county library board of trustees may contract with any other county library district under the terms outlined in sections 70.210 to 70.320. In case a contract is made for services by any library, the contracting library boards of trustees shall advise and consult together with regard to the management and disbursement of funds, and other policies relating to the proper management of the library.

--------

(RSMo 1939 § 14770, A.L. 1955 p. 547)

Prior revision: 1929 § 13466

---------------- 182.080   8/28/1955 ----------------



182.100. Tax for library building, election — duration, rate — building fund — revenues paid to district, when. — 1. Whenever, in any county library district which has decided or shall hereafter decide to establish and maintain a free county library under the provisions of sections 182.010 to 182.120, the county library board of trustees, by written resolution entered of record, deems it necessary that free county library buildings be erected in the county and voters equal to five percent of the total vote cast for governor at the last election of any county library district shall petition the county governing body in writing asking that an annual tax be levied at and as an increased rate of taxation for the library buildings and specify in their petition a rate of taxation annually, and not to be levied for more than ten years, on all taxable property in such county library district, then the county governing body, if it finds the petition was signed by the requisite number of voters, shall enter of record a brief recital of the petition, and of its finding, and shall order that the question of the petition be submitted to the voters of the county library district at an election. The order and the notice shall specify the rate of taxation mentioned in the petition.

2. The question shall be submitted in substantially the following form:

Shall there be a tax of _____ (insert amount) on each one hundred dollars assessed valuation for the erection of a free county library building?

3. If the majority of the voters of the county library district voting on the question vote in favor of the tax, the tax specified in the notice shall be levied and collected in like manner with other taxes of the county library district, and shall be known as the "County Library Building Fund", and shall be subject to the exclusive control of the county library board of trustees. At least once in every month the county collector in all counties of the first and second classes, including such counties having a charter form of government, shall pay over to the treasurer of the county library district all money received and collected by him for the fund and take duplicate receipts from the treasurer, one of which he shall file with the secretary of the county library district and the other he shall file in his settlement with the county governing body. The county collector in counties of the third and fourth classes shall pay over to the county treasurer, at least once in every month, all moneys received and collected by him for the county library building fund and shall take duplicate receipts therefor, one of which he shall file in his settlement with the county governing body. The county treasurer in such county shall pay over to the treasurer of the county library district, at least once in every month, all moneys so received by him for the fund; upon payment he shall take duplicate receipts from the treasurer of the county library district, one of which he shall file with the secretary of the district, and the other he shall file in the settlement with the county governing body. This fund shall be used for expenses incident to the erection and furnishing of the library building. The tax hereby provided for the erection of free county library buildings in such county shall be in addition to the tax levied for the establishment and maintenance of such county library.

--------

(RSMo 1939 § 14773, A.L. 1955 p. 547 § 182.090, A.L. 1978 H.B. 971, A.L. 1984 S.B. 423, A.L. 1985 S.B. 152)

Prior revision: 1929 § 13469

Effective 12-31-85

---------------- 182.100   12/31/1985 ----------------

⬆

182.105.  Issuance of bonds for building — limits — maturity — election — tax to pay. — 1.  The county library board in any county library district may provide for the purchase of ground and for the erection of public library buildings, and for the improvement of existing buildings, and may provide for the payment of the same by the issue of bonds or otherwise, subject to the conditions and limitations set forth in this section.

2.  No bonds shall be issued in an amount in excess of five percent of the value of taxable, tangible property in the county library district, as shown by the last completed assessment for state and county purposes, nor shall such indebtedness be incurred unless it has been approved by the vote of the constitutionally required percentage of the voters of the county library district voting on the question at a municipal election.

3.  Before incurring any indebtedness as authorized in this section, the county library board shall provide for the collection of an annual tax on all taxable, tangible property in the county library district sufficient to pay the interest and principal of the indebtedness as they shall fall due and to retire the same within twenty years from the date contracted.

4.  If, upon the returns from the election, which shall be certified to the county commission, it appears that the question to incur or increase such indebtedness has been assented to by the constitutionally required percentage of the voters voting on the question, the county commission shall enter of record a brief recital of the returns and shall declare that the county library board may issue bonds of the county library district in a total amount not in excess of that authorized by the voters.  The bonds shall be issued in denominations of not less than one hundred dollars, or some multiple thereof, payable in not more than twenty years from the date they bear, bearing interest from date at a rate not exceeding the rate per annum authorized by law.  All bonds shall be signed by the chairman of the county library board, attested by the signature of the secretary, and each bond shall have impressed thereon the corporate seal of the county library district.

--------

(L. 1955 p. 500 § 182.100, A.L. 1978 H.B. 971, A.L. 1990 H.B. 1621, A.L. 2006 S.B. 936)

----------------- **182.105    8/28/2006** -----------------

182.110.  Librarians required to attend meetings — expenses. — County librarians shall be required to attend state library meetings and district library institutes, the actual and necessary expenses incident thereto being a charge against the county library fund.

--------

(RSMo 1939 § 14774, A.L. 1955 p. 547)

Prior revision: 1929 § 13470

----------------- **182.110    8/28/1955** -----------------

182.120.  Services accessible to all residents of county. — The services of a free county library may be direct loan of books and other library materials, through branches, stations, or mobile units; but in all cases service shall be available to all residents of the county library district.

--------

(RSMo 1939 § 14775, A.L. 1955 p. 547)

Prior revision: 1929 § 13471

---------------- **182.120   8/28/1955** ----------------



182.130.  Certain areas excluded from county library districts (first class charter counties). — If, in any county of the first class having a charter form of government, any property located within the geographical boundaries of a county library district is now, or hereafter, included within the geographical boundaries of an urban public library district supported at least in part by taxation, the property now, or hereafter, included within the geographical boundaries of the urban public library district shall be excluded from the county library district, and the excluded property shall only be subject to taxation for library purposes by the urban public library district and shall no longer be subject to taxation for county library district purposes.

--------

(L. 1965 p. 312 § 4, A.L. 1975 H.B. 124, A.L. 1988 S.B. 681)

---------------- **182.130   8/28/1988** ----------------

182.140.  Petition for library tax — rate — election — funds, management and disbursement — increase in rate, procedure — reconsideration. — 1.  Whenever voters equal to five percent of the total vote cast for governor at the last election in any city petition the mayor, common council or other proper governing body in writing asking that an annual tax be levied for the establishment and maintenance of a free public library in the city, and specify in their petition a rate of taxation on all the taxable property in the city, the governing body shall direct that the question be submitted to the voters of the city at an election.  The order of the governing body and the notice shall specify the name of the city and the rate of taxation mentioned in the petition.

2.  The question shall be submitted in substantially the following form:

Shall there be a tax of _____ (insert amount) on each one hundred dollars assessed valuation for a public library?

3.  If, from returns of the election, the majority of all the votes cast on the question are in favor of the tax, the governing body shall enter of record a brief recital of the returns and that there has been established a public library and thereafter the free public library shall be established, and shall be a body corporate, and known as such.

4.  The tax specified in the notice, subject to the provisions of this section, shall be levied and collected, from year to year, in like manner with other general taxes of the city.  The proceeds of the levy, together with all interest accruing on same, with library fines, collections, bequests and donations to the library, shall be deposited in the city library fund.  At least once in every month the proper city finance officer shall pay over to the treasurer of the library district all moneys received and collected for the city library fund, including interest on such moneys, and shall take duplicate receipts from the treasurer, one of which he shall file with the secretary of the library district and the other of which he shall file in his settlement with the city governing body.

5. In case the proposed tax is sought as an increased tax for the maintenance of a free public library already established over a lesser tax rate theretofore voted and adopted, then such fact shall be recited in the petition and the notice of the election or whenever the city library board of trustees finds it appropriate it may order an election on the question of increasing the tax established pursuant to this section. Notice of the election shall be published in the same manner as is notice of an election to establish a city library district under this section. The notice and order shall each recite the amount of the proposed increase.

6. The question shall be submitted in substantially the following form:

Shall there be a tax increase of _____ (insert amount) over the present _____ tax for the public library?

7. If a majority of all the votes cast on the question is for the tax submitted, the tax specified in the notice shall be levied and collected in like manner with other general taxes of the city, and shall be known as and become a part of the "City Library Fund" be administered as provided in section 182.200.

8. The tax may be reconsidered whenever the voters of the city determine by a majority vote given at an election.

9. Notwithstanding any other provisions of this chapter to the contrary, any city may establish, operate and maintain a free public library in accordance with the provisions of this section if the city is located within the boundaries of a county library district that has been established, but has not levied and collected a library tax pursuant to section 182.020 within a year of when the county library district was first established.

10. The authority granted by this section shall be in addition to those powers granted in section 94.400.

--------

(RSMo 1939 § 14752, A.L. 1943 p. 638, A.L. 1945 p. 1127, A.L. 1955 p. 555, A.L. 1961 p. 404, A.L. 1974 H.B. 1643, A.L. 1976 H.B. 1021, A.L. 1978 H.B. 971, A.L. 1985 S.B. 152, A.L. 1987 H.B. 179 & 307)

Prior revisions: 1929 § 13448; 1919 § 7191; 1909 § 8187

----------------- 182.140   8/28/1987 -----------------

182.143. Treasurer of board of trustees, duties. — 1. The treasurer of the board of trustees of a library district shall receive and be the custodian of all money belonging to the district from whatever source derived. All funds in the library district derived from local taxation for the library fund and received from the proper city finance officer shall be kept in the city library fund. All funds of the library district derived from local taxation for the library building maintenance and refurnishing fund and received from the proper city finance officer shall be kept in the library building maintenance and refurnishing fund. All funds of the library district derived from state aid or federal grants, other than land, building and furnishing grants, shall be kept in the library operating fund. The board may establish any other funds that it deems necessary. The treasurer shall deposit all moneys belonging to the library district in the

depositaries that are selected by the board of trustees. The treasurer shall also be the custodian of all bonds or other securities belonging to the library district.

2. Library district moneys shall be disbursed by the treasurer by appropriate instrument of payment. The board of trustees shall prepare a budget for each fiscal year and all expenditures shall conform to such a budget. The budget shall be approved by the board of trustees. The board by resolution may direct that the signature of the president or treasurer be* a facsimile signature in the manner provided by sections 105.273 to 105.278.

3. No authorization or certification shall be made, and no instrument of payment shall be issued for the payment of any library district indebtedness unless there is sufficient money in the treasury and the proper fund for the payment of the indebtedness and unless the authorization, certification and instrument are in the proper form.

4. At each regularly scheduled meeting of the board the treasurer of the board of trustees shall submit to the board of trustees an accounting reflecting receipt and disbursement of funds belonging to the library district.

5. Nothing in this section shall prohibit a library district from contracting with a municipality for services.

--------

(L. 1985 S.B. 152)

Effective 12-31-85

*Word "by" appears in original rolls.

---------------- 182.143  12/31/1985 ----------------

182.145. Cities maintaining library prior to August 29, 1955, may levy tax for and maintain library. — Any incorporated city having lawfully established a free public library prior to the effective date of section 182.140, and having had at that time authority to levy and collect a tax for the establishment and maintenance of the library, may levy and collect a tax for the maintenance of the library, and reduce or increase the tax in the manner provided in section 182.140.

--------

(L. 1957 p. 461 § 1)

(1964) Where taxable property lying within the boundaries of a county library district was incorporated by annexation into the boundaries of a city which had a tax-supported free public library, held that the property was subject to the taxing power of both districts and such interpretation did not violate Article X, § 3, and Article I, §§ 2, 10, 26 and 28 of Missouri Constitution. St. Louis County Library District v. Hopkins (Mo.), 375 S.W.2d 71.

---------------- 182.145  8/28/1957 ----------------

182.150. Election on tax to establish and maintain library, procedure — funds, management and disbursement (cities over 600,000). — 1. In cities of six hundred thousand inhabitants or over when one hundred voters of the city, or the library board of any free public library

heretofore established in the city, petition in writing the mayor and council, or the mayor and board of aldermen, of the city asking that an annual tax be levied for the establishment, maintenance, rehabilitation or extension of a free public library, or for the maintenance, rehabilitation or extension of a free public library theretofore established in the city, and specify in their petition a rate of taxation on all taxable property in the city, the mayor and council, or mayor and board of aldermen, shall submit the question at an election.

