# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| STACY ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, ) | |
| ST. JOSEPH PUBLIC LIBRARY, ) | |
| OFFICER REBECCA HAILEY (IN HER ) | |
| PERSONAL AND PROFESSIONAL CAPACITY) ) | |
| ) | |
| ) | |
| Defendants ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE SUGGESTIONS IN OPPOSITION TO SUMMARY JUDGMENT MOTIONS

**COME NOW** Plaintiff Stacy Arnold ("Plaintiff"), *pro se*, and Defendants St. Joseph Public Library, City of St. Joseph and Rebecca Hailey ("Defendants"), by and through their attorneys, and respectfully move this Court for a mutual extension of time of seven (7) days for the filing of suggestions in opposition to summary judgment motions. In support of this joint motion, the parties state as follows:

1. All parties to the case filed summary judgment motions on October 19, 2020.

2. In accordance with Local Rule 7(c)(2), suggestions opposing summary judgment motions are due Monday, November 9, 2020.

3. Plaintiff, realizing that she would need additional time to complete her suggestions, reached out to counsel for Defendants and asked if they would oppose an extension of time.

4. Counsel for Defendants were amenable to Plaintiff's request, and the parties agreed to a mutual extension of seven (7) days, until November 16, 2020, pending leave of the Court.

1

5. For the reasons stated above, the parties seek to mutually extend the deadline to file opposition suggestions until November 16, 2020.

6. The parties will not be prejudiced by the extension of the aforementioned deadline.

7. The parties have made no prior requests for an extension to this deadline and do not bring this motion for the purpose of delay.

WHEREFORE, Plaintiff Stacy Arnold and Defendants St. Joseph Public Library, City of St. Joseph and Rebecca Hailey jointly request that this Court grant them an additional seven (7) days, until November 16, 2020, to file opposing suggestions to dispositive motions.

Respectfully submitted,

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Telephone: (803) 428-7024
Email: stacy.kaye.arnold@gmail.com
Plaintiff, *pro se*

By: /s/ Stacy Arnold
    Stacy Arnold


McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com


By: /s/ Gregory P. Goheen
    Gregory P. Goheen    #58119

Attorneys for Defendant St. Joseph Public Library

And

BATY OTTO CORONADO, PC
4600 Madison Avenue, Suite 210
Kansas City, Missouri 64112
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
E-mail: cheigele@batyotto.com
       scoronado@batyotto.com

By: /s/ Christopher L. Heigele
    Steven F. Coronado    #36392
    Christopher L. Heigele    #45733

Attorneys for Defendants City of St. Joseph and Rebecca Hailey

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on November 3, 2020, to be served by operation of the Court's electronic filing system upon:

| | |
|---|---|
| Christopher L. Heigele<br>Steven F. Coronado<br>Bay Otto Coronado PC – KCMO<br>4600 Madison Avenue<br>Suite 210<br>Kansas City, MO 64112-3019<br>cheigele@batyotto.com<br>scoronado@batyotto.com<br>*Attorneys for Defendants*<br>*City of St. Joseph, Missouri,*<br>*Officer Rebecca Hailey* | Gregory P. Goheen<br>McAnany, Van Cleave & Phillips, PA-KCKS<br>10 East Cambridge Circle Drive<br>Ste. 300<br>Kansas City, KS 66103<br>ggoheen@mvplaw.com<br>*Attorneys for Defendant*<br>*St. Joseph Public Library* |

_/s/ Stacy Arnold_____