| [Fairfield Security Department Incident Report] | 1. Incident Type  Tresspass | | 2. Report Number  18-069001 | |
|---|---|---|---|---|
| 3. Incident Location  Library | 4. Time/Date of Incident  1205/ 01-30-2018 | | 5. Time/Date of Report  0630/ 01-31-18 | |

| Last Name: (Circle: V, **S**, RP, W)  Arnold | First Name:  Stacy | Middle Initial | Sex  F | Race  C |
|---|---|---|---|---|
| Address | City | State | Zip Code | DOB | Age |
| Social Security Number | Phone Number | Arrested: Yes | Hgt  5'6 | Wgt  125 | Hair/Eyes  Bro |

| Last Name: (Circle: V, S, RP, W) | First Name: | Middle Initial | Sex | Race |
|---|---|---|---|---|
| Address | City | State | Zip Code | DOB | Age |
| Social Security Number | Phone Number | Arrested: | Hgt | Wgt | Hair/Eyes |

| Last Name: (Circle: V, S, RP, W) | First Name: | Middle Initial | Sex | Race |
|---|---|---|---|---|
| Address | City | State | Zip Code | DOB | Age |
| Social Security Number | Phone Number | Arrested: | Hgt | Wgt | Hair/Eyes |

| Last Name: (Circle: V, S, RP, W) | First Name: | Middle Initial | Sex | Race |
|---|---|---|---|---|
| Address | City | State | Zip Code | DOB | Age |
| Social Security Number | Phone Number | Arrested: | Hgt | Wgt | Hair/Eyes |

| Vehicle Make/Model | Color | License Number/State | Towed: |
|---|---|---|---|
| VIN | | Tow Company | Tow Company Phone |
| Vehicle Make/Model | Color | License Number/State | Towed: |
| VIN | | Tow Company | Tow Company Phone |

| Tresspass Issued/Ban Length  Yes / 1 yr | Photos Taken? | Youth Supervision Violation?  Y or N |
|---|---|---|
| Print Name | Signature: | Date: |

V = Victim   S = Subject/Suspect   RP = Reporting Party   W = Witness

| Quantity | Description of Property | | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

On Jan 30, 2018 R/o was called by Library worker Maryann concerning complaints she had been getting from people coming to the library and being stopped by a person after getting out of their vehicles and the person wanting them to sign a petition. R/o approached the petitioner and asked her to leave as we did not allow soliciting on Mall property without management approval. She began saying the laws have been changed and she has the right on library grounds as they are public. R/o again asked her to leave and when she wanted names, badge numbers and was almost belligerent R/o called SJPD non emergency and asked for an officer. R/o went back inside Library and Maryann again said they did not approve her to be doing the soliciting. When SJPD arrived R/o turned the situation over to Officers B Hailey and M Kneib. When Ms Arnold kept refusing to leave Officer Hailey asked if we wanted to prosecute Ms Arnold, R/o said yes as R/o could tell she was not going to leave. Officer Hailey put restraints on Ms Arnold and took her to the police car. - - - EOR - - -

Officer Name: R Clary
Officer Signature: Roger Clary
Date: 1-31-18