2. The question shall be submitted in substantially the following form:

Shall there be a tax of _____ (insert amount) on each one hundred dollars valuation for a public library?

3. In case the proposed tax is sought as an increased tax for the maintenance, rehabilitation or extension of a library already established, over a lesser tax rate theretofore voted and adopted, then the fact shall be recited in the petition and the notice for the election.

4. The question shall be submitted in substantially the following form:

Shall there be tax increase of _____ (insert amount) over the present _____ tax per hundred dollars assessed valuation for the free public library?

5. If a majority of all the votes cast on the question is for the tax submitted, the tax specified in the notice shall be levied and collected in like manner with other general taxes of the city, and the proceeds of such tax shall be known as and become a part of the "City Library Fund", to be administered as provided in section 182.440.

6. The tax shall cease or the tax rate thereof be decreased whenever the voters of the city determine by a majority vote on the question. The tax rate may be increased to but not to exceed the rate or limit as may be hereafter provided by law upon like petition, order of mayor and common council or board of aldermen, notice of election and the purpose thereof, and majority vote in favor of such increase as provided by this section to be made, given, filed and held as in the case of establishing the public library. Nothing contained in this section or done pursuant to its provisions shall be construed to waive or satisfy the duty of the general assembly under Section 10 of Article IX of the Constitution of this State to grant aid to any free public library supported by the city, in such manner and in such amounts as may be provided by law. Any tax rate authorized hereunder may be levied in excess of the rates of taxation authorized by law for general municipal purposes, or for county purposes of the city of St. Louis, pursuant to Section 11 of Article X of the Constitution of this State.

--------

(L. 1945 p. 1127 § 14752, A.L. 1951 p. 511, A.L. 1955 p. 555, A.L. 1961 p. 404, A.L. 1969 p. 288, A.L. 1974 H.B. 1643, A.L. 1978 H.B. 971, A.L. 1985 S.B. 152)

Effective 12-31-85

---------------- **182.150   12/31/1985** ----------------

182.170. Trustees, number, appointment. — When any city establishes and maintains a public library under sections 182.140 to 182.301, the mayor or other proper official of the city, with the approval of the legislative branch of the city government, shall proceed to appoint a

library board of nine trustees, chosen from the citizens at large, with reference to their fitness for the office.  No member of the city government shall be a member of the board.

--------

(RSMo 1939 § 14753, A.L. 1955 p. 555 § 182.160)

Prior revisions: 1929 § 13449; 1919 § 7192; 1909 § 8188

---------------- **182.170   8/28/1955** ----------------



182.180.  Terms of office of trustees — removal. — The trustees shall hold office, one-third for one year, one-third for two years and one-third for three years from the first of July following their appointment, and at their first regular meeting shall cast lots for the respective terms; and annually thereafter the mayor or other proper official, before the first of July of each year, shall appoint three trustees, who shall hold office for three years.  The mayor or other proper official, by and with the consent of the legislative branch of the city government, may remove any trustee for misconduct or neglect of duty.

--------

(RSMo 1939 § 14754, A.L. 1955 p. 555 § 182.170)

Prior revisions: 1929 § 13450; 1919 § 7193; 1909 § 8189

---------------- **182.180   8/28/1955** ----------------

182.190.  Vacancies, how filled — three terms disqualifies — nepotism forbidden. — Vacancies in the board of trustees, occasioned by removals, resignations or otherwise, shall be reported to the proper official and be filled in like manner as original appointments, except that if the vacancy is an unexpired term, the appointment shall be made for only the unexpired portion of that term.  No member of the board shall serve for more than three successive full terms and shall not be eligible for further appointment to the board until two years after the expiration of the third term.  No trustee shall receive compensation as such, and no person shall be employed by the board who is related either by blood or by marriage to any trustee of the board.

--------

(RSMo 1939 § 14755, A.L. 1955 p. 555 § 182.180)

Prior revisions: 1929 § 13451; 1919 § 7194; 1909 § 8190

---------------- **182.190   8/28/1955** ----------------

182.200.  Board, organization, powers, duties — funds, management and disbursement — exchange services. — 1.  The trustees, immediately after appointment, shall meet and organize by the election of one of their number as president, and by the election of such other officers as they may deem necessary.

2.  They shall make and adopt such bylaws, rules and regulations for their own guidance, and for the government of the library, as may be expedient, and not inconsistent with sections 182.140 to 182.301.

3.  They shall appoint a properly qualified librarian who shall be the chief executive and administrative officer for the library.

4.  They shall have the exclusive control of the expenditure of all moneys collected to the credit of the library fund, and of the construction of any library building, and of the supervision, care and custody of the grounds, rooms or buildings constructed, leased, or set apart for that purpose.  All moneys received for the library shall be deposited in the city treasury to the credit of the city library fund, and shall be kept separate and apart from other moneys of the city.  At least once in every month the proper city finance officer shall pay over to the treasurer of the library district all moneys received and collected for the library fund, including interest on such moneys, and take duplicate receipts from the treasurer, one of which he shall file with the secretary of the library district and the other of which he shall file in his settlement with the city governing body.

5.  The board, as a body corporate, may sue and be sued, complain and defend, and make and use a common seal, purchase or lease grounds, purchase, lease, occupy or erect an appropriate building or buildings for the use of the public library and branches thereof, sell and convey real estate and personal property for and on behalf of the public library and branches thereof, issue bonds, secured by a deed of trust on any land which they own, for the purpose of the purchase of ground and for the erection of public buildings and for the improvements of existing buildings, receive gifts of real and personal property for the use and benefit of the public library and branch libraries thereof, the same when accepted to be held and controlled by the board of trustees, according to the terms of the deed, gift, devise or bequest of such property.

6.  The board may extend the privileges and use of the library to nonresidents through agreements with other existing libraries allowing for exchanges of services, upon such terms and conditions as the boards of the libraries, from time to time, may prescribe.

--------

(RSMo 1939 § 14756, A.L. 1955 p. 555 § 182.190, A.L. 1985 S.B. 152, A.L. 1995 S.B. 14)

Prior revisions: 1929 § 13452; 1919 § 7195; 1909 § 8191

---------------- **182.200**   8/28/1995 ----------------



182.210.  Annual report of librarian, contents, when submitted. — The librarian shall make, within eight weeks after the end of the fiscal year of the library, an annual report to the board of trustees, stating the condition of the library and its services on the last day of the fiscal year, the various sums of money received from the library fund and from other sources, and how the moneys have been expended and for what purposes, and such other statistics, information and suggestions as may be of general interest.  This report shall be transmitted by the board to the proper official and governing body of the city and a copy shall be transmitted at the same time to the Missouri state library.

--------

(RSMo 1939 § 14758, A.L. 1955 p. 555 § 182.200)

Prior revisions: 1929 § 13454; 1919 § 7197; 1909 § 8193

---------------- **182.210**   8/28/1955 ----------------

182.221.  Treasurer, librarian and board employees — bond, duties (cities 600,000 or more). — 1.  The treasurer, the librarian and such other employees as the board may designate shall, before entering upon the discharge of their duties as such, enter into bond or bonds with a corporate surety, to be approved by the board of trustees, in such amount as may be fixed by the board, conditioned that they will render a faithful and just account of all money that comes into their hands and otherwise perform the duties of their office according to law.  The library district shall pay the premium for the bond or bonds from its operating fund.  A copy of such bond or bonds shall be filed with the treasurer of the board.  In case of a breach of the conditions of the bond or bonds the board or any taxpayer of the library district may cause suit to be brought thereon.

2.  The librarian, for and on behalf of the board, shall keep or cause to be kept financial records and accounts according to generally accepted accounting standards and shall furnish to the board, or any member thereof, the financial records and accounts, or summaries thereof, that the board or any member thereof may request.

--------

(L. 1985 S.B. 152 § 182.220)

Effective 12-31-85

---------------- 182.221   12/31/1985 ----------------

182.230.  Library free to public subject to regulations. — Every library and reading room established under sections 182.140 to 182.301 shall be forever free to the use of the inhabitants of the city where located, always subject to such reasonable rules and regulations as the library board may adopt in order to render the use of the library and reading room of the greatest benefit to the greatest number.  The board may exclude from the use of the library and reading room any and all persons who willfully violate such rules.  The board may extend the privileges and use of the library and reading room to persons residing outside of the city in this state, upon such terms and conditions as the board, from time to time, by its regulations, may prescribe.

--------

(RSMo 1939 § 14757, A.L. 1955 p. 555 § 182.210)

Prior revisions: 1929 § 13453; 1919 § 7196; 1909 § 8192

---------------- 182.230   8/28/1955 ----------------



182.240.  Council may provide penalties for damage to property. — The governing body of the city may pass ordinances imposing suitable penalties for the punishment of persons committing injury upon the library or the grounds or other property thereof, and for injury to or failure to return any book belonging to the library.

--------

(RSMo 1939 § 14759, A.L. 1955 p. 555 § 182.220)

Prior revisions: 1929 § 13455; 1919 § 7198; 1909 § 8194

---------------- 182.240   8/28/1955 ----------------

182.260.  Library building tax — duration, rate, election — funds, management and disbursement (cities 10,000 or over). — Whenever in any city which has decided or shall hereafter decide to establish and maintain a free public library under the provisions of sections 182.140 to 182.301, voters equal to five percent of the total vote cast for governor at the last election in the city in writing petition the proper authorities, asking that an annual tax be levied as an increased rate of taxation for the erection and maintenance of free public library buildings in the city, and specify in their petition an annual rate of taxation, which shall not to be levied for more than ten years on all taxable property in the city, and the board of trustees of the free public library of the city deems it necessary that the library buildings be erected and properly maintained and refurbished, and so express its opinion by resolution, then the question shall be submitted at an election.  The order of the governing body and the notice shall specify the name of the city and the rate of taxation mentioned in the petition.  If a majority of the voters voting on the question vote in favor of the increased tax, the tax specified in the notice shall be levied and collected in like manner with other general taxes of the city, and shall be known as the "Library Building, Maintenance and Refurbishing Fund".  All funds received pursuant to this section shall be utilized by the board of trustees for erection of a library or for the normal maintenance, remodeling or refurbishing of any existing library under the control of the board.  At least once in every month the proper city finance officer shall pay over to the treasurer of the library district all moneys received and collected for the library building, maintenance and refurbishing fund, including interest on such moneys, and take duplicate receipts from the treasurer, one of which he shall file with the secretary of the library district and the other of which he shall file in his settlement with the city governing body.

--------

(RSMo 1939 § 14764, A.L. 1955 p. 555 § 182.250, A.L. 1978 H.B. 971, A.L. 1982 S.B. 495, A.L. 1985 S.B. 152)

Prior revisions: 1929 § 13460; 1919 § 7203; 1909 § 8199

Effective 12-31-85

---------------- **182.260   12/31/1985** ----------------

182.270.  Plans — contracts for library building (cities 10,000 or over). — When it has been determined at the election to provide for the erection of a free public library building, the board of trustees shall proceed to have plans and specifications of a public library building prepared, shall take bids thereon for the construction of the building and shall let the contract therefor to the lowest and best responsible bidder, and shall require of such bidder securities for the performance of his bid.  The board may let parts of the material or labor for the erection of the building to different bidders, as to it may seem best, and may reject any and all bids.

--------

(RSMo 1939 § 14765, A.L. 1955 p. 555 § 182.260)

Prior revisions: 1929 § 13461; 1919 § 7204; 1909 § 8200

---------------- **182.270   8/28/1955** ----------------

⬆

182.280.  Board may sell lands, when — exceptions (cities 10,000 or over). — Whenever the board of trustees of any public library acquires a lot or tract of land, and the board determines

that it is not judicious to erect the library building upon the lot, the board may sell or exchange the lot and to use the proceeds of the sale or exchange for the purposes of a site for a library building, or for the erection of a library building, on any other land purchased or leased by or donated to the board and which it may deem suitable for the building.  Sections 182.260, 182.270 and 182.280 shall not apply to cities under ten thousand inhabitants.

--------

(RSMo 1939 § 14766, A.L. 1955 p. 555 § 182.270)

Prior revisions: 1929 § 13462; 1919 § 7205; 1909 § 8201

---------------- 182.280   8/28/1955 ----------------

182.291.  City-county library, how organized — board of trustees, duties — effect of merger on assets and liabilities — funds, how handled — budget required. — 1.  After the establishment of a county library district as provided in section 182.010, the board of trustees of any city library within the county, which city has a library tax levy equal to that levied for the county library district, and which county library district has a population of under two hundred and fifty thousand, with the prior approval of the governing body of the city, may petition the county governing body to permit the organization of a city-county library to provide library service to the residents of the county by appropriate means from the city library.

2.  After the county library board has been appointed as provided in section 182.050, the county library board may petition the county governing body to permit the organization of a city-county library which shall provide library service to the residents of the county by appropriate means from the city library.  Within thirty days after receiving the petition the county governing body shall notify the county library board and the city library board of its decision by order of record.  If the petition is approved, the city-county library shall be deemed established; but if the petition is denied, the parties may proceed as provided in sections 182.010 to 182.120.

3.  The city-county library shall be under the control and supervision of a board of trustees of nine members.  If the population of the county is larger than that of the city, the county governing body shall appoint five members of the library board.  If the population of the county is less than that of the city, the county governing body shall appoint four members of the library board.  If the population of the city is larger than that of the county, the mayor of the city shall appoint five members to the library board.  If the population of the city is less than that of the county, the mayor shall appoint four members to the library board.  The members shall serve a term of three years and until their successors are appointed and qualified in the same manner as their predecessors; except that, the original members shall serve terms ranging from one to three years to be determined by the board at its first meeting.  Immediately upon their appointment, the board shall organize as provided in section 182.060; and thereupon the city board shall cease to exist and shall turn over all property, books and records to the city-county board.

4.  All unexpended funds of the preexisting separate city and county library districts shall be deposited by the custodians thereof with the city treasurer immediately upon the issuance of the county governing body's approval of the petition.

5.  For all tax purposes, including levies and adjustments thereof, the city library district shall become a part of the county library district at the beginning of the next fiscal year after the merger and the property within the city library district shall be treated as within the county

library district for all such purposes; except, until the city library district shall become a part of the county library district the levy and collection of taxes shall be made as though no merger had taken place, so that the levy and collection of taxes shall be without interruption, and during that period no change in the levy shall take place. The funds collected shall be turned over to the city treasurer immediately upon collection.

6. All of the real and personal property and all of the obligations of the preexisting separate city and county library districts shall, without further action, become the property and obligations of the merged city-county library district, which shall have an official name composed of the name of the city, followed by the name of the county and followed by the words "County Library District".

7. The merged district, and the librarian, officials and board thereof, shall have all of the rights, powers, responsibilities, and privileges granted county library districts by the laws of the state of Missouri and shall be governed by such laws, as though the merged districts were a county library district, except:

(1) Where such laws are inconsistent with this section;

(2) The treasurer of the board of trustees of the library district shall receive and be the custodian of all moneys, belonging to the district from whatever source derived. Such funds shall be audited annually. At least once in every month the proper finance officer shall pay over to the treasurer of the library district all moneys received and collected for the fund, including interest on such moneys, and take duplicate receipts from the treasurer, one of which he shall file with the secretary of the library district and the other of which he shall file in his settlement with the proper governing body;

(3) The library board shall prepare a budget for each fiscal year and all expenditures shall conform to such budget. The budget shall be prepared and approved by the library board and made available to the members of the governing body of the city and the members of the county governing body sixty days before the beginning of each fiscal year, except the first budget of the merged district shall be prepared forthwith and so delivered after the merger.

--------

(L. 1955 p. 555 § 182.230, A.L. 1972 S.B. 583, A.L. 1976 H.B. 1021, A.L. 1985 S.B. 152, A.L. 1990 H.B. 1393)

---------------- 182.291   8/28/1990 ----------------

182.296. Treasurer, librarian and board employees — bond, duties (city and county library). — 1. The treasurer, the librarian and such other employees as the board may designate shall, before entering upon the discharge of their duties as such, enter into bond or bonds with a corporate surety, to be approved by the board of trustees, in such amount as may be fixed by the board, conditioned that they will render a faithful and just account of all money that comes into their hands and otherwise perform the duties of their office according to law. The library district shall pay the premium for the bond or bonds from its operating fund. A copy of such bond or bonds shall be filed with the treasurer of the board. In case of a breach of the conditions of the bond or bonds the board or any taxpayer of the library district may cause suit to be brought thereon.

Case 5:19-cv-06137-BP   Document 89-1   Filed 10/19/20   Page 30 of 62

2.  The librarian, for and on behalf of the board, shall keep or cause to be kept financial records and accounts according to generally accepted accounting standards and shall furnish to the board, or any member thereof, the financial records and accounts, or summaries thereof, that the board or any member thereof may request.

--------

(L. 1985 S.B. 152)

Effective 12-31-85

---------------- **182.296   12/31/1985** ----------------



182.301.  City or city-county library may contract for cooperative service. — Any city library board or any city-county library board may contract for cooperative service with the body having control of a city library or school library or a county or other public library or any other library within the state under such terms or conditions as may be stated in the contract and the body having control of any library in the state may contract with city, city-county, county or public library in the state.

--------

(L. 1955 p. 555 § 182.240)

---------------- **182.301   8/28/1955** ----------------

182.410.  Directors — appointment — number — board to be bipartisan. — When any incorporated city containing over three hundred thousand inhabitants shall have decided to establish and maintain a public library and reading room under this chapter, the mayor of such city shall, with the approval of the city council, proceed to appoint a board of nine directors for the same, chosen from the citizens at large, with reference to their fitness for such office; and no member of the municipal government shall be a member of said board; provided, that not more than five of such directors shall be members of the same political party.

--------

(RSMo 1939 § 14777)

Prior revisions: 1929 § 13473; 1919 § 7206; 1909 § 8202

---------------- **182.410   8/28/1939** ----------------

182.420.  Term of directors — removal. — Said directors shall hold office, one-third for one year, one-third for two years and one-third for three years, from the first of June following their appointment, and at their first regular meeting shall cast lots for their respective terms; and annually thereafter the mayor shall, before the first of June of each year, appoint, as before, three directors, who shall hold office for three years, and until their successors are appointed.  The mayor may, by and with the consent of the city council, remove any director for misconduct or neglect of duty.

--------

(RSMo 1939 § 14778)

Prior revisions: 1929 § 13474; 1919 § 7207; 1909 § 8203

----------------- **182.420   8/28/1939** -----------------



182.430.  Vacancies, how filled — no compensation. — Vacancies in the board of directors, occasioned by removals, resignation or otherwise, shall be reported to the mayor, and be filled in like manner as original appointments, and no director shall receive compensation as such.

--------

(RSMo 1939 § 14779)

Prior revisions: 1929 § 13475; 1919 § 7208; 1909 § 8204

----------------- **182.430   8/28/1939** -----------------

182.440.  Duty of board — appointment of officers — powers. — 1.  The directors shall be known and styled in their corporate name as the board of directors of the public library, and in such name may exercise the powers herein granted.

2.  They shall, immediately after appointment, meet and organize by the election of one of their number as president, and by the election of such other officers as they may deem necessary.

3.  They shall make and adopt such bylaws, rules and regulations for their own guidance, and for the government of the library and reading room, as may be expedient, not inconsistent with this chapter.

4.  They shall have the exclusive control of the expenditure of all moneys collected to the credit of the library fund, and of the construction of any library building, and of the supervision, care and custody of the grounds, rooms or buildings constructed, leased or set apart for that purpose.

5.  The board shall have power to purchase, hold or lease grounds, to occupy, lease or erect an appropriate building or buildings for the use of the library, and to issue bonds, secured by deed of trust on any land of which they may be possessed, for the purpose of the purchase of grounds[*] and for the erection of public library buildings and for the improvement of existing buildings and all property by such board purchased, or otherwise obtained, shall vest in such board as a body corporate, and be held by it in trust.

6.  They shall have power to appoint a suitable librarian and necessary assistants, and fix their compensation, and shall also have power to remove such appointees; and shall, in general, carry out the spirit and intent of this chapter in establishing and maintaining a public library and reading room.

--------

(RSMo 1939 § 14780, A.L. 1985 S.B. 152, A.L. 1995 S.B. 14)

Prior revisions: 1929 § 13476; 1919 § 7209; 1909 § 8205

*Word "ground" appears in original rolls.

----------------- **182.440   8/28/1995** -----------------

182.450.  Board to make annual report — contents. — The said board of directors shall make, on or before the second Monday in June, an annual report to the mayor, stating the condition of

their trust on the first day of May of that year, the various sums of money received from the library fund and from other sources, and how such moneys have been expended and for what purposes; the number of books and periodicals on hand, the number added by purchase, gift or otherwise, during the year; the number and general character and kind of such books, with such other statistics, information and suggestions as they may deem of general interest. All such portions of said report as relate to the receipt and expenditure of money, as well as the number of books on hand, books lost or missing, and books purchased, shall be verified by affidavit.

--------

(RSMo 1939 § 14781)

Prior revisions: 1929 § 13477; 1919 § 7210; 1909 § 8206

---------------- 182.450   8/28/1939 -----------------



182.460.  City to provide penalties. — The said cities shall have power to pass ordinances imposing suitable penalties for the punishment of persons committing injury upon such library, or the grounds or other property thereof, and for injury to or failure to return any book belonging to such library.

--------

(RSMo 1939 § 14782)

Prior revisions: 1929 § 13478; 1919 § 7211; 1909 § 8207

---------------- 182.460   8/28/1939 -----------------

182.480.  Municipal library districts created in cities — property subject to taxation. — As of October 13, 1965, and any other provisions of law to the contrary notwithstanding, all of the area or territory included within the geographical boundaries of a city, including any area or territory which becomes a part of any city pursuant to any annexation pending on October 13, 1965, which maintains a free public library supported at least in part by taxation, shall be a "municipal library district" and shall have as its purpose the furnishing of free public library services to residents of the district, and the district shall be known as "The city of _____ Municipal Library District", and each such district shall be a political subdivision of the state of Missouri and a body corporate with all the powers and rights of like or similar corporations, and as of the effective date of sections 182.130 and 182.480 to 182.510, all of the area or territory which is hereby included within a municipal library district shall be excluded from the boundaries of any existing county library district, and all of the taxable property located in the municipal library district shall only be subject to taxation by the municipal library district and shall hereafter not be subject to taxation by the county library district; provided, however, that after October 13, 1965, any annexation by a city having within its boundaries a municipal library district shall not extend the boundaries of the municipal library district, and any annexed areas shall remain in the county library district, and the taxable property in any such annexed areas shall only be subject to taxation by the county library district and shall not be subject to taxation by the municipal library district; except, that in any county not having a county library any such annexation shall likewise extend the boundaries of any existing municipal library district.

--------

(L. 1965 p. 312 § 2, A.L. 1969 p. 290)

----------------- 182.480   8/28/1969 -----------------

182.490.  City library tax rate to be continued — construction of library laws. — The current library tax rate being levied in any city in which there shall be a municipal library district pursuant to the provisions hereof shall continue to be levied by or for the benefit of the municipal library district, and all of the provisions of sections 182.010 to 182.460 shall apply to the municipal library districts established by section 182.480, except any such provision as may be inconsistent with, or repugnant to, the provisions of sections 182.480 to 182.510.  Any reference to a city library shall mean a municipal library district, and any reference to the area or territory of a city shall mean the area or territory in a municipal library district, it being the intention of the legislature that sections 182.010 to 182.460 as applied to the municipal library districts created by section 182.480 shall be construed in harmony with sections 182.480 to 182.510 as far as the same may be practicable.

--------

(L. 1965 p. 312 § 3, A.L. 1969 p. 290, A.L. 1978 H.B. 971)

----------------- 182.490   8/28/1978 -----------------



182.500.  Excluded property subject to taxation for payment of bonded indebtedness — alternative. — All real property excluded from a county library district as provided in sections 182.130 and 182.480 shall thereafter be subject to the levy of taxes for the payment of any bonded indebtedness of the county library district outstanding at the time or exclusion and for no other purpose; provided, however, that any buildings and improvements thereafter erected or constructed on the excluded real property, and all machinery and equipment thereafter installed or placed therein or thereon, and all tangible, personal property thereafter located therein or thereon shall not be subject to the levy of any taxes of the county library district.  In lieu of the continuing taxation of the real property excluded from the county library district, the governing body of the city in which the excluded property is situated may pay to the county library district a sum equal to that portion of the total bonded indebtedness of the county library district that the assessed valuation of the excluded property bears to the total assessed value of the county library district prior to the exclusion, after which payment the excluded property shall no longer be subject to any levy of taxes by the county library district.  The funds paid to the county library district shall be used for retiring the bonds of the county library district.

--------

(L. 1965 p. 312 § 5, A.L. 1969 p. 290)

----------------- 182.500   8/28/1969 -----------------

182.510.  Law not to prevent merger of city and county district. — Nothing in sections 182.480 to 182.510 shall be construed so as to prevent the merger of the city library and the county library district as provided in section 182.040 or 182.291.

--------

(L. 1965 p. 312 § 6, A.L. 1969 p. 290, A.L. 1971 S.B. 171)

----------------- 182.510   8/28/1971 -----------------

182.610.  County library districts may consolidate, when. — Two or more county library districts having the same rate of taxation on assessed valuation of taxable property within each district may join in creating a consolidated public library district, which shall have the same rate of taxation as districts forming the consolidated public library district, shall have the powers and authority as set out in sections 182.610 to 182.670, may perform any common function or service, including the purchase of land, and the purchase, construction and maintenance of buildings and any other property and may join in the common employment of any consolidated public library district officer, librarian or employee.

--------

(L. 1972 H.B. 1114)

---------------- **182.610   8/28/1972** ----------------



182.620.  Consolidation — resolution — election — form of ballot — transfer of property. — 1.  A consolidated public library district may be created by resolution, duly acted upon, by the governing boards of two or more county public library districts.  After the districts have each resolved to form a consolidated public library district, they shall apply to the county commissions or county chief executive officers of the county districts served by the districts being consolidated.  Upon approval of the consolidation by the appropriate county commissions or county executive officers, legal notice that the consolidated public library district has been created, and containing the names of the districts and members of the governing boards creating it, the names of the trustees of the consolidated public library district, the name of the consolidated public library district, the area to be served, the date of its creation and the location of its principal business office shall be published in newspapers of general circulation in the county districts to be served by the consolidated public library district.  Notice shall also be filed with the Missouri state library commission.

2.  Whenever five percent of the voters of each of any two or more county library districts sign a petition, and file it with their appropriate county commissions or county executive officers requesting submission of the question of permitting the county library districts to create a consolidated public library district under section 182.610, the county commissions or county executive officers shall submit the question to the voters at an election.  The total vote for governor at the last general election before the filing of the petition whereat a governor was elected shall be used to determine the number of voters necessary to sign the petition.

3.  The question shall be submitted in substantially the following form:

Shall the _____ county public library district and the _____ county public library district be consolidated and the _____ public library district be created?

4.  If a majority of the voters voting on the question vote for the question in each of the counties taken separately, it shall be deemed to have been adopted, but if it fails to receive a majority in any one or more of the counties, it shall be deemed to have failed.  The board of election commissioners of each county shall canvass the certified abstracts and notify the presiding commissioner or county executive officer of each of the county commissions of the results within twenty days of receipt of the certified abstracts.

5. Within thirty days following the notification of the election authority of adoption of the question by a majority vote or within thirty days following the adoption of the resolution, the taxing authorities and the boards of trustees of the county library districts affected shall take appropriate action transferring all title and interest in all property, both real and personal, in the name of the county public library district to the board of trustees of the consolidated public library district. Upon the transfer of such title and interest, the property shall become the property of and subject to the exclusive control of the consolidated public library district.

--------

(L. 1972 H.B. 1114, A.L. 1978 H.B. 971)

---------------- 182.620  8/28/1978 ----------------

182.630. Consolidated district is body corporate and a political subdivision — corporate powers. — A consolidated public library district is a body corporate and a political subdivision of the state of Missouri, and by and through its governing board of trustees may engage in and contract for every and all types of services, actions or endeavors, not contrary to law, necessary to the successful and efficient prosecution and continuation of the businesses and purposes for which it is created, including, but not limited to, the following:

(1) To have succession by its corporate name perpetually or for a period of time at the pleasure of the electorate of the counties it serves;

(2) To sue and be sued, complain and defend in any court of law or equity;

(3) To have a corporate seal which may be altered at the pleasure of the board and to use same by causing it or a facsimile thereof to be impressed or affixed or in any manner reproduced;

(4) To purchase, take, receive, lease, or otherwise acquire, by eminent domain or otherwise, own, hold, improve, use, sell, convey, lease, exchange, transfer and otherwise dispose of all or any part of its real or personal property, or any interest therein, or other assets wherever situated; and to hold for any period of time gifts of real and personal property for the use and benefit of it, the same to be accepted and controlled by the board of trustees, according to the terms of the deed, gift, devise or bequest of such property; to make contracts and guarantees and incur liability; to borrow money at rates of interest; to issue its bonds or other obligations;

(5) To elect or appoint directors, officers and agents of the district, define their duties and affix their compensation, to indemnify directors, officers and employees to the extent and in the manner permitted by law;

(6) To make and alter bylaws, not inconsistent with the laws of this state, for the administration and regulation of the affairs of the district, and to adopt emergency bylaws and exercise emergency powers as permitted by law;

(7) To invest all or any part of the funds of the district in obligations, redeemable at maturity at par, of the state of Missouri or any political subdivision thereof, or of the United States or of any wholly owned corporation of the United States, or certificates of deposit or time deposits of any financial institution if accompanied by a pledge of securities of the United States government or other political subdivision equal in value to the face amount of such securities of deposit; except that, no funds shall be invested in obligations which are to mature beyond the

date that the funds are needed for purposes for which they were received by the consolidated public library district.  Interest or earnings derived from the funds shall belong to the district and may be disbursed and expended for the same purposes and in the same manner as other funds belonging to the district;

(8)  To authorize any employee, trustee, director or librarian of the board or of the district to attend national, regional or state conventions, workshops or other meetings deemed by the board to be of interest to the district; and the board, in its discretion, may authorize the expenditure of funds of the district to reimburse the employee, trustee, officer or librarian for expenses incurred in attending such conventions, meetings or workshops;

(9)  To retain or authorize the librarian to retain and employ accountants, bookkeeping services, architects, financial advisors, legal counsel, business managers, consultants or other persons offering specialized services on the conditions and for reasonable fees or compensation as the board may determine;

(10)  To exercise the sole and exclusive control over all of the property and things of value owned or possessed by the district;

(11)  To enter into contracts with any agency of the United States, of this state, or of any other state; or any city, municipal, school or public library districts or any political subdivisions of this state or of any other state, or with any college, university or educational institution, public or private, or any corporation, organization or association to render or to receive specific library services;

(12)  To apply for and receive and otherwise expend and use any state aid which is appropriated by the general assembly of the state of Missouri, on such terms and conditions as shall be set forth and included in that legislation;

(13)  To apply for and receive and otherwise expend and use any federal aid which is now or hereafter[*] shall be appropriated by the Congress of the United States, on such terms and conditions as shall be set forth and included in that legislation.

--------

(L. 1972 H.B. 1114)

*Word "hereinafter" appears in original rolls.

---------------- 182.630   8/28/1972 ----------------

182.640.  Board of trustees — how appointed, grounds for removal, vacancies how filled — librarian to be appointed. — 1.  A consolidated public library district created under the provisions of sections 182.610 to 182.670 shall be governed by a board of trustees which shall consist of not less than eight trustees to be appointed by the county commission or county executive officers of the counties participating in the consolidated public library district.  Upon the creation of a consolidated district under section 182.620, the county commission or county executive officers of each participating county shall appoint four trustees who are residents of that county and who reside in the district, as representatives of its county.  If an existing consolidated public library district is enlarged by incorporating into it any county public library district under section 182.660, then the county commission or county executive of the petitioning county district shall appoint four trustees who are residents of that county as representatives of

34

the county.  If an existing consolidated public library district is enlarged by incorporating into it any city, municipal, school, or other public library district that does not include an entire county, that includes territory outside of the consolidated district's existing boundaries, and that petitions to join the consolidated district under section 182.660, then the county commission or county executive of each county within the petitioning district that is outside of the consolidated district's existing boundaries shall appoint one trustee who resides in their county and also within the petitioning district as a representative of the consolidated district.  No appointed trustee shall be an elected official.

2.  The trustees of the existing boards of a county public district shall remain as the representatives of their respective county and shall serve the remainder of their respective term as the governing board of a consolidated public library district.  Upon expiration of their term the county commission or county executive officer shall appoint a resident of the respective county and district for a four-year term beginning the first day of July or until a successor shall be appointed.  Trustees in office as of August 28, 2005, who reside outside the district shall be deemed to have vacated their trusteeships and successors shall be appointed under subsection 4 of this section.

3.  Whenever any member of the board of trustees shall, without good cause, fail to attend six consecutive board meetings of the consolidated public library district or whenever any member of the board of trustees is deemed by the majority of the board of trustees to be guilty of conduct prejudicial to the good order and effective operation of the consolidated public library district, or whenever any member is deemed to be guilty of neglect of duty, then such member may be removed by resolution of the board of trustees duly acted upon, after specification of charge and hearing.

4.  Vacancies in the board occasioned by removals, resignations, or otherwise shall be reported to the county commission or county executive officers and shall be filled in like manner as original appointments; except that, if the vacancy occurs during an unexpired term, the appointment shall be for only the unexpired portion of that term.

5.  No person shall be employed by the board of library trustees or by the librarian who is related within the third degree by blood or by marriage to any trustee of the board.

6.  Except as in sections 182.610 to 182.670 otherwise expressly provided, no trustee of a consolidated public library district shall receive any fee, salary, gratuity or other compensation or remuneration for acting as such; except that, the board of trustees may reimburse its members for actual and necessary expenses incurred in the performance of their duties.

7.  The board of trustees shall have a president, secretary and a treasurer and such other officers as the board may select.  All officers of the board shall be selected by the board.  All officers of the board of trustees shall serve at the pleasure of the board, and shall not receive any salary, gratuity or other compensation or reimbursement for acting as such, except the treasurer, who may also serve as secretary.

8.  The board shall provide for regularly scheduled meetings of the board to be held monthly; except that, the board shall not be required to meet more than ten times in any calendar year.  The board shall make and adopt bylaws, rules and regulations governing the proceedings

of the board, including bylaws prescribing the duties of each officer of the board of trustees.  No bylaws, rules or regulations shall be contrary to, or inconsistent with, any provision of law.

9.  A majority of the full board of trustees shall constitute a quorum for the transaction of business.  The act of the majority of the trustees present at a meeting at which a quorum is present shall be the act of the board of trustees, except as hereinafter provided.  The affirmative vote of a majority of the full board of trustees shall be required to enter into any contract, employ or dismiss the chief administrative officer of the district, effect a merger or consolidation or approve a budget.

10.  The board of trustees of a consolidated public library district shall adopt policies for the government of the consolidated public library district that will carry out the spirit and intent of sections 182.610 to 182.670, and the board shall employ a duly qualified graduate librarian as the chief executive and administrative officer of the consolidated public library district charged with the duty of carrying out the policies adopted by the board.  The librarian shall serve at the pleasure of the board.  The librarian shall have the authority to employ professional library assistants and other employees to fill the positions that are created by the board.  The assistants and employees may be dismissed by the librarian.

--------

(L. 1972 H.B. 1114, A.L. 2005 H.B. 47, A.L. 2017 S.B. 112)

---------------- **182.640**   **8/28/2017** ----------------



182.645.  Fiscal year — budget — treasurer custodian of funds. — 1.  The fiscal year for each consolidated public library district shall be July first to June thirtieth, and each year the librarian shall submit to the board of trustees a budget for the forthcoming fiscal year.  The board shall approve the budget after making any changes therein that it deems necessary.  The budget shall be approved on or before June thirtieth preceding the fiscal year for which the budget was prepared.  The board on its own motion or at the request of the librarian, from time to time, may amend or modify the approved budget.  A copy of the approved budget shall be filed with each county commission or county executive office of the counties comprising the consolidated public library district, and with the state auditor.

2.  The treasurer of the board of trustees of a consolidated public library district shall receive and be the custodian of all money belonging to the district from whatever source derived.  All funds of the consolidated public library district derived from local taxation to be used for normal operations of the district and received from the county collector, shall be kept in a consolidated library operating fund.  All funds belonging to the district which are to be used for building purposes shall be kept in a consolidated library building fund; all funds derived from state aid or federal grants, other than land, building and furnishing grants, shall be kept in the consolidated library operating fund; and the board may establish any other funds that it deems necessary.  The treasurer shall deposit all moneys belonging to the consolidated public library district in the depositaries that are selected by the board of trustees.  The treasurer shall also be the custodian of all bonds or other securities belonging to the consolidated public library district.

3.  Consolidated public library district moneys shall be disbursed by the treasurer by appropriate instrument of payment only upon due authorization of the consolidated public library

district board of trustees and duly certified for payment by the president. The certification shall specify the amount to be paid, to whom payment is to be made and the purpose for which payment is being made. The board by resolution may direct that the signature of the president or treasurer be a facsimile signature in the manner provided by sections 105.273 to 105.278.

4. No authorization or certification shall be made, and no instrument of payment issued for the payment of any consolidated public library district indebtedness unless there is sufficient money in the treasury and the proper fund for the payment of the indebtedness and be in the proper form.

5. The treasurer of the board of trustees shall submit to the board of trustees, at each regularly scheduled meeting of the board, an accounting reflecting receipt and disbursement of funds belonging to the consolidated public library district.

--------

(L. 1972 H.B. 1114)

---------------- 182.645   8/28/1972 ----------------

182.647. Bonds of employees — records and reports required. — 1. The treasurer, the librarian and other employees as designated by the board, before entering upon the discharge of their duties as such, shall enter into bond or bonds with a corporate surety to be approved by the board of trustees in such amount as may be fixed by the board, conditioned that they will render a faithful and just account of all money that comes into their hands, and otherwise perform the duties of their office according to law. The consolidated public library district shall pay the premium for the bond or bonds from its operating fund. A copy of such bond or bonds shall be filed with the treasurer of the board and clerk for each county included within the consolidated public library district. In case of a breach of the conditions of the bond or bonds the board or any taxpayer of the consolidated public library district may cause suit to be brought thereon. The suit shall be prosecuted in the name of the state of Missouri at the relation of and for use of the proper consolidated public library district.

2. The librarian, for and on behalf of the board, shall keep or cause to be kept financial records and accounts according to generally accepted accounting standards, and shall furnish to the board or any member thereof the financial records and accounts, or summaries thereof, that the board or any member thereof may request.

3. On or before the thirtieth day of September of each year, the librarian shall make a report to the board, stating the condition of the library and its services as of the thirtieth day of June of the preceding fiscal year. This report shall be accompanied by an audit conducted by an independent auditing firm. On or before the thirty-first day of October, the reports shall be submitted to the county commissions and county executive officers and Missouri state library commission by the board of trustees of the consolidated public library district.

--------

(L. 1972 H.B. 1114, A.L. 2010 H.B. 1559)

---------------- 182.647   8/28/2010 ----------------

182.650. Rate of tax — election to increase rate — form of ballot. — 1. Whenever a consolidated public library district has been created it may levy a tax at a rate of not less than

twenty cents on the one hundred dollars of assessed valuation of all taxable property in the districts to be served by the consolidated public library district; except that, any increase in the rate of taxation to be assessed shall, on resolution adopted by the board of trustees of the consolidated public library district, be submitted to the county commission or county executive officers of the counties included within the district, to be submitted to the voters of the respective counties for approval.

2.  The county commissions or county executive officers, after receipt of the resolution pursuant to the provisions of this section, shall order that the proposed increase in the rate of taxation be submitted to the voters of the consolidated public library district at an election. The order of the commission and the notice shall specify the name of the county and the rate of taxation mentioned in the petition.

3.  The question shall be submitted in substantially the following form:

Shall there be a _____ cent tax increase over the _____ cent tax per hundred dollars assessed valuation for the _____ consolidated public library district?

4.  If a majority of all the votes cast on the question shall be for the tax increase as submitted, the increased tax specified in the notice shall be levied and collected in like manner with other county taxes and shall be paid and forwarded to the treasurer of the board of trustees of the consolidated public library district by the county collector.

5.  If a majority of the votes cast on the question shall be against the tax rate as submitted, then the tax rate shall remain at the previously existing levy.

6.  Whenever in any consolidated public library district which has decided to establish and maintain a free library in any district served under the provisions of sections 182.610 to 182.670, the consolidated public library district board of trustees, by written resolution entered of record, deems it necessary that free library buildings be erected in the district, it shall notify the county commission or chief executive in writing asking that an annual tax be levied at and as an increased rate of taxation for the library buildings and specify in its resolution an additional rate of taxation of _____ cents on the hundred dollars annually, and not to be levied for more than ten years on all taxable property in such consolidated public library district, then the county commission or county executive officer shall enter of record a brief recital of the resolution and shall order that the question be submitted to the voters of the consolidated public library district. The order of the commission or county executive officer and notice shall specify the rate of taxation mentioned in the resolution.

7.  The question shall be submitted in substantially the following form:

Shall there be a _____ cent tax for erection of library buildings?

8.  If the majority of the voters of the county library district voting on the question vote in favor of the tax, the tax specified in the notice shall be levied and collected in like manner with other taxes of the county, and delivered to the treasurer of the board of trustees of the consolidated public library district, and shall be subject to the exclusive control of the consolidated public library district board of trustees, and the fund shall be disbursed by the consolidated public library district treasurer only upon proper instrument of payment of the board, and be used for expenses incident to the erection and furnishing of the library

38

buildings. The levy herein providing for the erection of library buildings shall be in addition to the tax levied for the establishment and maintenance of the consolidated public library district.

--------

(L. 1972 H.B. 1114, A.L. 1978 H.B. 971)

---------------- 182.650   8/28/1978 ----------------



182.655. Board may purchase land and erect buildings — bonds issued, when — election. — 1. The board of trustees of the consolidated public library district may provide for the purchase of ground and for the erection of public library buildings, and for the improvement of existing buildings, and for the furnishing of said buildings and may provide for the payment of the same by the issue of bonds or otherwise, subject to the conditions and limitations set forth in this section.

2. No bonds shall be issued in an amount in excess of the constitutional limitations of the value of taxable, tangible property in the consolidated public library district, as shown by the last completed assessment for state and county purposes, nor shall such indebtedness be incurred unless it has been approved by the vote of the constitutionally required percentage of the voters of the consolidated public library district voting on the question at a municipal election. The ballot for approval shall state in boldfaced type the tax rate necessary to retire the bonds as nearly accurate as may be.

3. The boards of trustees shall provide for the collection of an annual tax on all taxable, tangible property in the consolidated public library district sufficient to pay the interest and principal of the indebtedness as they shall fall due and to retire the same within twenty years from the date contracted.

4. If, upon the returns from the election, which shall be certified to the board of trustees of the district, it appears that the question to incur indebtedness has been assented to by the constitutionally required percentage of the voters voting on the question, the board of trustees shall enter of record a brief recital of the returns and shall declare that the consolidated public library district board of trustees may issue bonds of the consolidated public library district in a total amount not in excess of that authorized by the voters. The board shall offer such bonds at public sale and shall provide such method as it may deem necessary for the advertisement of the sale of each issue of said bonds before the same are sold. The bonds shall be issued, payable to bearer and in denominations of not less than one hundred dollars, or some multiple thereof, payable in not more than twenty years from the date they bear, bearing interest from date at a rate not exceeding the rate allowable by law, payable semiannually, and with interest coupons attached to conform to the face thereof. All bonds shall be signed by the president of the board of trustees, attested by the signature of the treasurer, and each bond shall have impressed thereon the corporate seal of the consolidated public library district.

--------

(L. 1972 H.B. 1114, A.L. 1978 H.B. 971)

---------------- 182.655   8/28/1978 ----------------

182.660. May incorporate other public library districts — petition, notice — transfer of property, when. — 1. Any consolidated public library district created under sections 182.610 to

182.670 may enlarge the area it serves by incorporating into it any county, city, municipal, school or public library district.

2. The board of trustees of a county, city, municipal, school or public library district may, by resolution duly acted upon, petition the board of trustees of a consolidated public library district to become a part of and be included in such consolidated public library district. The petitioning district may be admitted into the consolidated public library district upon majority vote of the board of trustees of the consolidated public library district at the prevailing tax rate of the consolidated district. Notice of inclusion of the petitioning district into the consolidated public library district shall be given to the governing authority of the district so included in accordance with the notice provisions set out in section 182.620.

3. Whenever five percent of the voters of a county, city, municipal, school or public library district shall petition in writing the governing authority of the district to be included in the consolidated public library district and upon written approval by majority vote of the board of trustees of the consolidated public library district, it shall be the duty of the governing authority to submit the question to the voters of the petitioning district at an election.

4. Upon admission of any petitioning district by majority vote of the board of trustees of the consolidated public library district or upon majority approval of the voters of any such district for inclusion in the consolidated public library district, the taxing authority and governing authority of the district shall take appropriate action to transfer, within sixty days following the approval or election, all title and interest in all property both real and personal in the name of the district, to the board of trustees of the consolidated public library district. Upon the transfer of the title and interest in the property, it shall become a part of the consolidated public library district, and the petitioning district and its board of trustees shall cease to exist. Notwithstanding section 182.640 to the contrary, if the petitioning district is a city or municipal library district located in part in any county that is not a county participating in the consolidated public library district, the board of trustees of the consolidated public library district shall expand to include one additional trustee appointed by the county commissioners or county executive officers of the county not currently included in the consolidated public library district. Upon the admission of the petitioning district for inclusion in the consolidated public library district, the transfer of the title and interest in property of such petitioning district, and the appointment of the additional trustee, the petitioning district and its board of trustees shall cease to exist.

5. If the tax levy for the district admitted is not at the same rate as that of the consolidated public library district or if there is no tax levied in the district for the support of public libraries, then at the beginning of the next taxing period a tax or taxes shall be levied in the district admitted to conform to and be the same as that levied in the consolidated public library district.

--------

(L. 1972 H.B. 1114, A.L. 1978 H.B. 971, A.L. 2017 S.B. 112)

---------------- 182.660   8/28/2017 ----------------

182.670. Board to adopt rules and regulations — suspension of library privileges, when. — 1. The board of trustees of the consolidated public library district shall adopt reasonable rules and regulations governing the terms and privileges for the use of the library and its facilities and shall cause the same to be published, with amendments, and filed with the clerk of each county

served by the consolidated public library district and shall have on file a copy thereof in all library facilities open to the public.

2. If any person or corporation using the facilities of the consolidated public library district shall violate any of the published rules or regulations adopted by the board, the board or the librarian of the consolidated public library district may suspend that person's or corporation's library privileges either temporarily or permanently, as the consolidated public library district shall deem to be in the best interests of the consolidated public library and of the people it serves.

--------

(L. 1972 H.B. 1114)

---------------- **182.670   8/28/1972** ----------------



182.701. Definitions. — As used in sections 182.701 to 182.723, the following terms mean:

(1) "Nine director urban school district", a school district which is located in a county of the first class having a charter form of government, which school district contains the greater part of a city which has a population of more than three hundred thousand inhabitants as defined in sections 162.461 to 162.551;

(2) "Public library purposes", all those functions ordinarily and properly carried out by a public library, including, but not limited to, the acquisition, storage, indexing, display and distribution of reading and viewing materials for use by the public, maintenance of facilities for the storage, reading and viewing of such materials, and the management and administration of these operations;

(3) "Board of trustees", the members of the library board of an urban public library district appointed pursuant to the provisions of sections 182.701 to 182.723.

--------

(L. 1988 S.B. 681)

---------------- **182.701   8/28/1988** ----------------

182.703. Urban public library district, procedure to create — boundaries — new district to be successor to library serving same boundaries — authority to levy property tax. — Urban public library districts may be created, upon the favorable vote of a majority of the residents of the nine director school district voting at an election held on any permissible election date. The decision as to whether the issue of creation of a new urban public library district will be placed on the ballot must be made by a majority vote of the nine member board of directors of the urban school district. The boundaries of any new urban public library district shall coincide with the respective nine director urban school district. Upon creation of any such district, the new district shall be designated as successor to any public library system operated within such boundaries immediately preceding the date of the election, and shall be entitled to levy a property tax at the same rate as had been authorized pursuant to section 137.030 for operation of the public library by the nine director urban school district immediately prior to creation of the new urban public library district. Effective the first calendar year after the election resulting in creation of the urban public library district, the nine director urban school district serving the same boundaries shall no longer be authorized to levy a tax for public library purposes. The alteration of the

41

boundaries of a nine director urban school district shall not affect the boundaries of any urban public library district created pursuant to sections 182.701 to 182.723.

--------

(L. 1988 S.B. 681)

---------------- 182.703   8/28/1988 ----------------

182.705.  Powers — duties of urban public library districts. — An urban public library district is a body corporate and a political subdivision of the state of Missouri, and by and through its governing board of trustees may engage in and contract for every and all types of services, actions or endeavors, not contrary to law, necessary to the successful and efficient prosecution and continuation of the businesses and purposes for which it is created, including, but not limited to, the following:

(1)  To have succession by its corporate name perpetually or for a period of time at the pleasure of the electorate of the district it serves;

(2)  To sue and be sued, complain and defend in any court of law or equity;

(3)  To have a corporate seal which may be altered at the pleasure of the board of trustees and to use the same by causing it or a facsimile thereof to be impressed or affixed or in any manner reproduced;

(4)  To purchase, take, receive, lease, or otherwise acquire, by eminent domain or otherwise, own, hold, improve, use, sell, convey, lease, exchange, transfer and otherwise dispose of all or any part of its real or personal property, or any interest therein, or other assets wherever situated; and to hold for any period of time gifts of real and personal property for the use and benefit of it, the same to be accepted and controlled by the board of trustees, according to the terms of the deed, gift, devise or bequest of such property; to make contracts and guarantees and incur liability; to borrow money at rates of interest; to issue its bonds or other obligations;

(5)  To elect or appoint officers and agents of the library district, define their duties and fix their compensation, and to indemnify directors, officers and employees to the extent and in the manner permitted by law;

(6)  To make and alter bylaws, not inconsistent with the laws of this state, for the administration and regulation of the affairs of the district, and to adopt emergency bylaws and exercise emergency powers as permitted by law;

(7)  To invest all or any part of the funds of the district in obligations, redeemable at maturity at par, of the state of Missouri or any political subdivision thereof, or of the United States or of any wholly owned corporation of the United States, or certificates of deposit or time deposits of any financial institution if the financial institution has deposited securities under the provisions of sections 110.010 and 110.020; except that, no funds shall be invested in obligations which are to mature beyond the date that the funds are needed for purposes for which they were received by the consolidated public library district.  Interest or earnings derived from the funds shall belong to the district and may be disbursed and expended for the same purposes and in the same manner as other funds belonging to the district;

(8)  To authorize any employee, or trustee of the district to attend national, regional or state conventions, workshops or other meetings deemed by the board to be of interest to the district; and the board, in its discretion, may authorize the expenditure of funds of the district to reimburse the employee, trustee, officer or librarian for expenses incurred in attending such conventions, meetings or workshops;

(9)  To retain or authorize the library director to retain and employ accountants, bookkeeping services, architects, financial advisors, legal counsel, business managers, consultants or other persons offering specialized services on the conditions and for reasonable fees or compensation as the board may determine;

(10)  To exercise the sole and exclusive control over all of the property and things of value owned or possessed by the district;

(11)  To enter into contracts with any agency of the United States, of this state, or of any other state; or any city, municipal, school or public library district or any political subdivisions of this state or of any other state, or with any college, university or educational institution, public or private, or any corporation, organization or association to render or to receive specific library services;

(12)  To apply for and receive and otherwise expend and use any state aid which is appropriated by the general assembly of the state of Missouri, on such terms and conditions as shall be set forth and included in that legislation;

(13)  To apply for and receive and otherwise expend and use any federal aid which is now or hereafter shall be appropriated by the Congress of the United States, on such terms and conditions as shall be set forth and included in that legislation.

--------

(L. 1988 S.B. 681)

---------------- 182.705   8/28/1988 ----------------



182.707.  Board of trustees, appointment, qualifications, terms, vacancies, expenses, officers how selected — meetings — majority vote of full board required when — librarian powers and duties — staff. — 1.  An urban public library district created under the provisions of sections 182.701 to 182.723 shall be governed by a board of trustees which shall consist of nine members.  The initial board of trustees shall be appointed by the board of directors of the nine director urban school district, no later than fifteen business days following an election approving creation of an urban public library district.  The new board of trustees shall meet and organize within ten days of appointment, or as soon after as reasonably practicable.  After the initial appointments, successor trustees shall be appointed by the mayors of the three cities in which the greatest portion of the geographic area of the new urban public library district is located.  Seven trustees shall be appointed by the mayor of the city in which the greatest percentage of the geographic area served is located.  The mayor of each of the other two cities shall be entitled to appoint one member of the board of trustees.  The mayor of the city comprising the third largest geographic area shall be authorized to appoint one board member two years following the initial appointment.  The mayor of the city serving the second largest geographic area shall be authorized to appoint one member four years after the initial appointment.

43

2. Of the nine members initially appointed to the board of trustees pursuant to subsection 1 of this section, two shall serve for two years, three shall serve for three years and four shall serve for four years. At the time of the organizational meeting of the initial library board appointed by the board of education, the nine appointed members shall decide by drawing lots which shall serve for two, three or four years. After the initial members of the board of trustees have been appointed in the manner set forth above, members shall be appointed to serve terms of four years, except that a member appointed to fill a vacancy in a term of office shall be appointed to serve only the remainder of that term. Each member appointed shall serve until his successor in office is appointed and qualified.

3. Each member of the board of trustees shall be at least twenty-five years of age and shall be a resident of the urban public library district and shall have resided within the state of Missouri for at least one year next preceding his or her appointment.

4. Vacancies in the board of trustees occasioned by removals, resignations, or otherwise shall be reported to the mayor of the appropriate appointing city, and shall be filled in like manner as original appointment; except that, if the vacancy occurs during an unexpired term, the appointment shall be for only the unexpired portion of that term.

5. No trustee shall receive any fee, salary, gratuity or other compensation or remuneration for acting as such, except that the board of trustees may reimburse its members for actual and necessary expenses incurred in the performance of their duties.

6. The board of trustees shall have a president, secretary, and a treasurer and such other officers as the board may select. All officers of the board of trustees shall be selected by the board. All officers of the board of trustees shall serve at the pleasure of the board and shall not receive any salary, gratuity or other compensation or reimbursement for acting as such, except the treasurer, who may also serve as secretary.

7. The board of trustees shall provide for regularly scheduled meetings of the board to be held monthly. The board of trustees shall make and adopt bylaws, rules and regulations governing the proceedings of the board, including bylaws prescribing the duties of each officer of the board of trustees. No bylaws, rules or regulations shall be contrary to, or inconsistent with, any provision of law.

8. A majority of the full board of trustees shall constitute a quorum for the transaction of business. An act of the majority of the trustees present at a meeting at which a quorum is present shall be the act of the board of trustees, except as hereinafter provided. The affirmative vote of a majority of the full board of trustees shall be required to enter into any contract, employ or dismiss the chief administrative officer of the district, effect a merger or consolidation or approve a budget.

9. The board of trustees of an urban public library district shall adopt policies for the government of the urban public library district that will carry out the spirit and intent of sections 182.701 to 182.723, and the board of trustees shall employ a chief executive as administrative officer of the urban public library district charged with the duty of carrying out the policies adopted by the board of trustees. The chief executive shall serve at the pleasure of the board of trustees. The chief executive shall have the authority to employ professional library assistants

44

Case 5:19-cv-06137-BP   Document 89-1   Filed 10/19/20   Page 47 of 62

and other employees to fill the positions that are created by the board of trustees. The assistants and employees may be dismissed by the chief executive.

--------

(L. 1988 S.B. 681, A.L. 2005 H.B. 638)

----------------- 182.707   8/28/2005 -----------------

182.709. Retirement system, employees eligible for certain public school retirement system. — All employees of an urban public library district who would be eligible for membership in the public school retirement system of the public library system continued to be operated by the nine director urban school district shall be members of the retirement system of a nine director urban school district created pursuant to sections 169.270 to 169.400.

--------

(L. 1988 S.B. 681)

----------------- 182.709   8/28/1988 -----------------

182.711. Fiscal year for library district — budget to be approved, when, modification when, filed with state auditor — library operating fund established — treasurer powers and duties. — 1. The fiscal year for each urban public library district shall be July first to June thirtieth, and each year the librarian shall submit to the board of trustees a budget for the forthcoming fiscal year. The board of trustees shall approve the budget after making any changes therein that it deems necessary. The budget shall be approved on or before June thirtieth preceding the fiscal year for which the budget was prepared. The board of trustees on its own motion or at the request of the librarian, from time to time, may amend or modify the approved budget. A copy of the approved budget shall be filed with the state auditor.

2. The treasurer of the board of trustees of an urban public library district shall receive and be the custodian of all money belonging to the district from whatever source derived. All funds of the urban public library district derived from local taxation to be used for normal operations of the district shall be kept in a library operating fund. All funds belonging to the district which are to be used for building purposes shall be kept in a library building fund; all funds derived from state aid or federal grants, other than land, building and furnishing grants, shall be kept in the library operating fund; and the board of trustees may establish any other funds that it deems necessary. The treasurer shall deposit all moneys belonging to the urban public library district in the depositaries that are selected by the board of trustees. The treasurer shall also be the custodian of all bonds or other securities belonging to the urban public library district.

3. Urban public library district moneys shall be disbursed by the treasurer by appropriate instrument of payment only upon due authorization of the board of trustees and duly certified for payment by the president. The certification shall specify the amount to be paid, to whom payment is to be made and the purpose for which payment is being made. The board of trustees by resolution may direct that the signature of the president or treasurer be a facsimile signature in the manner provided by sections 105.272 to 105.278.

4. No authorization or certification shall be made, and no instrument of payment shall be issued for the payment of any urban public library district indebtedness unless there is sufficient money in the treasury and the proper fund for the payment of the indebtedness and the indebtedness is in the proper form.

5.  The treasurer of the board of trustees shall submit to the board of trustees, at each regularly scheduled meeting thereof, an accounting reflecting receipt and disbursement of funds belonging to the urban public library district.

--------

(L. 1988 S.B. 681)

---------------- **182.711   8/28/1988** ----------------



182.713.  Bond required for treasurer, librarian and certain other employees. — 1.  The treasurer, the librarian and other employees as designated by the board of trustees, before entering upon the discharge of their duties as such, shall enter into bond or bonds with a corporate surety to be approved by the board of trustees in such amount as may be fixed by the board of trustees, conditioned that they will render a faithful and just account of all money that comes into their hands, and otherwise perform the duties of their office according to law.  The urban public library district shall pay the premium for the bond or bonds from its operating fund.  A copy of such bond or bonds shall be filed with the treasurer of the board of trustees and clerk for each county included within the urban public library district.  In case of a breach of the conditions of the bond or bonds the board or any taxpayer of the urban public library district may cause suit to be brought thereon.  The suit shall be prosecuted in the name of the state of Missouri at the relation of and for use of the urban public library district.

2.  The chief executive officer of the district, for and on behalf of the board of trustees, shall keep or cause to be kept financial records and accounts according to generally accepted accounting standards, and shall furnish to the board of trustees or any member thereof the financial records and accounts, or summaries thereof, that the board of trustees or any member thereof may request.

3.  On or before the thirty-first day of August of each year, the chief executive officer shall make a report to the board of trustees, stating the condition of the library and its services as of the thirtieth day of June of the preceding fiscal year.  This report shall be accompanied by an audit conducted by an independent auditing firm.  On or before the thirtieth day of September, the reports shall be submitted to the Missouri state library commission by the board of trustees.

--------

(L. 1988 S.B. 681)

---------------- **182.713   8/28/1988** ----------------

182.715.  Taxes raised for a library district transferred to successor urban district, when — tax levy authorized, rate — rate increase, procedure — additional tax to erect buildings, procedure, ballot form. — 1.  Whenever an urban public library district is created pursuant to section 182.703, the vote for creation of the urban public library district shall provide that any levy for library purposes established pursuant to section 137.030 shall be transferred to the urban public library district and such urban public library district shall be authorized to levy a tax at this established levy rate.  Any increase above this levy rate shall, on resolution adopted by the board of trustees of the urban public library district, be submitted to the voters of the urban public library district for approval, in accordance with the provisions of section 137.030.

2.  If a majority of all the votes cast on the question shall be for the tax increase as submitted, the increased tax specified in the notice shall be levied and collected in like manner with other county taxes and shall be paid and forwarded to the treasurer of the board of trustees of an urban public library district by the county collector.

3.  If a majority of the votes cast on the question shall be against the tax rate as submitted, then the tax rate shall remain at the previously existing levy.

4.  Whenever in any urban public library district which has decided to establish and maintain a free library in any district served under the provisions of sections 182.701 to 182.723, the urban public library district board of trustees, by written resolution entered of record, deems it necessary that free library buildings be erected in the district it shall notify the appropriate election authorities that the question should be submitted to the voters of the urban public library district.  The resolution and the notice shall specify the rate of taxation necessary.

5.  The question shall be submitted in substantially the following form:

Shall there be a _____ cent tax for erection of library buildings?

6.  If the majority of the voters of the urban public library district voting on the question vote in favor of the tax, the tax specified in the notice shall be levied and collected in like manner with other taxes of the district, and delivered to the treasurer of the board of trustees of the urban public library district, and shall be subject to the exclusive control of the urban public library district board of trustees and the fund shall be disbursed by the urban public library district treasurer only upon proper instrument of payment of the board of trustees, and be used for expenses incident to the erection and furnishing of the library buildings.  The levy herein providing for the erection of library buildings shall be in addition to the tax levied for the establishment and maintenance of the urban public library district.

--------

(L. 1988 S.B. 681)

---------------- 182.715   8/28/1988 ----------------

182.717.  Bonds issued by district, limitation, purposes, rate — approval by voters required — form and content — sale — amount of bond. — 1.  The board of trustees of an urban public library district may provide for the purchase of ground and for the erection of public library buildings, and for the improvement of existing buildings, and for the furnishing of the buildings and may provide for the payment of the same by the issue of bonds or otherwise, subject to the conditions and limitations set forth in this section.

2.  No bonds of the public library district shall be issued in an amount in excess of the constitutional limitations of the value of taxable, tangible property in an urban public library district, as shown by the last completed assessment for state and county purposes, nor shall such indebtedness be incurred unless it has been approved by the vote of the constitutionally required percentage of the voters of an urban public library district voting on the question at an election.  The ballot for approval shall state in boldfaced type the tax rate necessary to retire the bonds as nearly accurate as may be.

3. The board of trustees shall provide for the collection of an annual tax on all taxable, tangible property in an urban public library district sufficient to pay the interest and principal of the indebtedness as they shall fall due and to retire the same within twenty years from the date contracted.

4. If, upon the returns from the election, which shall be certified to the board of trustees, it appears that the question to incur indebtedness has been assented to by the constitutionally required percentage of the voters voting on the question, the board of trustees shall enter of record a brief recital of the returns and shall declare that the urban public library district board of trustees may issue bonds of the urban public library district in a total amount not in excess of that authorized by the voters. The board of trustees shall offer such bonds at public sale and shall provide such method as it may deem necessary for the advertisement of the sale of each issue of said bonds before the same are sold. The bonds shall be issued, payable to bearer and in denominations of not less than one hundred dollars, or some multiple thereof, payable in not more than twenty years from the date they bear, bearing interest from date at a rate not exceeding the rate allowable by law, payable semiannually, and with interest coupons attached to conform to the fact thereof. All bonds shall be signed by the president of the board of trustees, attested by the signature of the treasurer, and each bond shall have impressed thereon the corporate seal of the urban public library district.

--------

(L. 1988 S.B. 681)

---------------- **182.717**    **8/28/1988** ----------------



182.719. Rules and regulations, duties of board to establish, filed with county clerk — violations, suspension of library privileges. — 1. The board of trustees of an urban public library district shall adopt reasonable rules and regulations governing the terms and privileges for the use of the library and its facilities and shall cause the same to be published, with amendments, and filed with the clerk of the county served by the urban public library district, and shall have on file a copy thereof in all library facilities open to the public.

2. If any person or corporation using the facilities of an urban public library district shall violate any of the published rules or regulations adopted by the board of trustees, the board of trustees or the librarian of the urban public library district may suspend that person's or corporation's library privileges either temporarily or permanently, as the urban public library district shall deem to be in the best interests of the urban public library and of the people it serves.

--------

(L. 1988 S.B. 681)

---------------- **182.719**    **8/28/1988** ----------------

182.721. Real property, obligations, rights of nine-director urban school district used solely for library purposes transferred to urban public library district — property used for both library and nonlibrary purposes not to be transferred — rental agreement, when. — 1. Except as otherwise provided in subsections 2 and 3 of this section, on the effective date of the creation of an urban public library district pursuant to sections 182.701 to 182.723, all right, title and interest

of a nine-director urban school district in and to all real property and improvements thereon used for public library purposes or thereafter acquired for public library purposes shall be transferred to and vested in the urban public library district the boundaries of which coincide with those of the nine director urban school district.

2. Any real property held by a nine-director urban school district which was formerly used for nonlibrary purposes, and which at the time of the election resulting in creation of an urban public library district had a building constructed thereon used for public library purposes with a postal facility in the building, shall become the property of the new urban public library district.

3. Any real property or improvements thereon or both which were acquired, built or developed with funds raised or provided for, or otherwise dedicated to, both library purposes and nonlibrary purposes shall be retained by the nine-director urban school district. If any urban public library district elects to continue to occupy and use that building space used for public library purposes on the real property following creation of the urban public library district, the urban public library district shall make such rental payments as are agreed upon by the urban school district and the urban public library district. The urban school district shall not be required to permit such use, which shall occur only through a duly authorized and executed lease agreement.

4. In addition to the transfer of any fee simple rights to property which was used solely for public library purposes as of the date of creation of the urban public library district, the urban school district serving the area shall transfer to the new urban public library district any and all reversionary rights, leasehold rights or other real property rights or obligations, including the obligation to make rental payments, which pertain to property used solely for public library purposes, except as otherwise provided for this section.

--------

(L. 1988 S.B. 681)

---------------- **182.721**   **8/28/1988** ----------------

182.723. Personal property, funds and obligations of nine-director urban school districts used for public library purposes to be transferred to urban public district. — Upon the effective date of creation of an urban public library district any and all outstanding obligations of a nine-director urban school district incurred for public library purposes shall become the obligations of the corresponding urban public library district; all funds of such nine-director urban school district collected and held for public library purposes shall be transferred to and vested in the urban public library district; and all personal property held by such nine-director urban school district and used for public library purposes shall be transferred to and vested in the urban public library district. Any money borrowed and bonds issued for the purpose of purchasing sites for public library buildings or erecting, remodeling, or furnishing library buildings or any combination thereof shall be deemed obligations incurred for public library purposes.

--------

(L. 1988 S.B. 681)

---------------- **182.723**   **8/28/1988** ----------------

⬆

182.800. Free libraries — funds, investment of. — The governing board of any free library district may invest funds of the district. The board may invest the funds in either open time deposits for ninety days or certificates of deposit in a depositary selected by the board, if the depositary has deposited securities under the provisions of sections 110.010 and 110.020; or in bonds, redeemable at maturity at par, of the state of Missouri, of the United States, or of any wholly owned corporation of the United States; or in other short term obligations of the United States. No open time deposits shall be made or bonds purchased to mature beyond the date that the funds are needed for the purpose for which they were received by the district. Interest accruing from the investment of funds in such deposits or bonds shall be credited to the library district fund from which the money was invested.

--------
(L. 1971 H.B. 104 § 1)

---------------- 182.800   8/28/1971 ----------------

182.802. Public libraries, sales tax authorized — ballot language — definitions (Butler, Ripley, Wayne, Stoddard, New Madrid, Dunklin, Pemiscot, Saline, and Cedar counties) — 1. (1) Any public library district located in any of the following counties may impose a tax as provided in this section:

(a) At least partially within any county of the third classification without a township form of government and with more than forty thousand eight hundred but fewer than forty thousand nine hundred inhabitants;

(b) Any county of the third classification without a township form of government and with more than thirteen thousand five hundred but fewer than thirteen thousand six hundred inhabitants;

(c) Any county of the third classification without a township form of government and with more than thirteen thousand two hundred but fewer than thirteen thousand three hundred inhabitants;

(d) Any county of the third classification with a township form of government and with more than twenty-nine thousand seven hundred but fewer than twenty-nine thousand eight hundred inhabitants;

(e) Any county of the second classification with more than nineteen thousand seven hundred but fewer than nineteen thousand eight hundred inhabitants;

(f) Any county of the third classification with a township form of government and with more than thirty-three thousand one hundred but fewer than thirty-three thousand two hundred inhabitants;

(g) Any county of the third classification without a township form of government and with more than eighteen thousand but fewer than twenty thousand inhabitants and with a city of the third classification with more than six thousand but fewer than seven thousand inhabitants as the county seat;

(h) Any county of the fourth classification with more than twenty thousand but fewer than thirty thousand inhabitants; or

50

(i)  Any county of the third classification with more than thirteen thousand nine hundred but fewer than fourteen thousand inhabitants.

(2)  Any public library district listed in subdivision (1) of this subsection may, by a majority vote of its board of directors, impose a tax not to exceed one-half of one cent on all retail sales subject to taxation under sections 144.010 to 144.525 for the purpose of funding the operation and maintenance of public libraries within the boundaries of such library district.  The tax authorized by this subsection shall be in addition to all other taxes allowed by law.  No tax under this subsection shall become effective unless the board of directors submits to the voters of the district, at a county or state general, primary or special election, a proposal to authorize the tax, and such tax shall become effective only after the majority of the voters voting on such tax approve such tax.

2.  In the event the district seeks to impose a sales tax under this subsection, the question shall be submitted in substantially the following form:

Shall a _____ cent sales tax be levied on all retail sales within the district for the purpose of providing funding for _____ library district?

☐ YES                              ☐ NO

If a majority of the votes cast on the proposal by the qualified voters voting thereon are in favor of the proposal, then the tax shall become effective.  If a majority of the votes cast by the qualified voters voting are opposed to the proposal, then the board of directors shall have no power to impose the tax unless and until another proposal to authorize the tax is submitted to the voters of the district and such proposal is approved by a majority of the qualified voters voting thereon.  The provisions of sections 32.085 and 32.087 shall apply to any tax approved under this subsection.

3.  As used in this section, "qualified voters" or "voters" means any individuals residing within the district who are eligible to be registered voters and who have registered to vote under chapter 115, or, if no individuals are eligible and registered to vote reside within the proposed district, all of the owners of real property located within the proposed district who have unanimously petitioned for or consented to the adoption of an ordinance by the governing body imposing a tax authorized in this section.  If the owner of the property within the proposed district is a political subdivision or corporation of the state, the governing body of such political subdivision or corporation shall be considered the owner for purposes of this section.

4.  For purposes of this section the term "public library district" shall mean any city library district, county library district, city-county library district, municipal library district, consolidated library district, or urban library district.

--------

(L. 2011 H.B. 161, A.L. 2012 H.B. 1504, A.L. 2014 S.B. 672, A.L. 2016 H.B. 1561)

---------------- 182.802   8/28/2016 -----------------

182.810. Insurance for library boards. — The library board or board of trustees of any library in the state supported in whole or in part by taxation may purchase and maintain insurance for members of the board, individually, against any liabilities incurred as board members.

--------

(L. 1982 S.B. 835)

---------------- 182.810   8/28/1982 ----------------



182.812. Library network defined — appropriations, rules and regulations — library networking fund established — rulemaking, procedure. — 1. As used in this section, the term "library network" shall mean a formal process of cooperation between libraries and other entities to serve the people of Missouri in an improved fashion through planning and implementing projects and joint activities designed to share and extend combined resources.

2. The state librarian shall promulgate rules and regulations to administer any moneys appropriated by the general assembly for library networks. The sum so appropriated for library networks shall be separate and apart from any and all appropriations made to the state library for any other purpose. The state librarian shall certify the amount of each grant to each approved library network, and warrants shall be issued for the amount so allocated and approved.

3. A special fund to be known as the "Library Networking Fund" is hereby established within the state treasury. It shall consist of any gifts, contributions, grants, or bequests received from federal, private or other sources. Notwithstanding the provisions of section 33.080 to the contrary, moneys in the fund for library networking shall not be transferred to the credit of the general revenue fund at the end of any biennium. All yield, interest, income, increment or gain received from time deposit of moneys in the state treasury to the credit of the library networking fund shall be credited by the state treasurer to the fund.

4. No rule or portion of a rule promulgated under the authority of this section shall become effective until it has been approved by the joint committee on administrative rules in accordance with the procedures provided in this section, and the delegation of the legislative authority to enact law by the adoption of such rules is dependent upon the power of the joint committee on administrative rules to review and suspend rules pending ratification by the senate and the house of representatives as provided in this section.

5. Upon filing any proposed rule with the secretary of state the state librarian shall concurrently submit such proposed rule to the committee which may hold hearings upon any proposed rule or portion thereof at any time.

6. A final order of rulemaking shall not be filed with the secretary of state until thirty days after such final order of rulemaking has been received by the committee. The committee may hold one or more hearings upon such final order of rulemaking during the thirty-day period. If the committee does not disapprove such order of rulemaking within the thirty-day period, the state librarian may file such order of rulemaking with the secretary of state and the order of rulemaking shall be deemed approved.

7.  The committee may, by majority vote of the members, suspend the order of rulemaking or portion thereof by action taken prior to the filing of the final order of rulemaking only for one or more of the following grounds:

(1)  An absence of statutory authority for the proposed rule;

(2)  An emergency relating to public health, safety or welfare;

(3)  The proposed rule is in conflict with state law;

(4)  A substantial change in circumstance since enactment of the law upon which the proposed rule is based.

8.  If the committee disapproves any rule or portion thereof, the state librarian shall not file such disapproved portion of any rule with the secretary of state and the secretary of state shall not publish in the Missouri Register any final order of rulemaking containing the disapproved portion.

9.  If the committee disapproves any rule or portion thereof, the committee shall report its findings to the senate and the house of representatives.  No rule or portion thereof disapproved by the committee shall take effect so long as the senate and the house of representatives ratify the act of the joint committee by resolution adopted in each house within thirty legislative days after such rule or portion thereof has been disapproved by the joint committee.

10.  Upon adoption of a rule as provided in this section, any such rule or portion thereof may be suspended or revoked by the general assembly either by bill or, pursuant to Section 8, Article IV of the Constitution of Missouri, by concurrent resolution upon recommendation of the joint committee on administrative rules.  The committee shall be authorized to hold hearings and make recommendations pursuant to the provisions of section 536.037. The secretary of state shall publish in the Missouri Register, as soon as practicable, notice of the suspension or revocation.

--------

(L. 1983 H.B. 300 § 1, A.L. 1995 S.B. 14)

---------------- 182.812   8/28/1995 ----------------

182.815.  Disclosure of library records, definitions. — As used in this section and section 182.817, the following terms shall mean:

(1)  "Digital resource or material", any E-book, digital periodical, digital thesis, digital dissertation, digital report, application, website, database, or other data available in digital format from a library for display on a computer screen or handheld device;

(2)  "E-book", any book composed or converted to digital format for display on a computer screen or handheld device;

(3)  "Library", any library established by the state or any political subdivision of the state, or combination thereof, by any community college district, or by any college or university, and any private library open to the public;

(4)  "Library material", any book, E-book, digital resource or material, document, film, record, art work, or other library property which a patron may use, borrow or request;

(5)  "Library record", any document, record, or other method of storing information retained, received or generated by a library that identifies a person or persons as having requested, used, or borrowed library material, and all other records identifying the names of library users.  The term "library record" does not include nonidentifying material that may be retained for the purpose of studying or evaluating the circulation of library material in general.

--------

(L. 1986 H.B. 1372 § 1, A.L. 2014 H.B. 1085)

---------------- 182.815   8/28/2014 ----------------

182.817.  Disclosure of library records not required — exceptions — complaint may be filed for compromised privacy, procedure. — 1.  Notwithstanding the provisions of any other law to the contrary, no library, employee or agent of a library, or third party contracted by a library that receives, transmits, maintains, or stores library records shall release or disclose a library record or portion of a library record to any person or persons except:

(1)  In response to a written request of the person identified in that record, according to procedures and forms giving written consent as determined by the library; or

(2)  In response to an order issued by a court of competent jurisdiction upon a finding that the disclosure of such record is necessary to protect the public safety or to prosecute a crime.

2.  Any person whose privacy is compromised as a result of an alleged violation of this section may file a written complaint within one hundred eighty days of the alleged violation with the office of the attorney general describing the facts surrounding the alleged violation.  Such person may additionally bring a private civil action in the circuit court of the county in which the library is located to recover damages.  The court may, in its discretion, award punitive damages and may award to the prevailing party attorney's fees, based on the amount of time reasonably expended, and may provide such equitable relief as it deems necessary or proper.  A prevailing respondent may be awarded attorney fees under this subsection only upon a showing that the case is without foundation.

3.  Upon receipt of a complaint filed in accordance with subsection 2 of this section, the attorney general shall review each complaint and may initiate legal action if deemed appropriate.

--------

(L. 1986 H.B. 1372 § 2, A.L. 2014 H.B. 1085)

---------------- 182.817   8/28/2014 ----------------

182.825.  Definitions. — As used in sections 182.825 and 182.827, the following terms mean:

(1)  "Pornographic for minors", as that term is defined in section 573.010;

(2)  "Public access computer", a computer that is:

(a)  Located in an elementary or secondary public school or public library;

(b)  Frequently or regularly used directly by a minor; and

(c)  Connected to any computer communication system.

--------

(L. 2002 H.B. 1402)

---------------- 182.825   8/28/2002 ----------------

182.827.  Responsibilities of public schools and public libraries with public access computers — rulemaking authority — immunity from liability, when. — 1.  A public school that provides a public access computer shall do one or both of the following:

(1)  Equip the computer with software that will limit minors' ability to gain access to material that is pornographic for minors or purchase internet connectivity from an internet service provider that provides filter services to limit access to material that is pornographic for minors;

(2)  Develop and implement by January 1, 2003, a policy that is consistent with community standards and establishes measures to restrict minors from gaining computer access to material that is pornographic for minors.

2.  The department of elementary and secondary education shall establish rules and regulations for the enforcement of subsection 1 of this section.  Any rule or portion of a rule, as that term is defined in section 536.010, that is created under the authority delegated in this section shall become effective only if it complies with and is subject to all of the provisions of chapter 536 and, if applicable, section 536.028.  This section and chapter 536 are nonseverable and if any of the powers vested with the general assembly pursuant to chapter 536 to review, to delay the effective date or to disapprove and annul a rule are subsequently held unconstitutional, then the grant of rulemaking authority and any rule proposed or adopted after August 28, 2002, shall be invalid and void.

3.  A public library that provides a public access computer shall do one or both of the following:

(1)  Equip the computer with software that will limit minors' ability to gain access to material that is pornographic for minors or purchase internet connectivity from an internet service provider that provides filter services to limit access to material that is pornographic for minors;

(2)  Develop and implement by January 1, 2003, a policy that is consistent with community standards and establishes measures to restrict minors from gaining computer access to material that is pornographic for minors.

4.  The secretary of state shall establish rules and regulations for the enforcement of subsection 3 of this section.  Any rule or portion of a rule, as that term is defined in section 536.010, that is created under the authority delegated in this section shall become effective only if it complies with and is subject to all of the provisions of chapter 536 and, if applicable, section 536.028.  This section and chapter 536 are nonseverable and if any of the powers vested with the general assembly pursuant to chapter 536 to review, to delay the effective date or to disapprove and annul a rule are subsequently held unconstitutional, then the grant of rulemaking authority and any rule proposed or adopted after August 28, 2002, shall be invalid and void.

5. Any public school board member, officer or employee, including library personnel, who willfully neglects or refuses to perform a duty imposed by this section shall be subject to the penalties imposed pursuant to section 162.091.

6. A public school or public school board member, officer or employee, including library personnel, public library or public library board member, officer, employee or trustee that complies with subsection 1 or 3 of this section or an internet service provider providing internet connectivity to such public school or library in order to comply with this section shall not be criminally liable or liable for any damages that might arise from a minor gaining access to material that is pornographic for minors through the use of a public access computer that is owned or controlled by the public school or public library.

--------

(L. 2002 H.B. 1402)

---------------- **182.827**   **8/28/2002** ----------------

182.900. City libraries — organization of library board — state aid, requirements to obtain. — Any city in this state may maintain from its own resources a free public library without the levy or collection of a tax specifically designated for the support and maintenance of such library. The governing body of the city may act as the library board for the library and may designate city officers and employees to serve in other capacities related to the operation of the library. The governing body of the city may accept from any sources property or funds to be utilized for the establishment, maintenance and support of the library. Any city maintaining from its own resources a free public library without the levy or collection of a tax specifically designated for the support and maintenance of such library shall be eligible for state aid to public libraries under the provisions of chapter 181 if the support provided by the city for the public library is at least equal to the amount of revenue which would be realized by a tax of one mill if the library had been tax supported.

--------

(L. 1987 H.B. 179 & 307)

---------------- **182.900**   **8/28/1987** ----------------

# EXHIBIT 2

# Policy For Public Assembly And Petitioning And Distribution Of Literature On Library District Property

Approved by the Board of Trustees July 23, 2019

**Policy for Public Assembly and Petitioning and Distribution of Literature on Library District Property**

Pursuant to the authority granted to the St. Joseph Public Library District (SJPL) under RSMo § 182.230, this policy establishes reasonable rules and regulations controlling public assembly and the petitioning and distribution of literature to employees or patrons on SJPL property by individuals or groups.

Persons are prohibited from engaging in organized public speech or holding public assemblies, protests, rallies, and/or gatherings (collectively, "Assembly"), and from engaging in the personal petitioning or distribution of literature to library employees and patrons (collectively, "Petitioning") in SJPL buildings and grounds except as provided herein. Petitioners and those Assembling are allowed as long as they are in designated areas and follow library policies. Government agencies that disseminate information in SJPL buildings pursuant to the approval of the Library Director or his/her designee are not engaged in petition or distribution of literature as defined in this policy, and are not subject to the restrictions herein.

Assembly and/or Petitioning are only allowed on SJPL property in the following circumstances:
1. Assembly and/or Petitioning are permitted inside the library only when included as part of the agenda of a meeting officially scheduled in a library meeting room, and approved in accordance with SJPL's Meeting Room Policy.
2. Except as part of an officially scheduled meeting, those engaged in Assembly and/or Petitioning, shall be required to stand outside library buildings on SJPL property in areas designated by staff, away from entrances, and must not impede traffic or pursue patrons.

If an individual engaged in Assembly and/or Petitioning is not in a designated area, is impeding traffic, or pursues patrons, he or she will be asked to follow the guidelines contained in this policy. If the guidelines are not followed, the individual will be asked to leave the premises.

The allowance of any Assembly or Petitioning on SJPL property shall not be deemed to constitute an endorsement by SJPL of the content of such Assembly or Petitioning.
Any person wishing to appeal or otherwise question the enforcement of a restriction under this policy should be referred to the Library Director or his/her designee.

This policy is not designed to prohibit the initial access of any person to SJPL property, and shall be enforced without prejudice or arbitrary distinctions between individuals, classes of individuals, or the opinions being expressed.

Case 5:19-cv-06137-BP   Document 89-1   Filed 10/19/20   Page 61 of 62   SJPL000010

Designated Areas: the following locations may be used by individuals or groups who desire to engage in Assembly and/or Petitioning on SJPL property:

Carnegie Library: In the library park at the bench on the east side of the library.

Downtown Library: On the sidewalk in a location that does not impede patrons from accessing the front steps.

Washington Park Library: In the library park at the front of the building by the two benches.

East Hills Library: An area of eight squares of concrete halfway between the statue garden and the front door. The nine squares are between the pillars. Petitioners and those Assembling should not be on the sidewalk in front of the pillars or the ten squares of concrete directly in front of the entrance. Petitioners and Assemblers may not impede entrance into the library..Please see picture below for clarification. The green area is the area where petitioners should stand.



## Hours & Locations
**Downtown Library**

  SJPL000011