# Detail Call For Service Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Login ID:** rgordon | | | **Print Date/Time:** 06/13/2018 11:55 | | |
| **From CFS:** | 12336 | **From Date:** | 01/30/2018 12:10 | | **CFS Type:** | All |
| **To CFS:** | 12336 | **To Date:** | 01/30/2018 12:10 | | **Agency Type:** | |
| **Layer:** All | | **Areas:** | All | | | |
| **CFS Number:** | 12336 | **Call Date/Time:** | 01/30/2018 12:10:14 | | **Primary Incident:** | 2018-00007401 |

| | | | |
|---|---|---|---|
| **Location:** | 3702 FREDERICK AVE ST JOSEPH, MO 64506 , SJ | **Dispatch Time:** | 01/30/2018 12:12:42 |
| **Additnl Loc Info:** | | **Arrive Time:** | 01/30/2018 12:23:01 |
| **Common Name:** | | **Clear Date/Time:** | 01/30/2018 13:27:39 |
| **Phone:** | [redacted] | **Created By:** | gnorton |
| | **Nature Of Call:** | **Canceled:** | No |
| **Call Type:** | 1402    **Report Required:** No | **Source:** | Telephone |
| **Status:** | In Progress    **Priority:** 2 | **Fire ORI:** | |
| **Police ORI:** | MO0110100    **EMS ORI:** 021008 | | |

## Person Information

| Name | Person Type | Address | Phone | Race | Sex | DOB | Age | SSN |
|---|---|---|---|---|---|---|---|---|
| CLARY, ROGER | E911 Caller | <UNKNOWN>, , | | | | | | |
| EAST HILLS MALL SECURITY | Complainant | , , | | | | | | |

## Narrative, Questionnaire Responses, TDD Text

| Create Time | Created By | Narrative |
|---|---|---|
| 01/30/2018 12:10:26 | gnorton | IN FRONT OF THE LIBRARY |
| 01/30/2018 12:10:30 | gnorton | SUBJ REFUISNG TO LEAVE MALL LOT . |
| 01/30/2018 12:10:45 | gnorton | WF EARLY 20S |
| 01/30/2018 12:11:10 | gnorton | CALLER IS SECURITY FOR THE MALL |
| 01/30/2018 12:11:25 | gnorton | LSW BLK COAT WHI TURTLE NECK BLK PANTS AND BLK BOOTS |
| 01/30/2018 12:11:49 | gnorton | CALLER IS OUT WITH HER |
| 01/30/2018 12:13:53 | gnorton | ** ALSO RECEIVED [redacted] WITH [redacted] AND HE ADVISED THAT SHE IS THERE WITH A PETITION THAT SHE WANTS PEOPLE TO SIGN AND SHE THINKS IT IS PUBLIC PROPERTY - HIS CALL BACK NUMBE RIS [redacted] |
| 01/30/2018 12:28:06 | mhagler | ARNOLD,STACY KAYE 06101985 |
| 01/30/2018 12:28:20 | mhagler | OLN 01142858 |

## Dispositions

| Disposition | Disposition Count |
|---|---|
| RP | 1 |
| CL | 2 |

# Detail Call For Service Report

| | | | | | |
|---|---|---|---|---|---|
| | **Login ID:** rgordon | | **Print Date/Time:** 06/13/2018 11:55 | | |
| **From CFS:** | 12336 | **From Date:** | 01/30/2018 12:10 | **CFS Type:** | All |
| **To CFS:** | 12336 | **To Date:** | 01/30/2018 12:10 | **Agency Type:** | |
| **Layer:** All | | **Areas:** | All | | |
| **CFS Number:** | None | **Call Date/Time:** | None | **Primary Incident:** | None |

## Associated Areas

| Area Type Code | Description |
|---|---|
| Quadrant | 5-15 |
| Station | Z305 |
| Beat | 3 |
| District | Buchanan Co EMS |
| Police ORI | MO0110100 |
| EMS ORI | 021008 |
| Fire ORI | |

## Incident Number(s)

| Incident Number | ORI Number | Primary Unit | Department Name | Agency Type |
|---|---|---|---|---|
| 2018-00007401 | MO0110100 | Yes | St Joseph Police Department | Police |

## Unit(s)

| Unit | Primary Unit | Radio Number | Personnel |
|---|---|---|---|
| 207 | No | 207 | 34265 Hailey |
| 2X5 | Yes | 2X5 | 47672 Kneib |

## Call Log

| Log Date/Time | Entered By | Action | Description |
|---|---|---|---|
| 01/30/2018 12:10:14 | gnorton | Call Created | New call created. Call Type: ?, Location: , Phone Number: , Name: |
| 01/30/2018 12:10:14 | gnorton | Person Added | Name: |
| 01/30/2018 12:10:20 | gnorton | Location | Location: 3702 FREDERICK AVE, Venue: SJ |
| 01/30/2018 12:10:20 | gnorton | Reset Alarm Level | Fire Alarm Level Reset |
| 01/30/2018 12:10:26 | gnorton | Narrative Added | IN FRONT OF THE LIBRARY |
| 01/30/2018 12:10:30 | gnorton | Narrative Added | SUBJ REFUISNG TO LEAVE MALL LOT |
| 01/30/2018 12:10:45 | gnorton | Narrative Added | WF EARLY 20S |
| 01/30/2018 12:10:49 | gnorton | Call Type | NewCallType: 1402, Status: In Progress, Priority: 2 |
| 01/30/2018 12:11:10 | gnorton | Narrative Added | CALLER IS SECURITY FOR THE MALL |
| 01/30/2018 12:11:25 | gnorton | Narrative Added | LSW BLK COAT WHI TURTLE NECK BLK PANTS AND BLK BOOTS |
| 01/30/2018 12:11:31 | gnorton | Person Updated | Name: CLARY,ROGER,, Location: <UNKNOWN> |
| 01/30/2018 12:11:36 | gnorton | Call Updated | Phone Number: |
| 01/30/2018 12:11:43 | gnorton | Person Added | Name: EAST HILLS MALL SECURITY,,, |
| 01/30/2018 12:11:49 | gnorton | Narrative Added | CALLER IS OUT WITH HER |
| 01/30/2018 12:12:42 | Andrea Rose | Incident Created | Added Incident Number, ORI: MO0110100, Number: 2018-00007401 |
| 01/30/2018 12:12:42 | Andrea Rose | Unit Status Action | Unit 2X5 Dispatched |
| 01/30/2018 12:12:42 | Andrea Rose | Unit Status Action | Unit 207 Dispatched |
| 01/30/2018 12:13:53 | gnorton | Narrative Added | ** ALSO RECEIVED WITH AND HE ADVISED THAT SHE IS THERE WITH A PETITION THAT SHE WANTS PEOPLE TO SIGN AND SHE THINKS IT IS PUBLIC PROPERTY - HIS CALL BACK NUMBE |
| 01/30/2018 12:23:01 | Andrea Rose | Unit Status Action | Unit 207 Arrived |

# Detail Call For Service Report

Login ID: rgordon  Print Date/Time: 06/13/2018 11:55

| From CFS: | 12336 | From Date: | 01/30/2018 12:10 | CFS Type: | All |
| To CFS: | 12336 | To Date: | 01/30/2018 12:10 | Agency Type: | |
| Layer: All | | Areas: | All | | |

| CFS Number: | None | Call Date/Time: | None | Primary Incident: | None |

## Call Log

| Log Date/Time | Entered By | Action | Description |
|---|---|---|---|
| 01/30/2018 12:23:01 | Andrea Rose | Unit Status Action | Unit 2X5 Arrived |
| 01/30/2018 12:28:01 | | Unit Timer Expired | Unit 2X5;Arrived |
| 01/30/2018 12:28:01 | | Unit Timer Expired | Unit 207;Arrived |
| 01/30/2018 12:28:06 | mhagler | Narrative Added | ARNOLD,STACY KAYE 06101985 |
| 01/30/2018 12:28:20 | mhagler | Narrative Added | OLN 01142858 |
| 01/30/2018 12:31:47 | Andrea Rose | Unit Status Action | 10-15 |
| 01/30/2018 12:32:20 | Andrea Rose | Unit Status Action | ENR BOOKING |
| 01/30/2018 12:32:39 | Andrea Rose | Unit Status Action | 10-15 X1 ENR BOOKING |
| 01/30/2018 12:40:14 | jwalker | Unit Status Action | BOOKING |
| 01/30/2018 12:40:14 | jwalker | Unit Status Action | BOOKING |
| 01/30/2018 12:51:48 | Andrea Rose | Unit Status Action | Unit 2X5 cleared from call |
| 01/30/2018 12:51:48 | Andrea Rose | Call Updated | Dispositions Changed |
| 01/30/2018 13:03:40 | Andrea Rose | Unit Status Action | Unit 2X5 Dispatched |
| 01/30/2018 13:03:45 | Andrea Rose | Unit Status Action | Unit 2X5 Arrived |
| 01/30/2018 13:08:45 | | Unit Timer Expired | Unit 2X5;Arrived |
| 01/30/2018 13:27:32 | Andrea Rose | Unit Status Action | Unit 207 cleared from call |
| 01/30/2018 13:27:32 | Andrea Rose | Call Updated | Dispositions Changed |
| 01/30/2018 13:27:39 | Andrea Rose | Unit Status Action | Unit 2X5 cleared from call |
| 01/30/2018 13:27:39 | Andrea Rose | Call Updated | Dispositions Changed |
| 01/30/2018 13:27:39 | Andrea Rose | Call Cleared | |

# Detail Call For Service Report

| From CFS: | 12336 | From Date: | 01/30/2018 12:10 | CFS Type: | All |
|---|---|---|---|---|---|
| To CFS: | 12336 | To Date: | 01/30/2018 12:10 | Agency Type: | |
| Layer: All | | Areas: | All | | |
| CFS Number: | None | Call Date/Time: | None | Primary Incident: | None |

## Unit Log

| Log Date/Time | Entered By | Unit | Status | Action | Description | Location |
|---|---|---|---|---|---|---|
| 01/30/2018 12:12:42 | Andrea Rose | 207 | Dispatched | Unit Status Change | | 3702 FREDERICK AVE, SJ |
| 01/30/2018 12:12:42 | Andrea Rose | 2X5 | Dispatched | Unit Status Change | | 3702 FREDERICK AVE, SJ |
| 01/30/2018 12:23:01 | Andrea Rose | 2X5 | Arrived | Unit Status Change | | |
| 01/30/2018 12:23:01 | Andrea Rose | 207 | Arrived | Unit Status Change | | |
| 01/30/2018 12:28:01 | default_nws - default_nws | 207 | Arrived | Unit Timer Expired | | 3702 FREDERICK AVE, SJ |
| 01/30/2018 12:28:01 | default_nws - default_nws | 2X5 | Arrived | Unit Timer Expired | | 3702 FREDERICK AVE, SJ |
| 01/30/2018 12:31:47 | Andrea Rose | 207 | Arrived | Unit Location | 10-15 | 10-15 |
| 01/30/2018 12:32:20 | Andrea Rose | 2X5 | Arrived | Unit Location | ENR BOOKING | ENR BOOKING |
| 01/30/2018 12:32:39 | Andrea Rose | 207 | Arrived | Unit Location | 10-15 X1 ENR BOOKING | 10-15 X1 ENR BOOKING |
| 01/30/2018 12:40:14 | jwalker | 207 | Arrived | Unit Location | BOOKING | BOOKING |
| 01/30/2018 12:40:14 | jwalker | 2X5 | Arrived | Unit Location | BOOKING | BOOKING |
| 01/30/2018 12:51:48 | Andrea Rose | 2X5 | Available | Unit Cleared | Unit cleared from call | |
| 01/30/2018 12:51:48 | Andrea Rose | 2X5 | Available | Unit Status Change | | |
| 01/30/2018 13:03:40 | Andrea Rose | 2X5 | Dispatched | Unit Status Change | | 3702 FREDERICK AVE, SJ |
| 01/30/2018 13:03:45 | Andrea Rose | 2X5 | Arrived | Unit Status Change | | |
| 01/30/2018 13:08:45 | default_nws - default_nws | 2X5 | Arrived | Unit Timer Expired | | 3702 FREDERICK AVE, SJ |
| 01/30/2018 13:27:32 | Andrea Rose | 207 | Available | Unit Status Change | | |
| 01/30/2018 13:27:32 | Andrea Rose | 207 | Available | Unit Cleared | Unit cleared from call | |
| 01/30/2018 13:27:39 | Andrea Rose | 2X5 | Available | Unit Status Change | | |
| 01/30/2018 13:27:39 | Andrea Rose | 2X5 | Available | Unit Cleared | Unit cleared from call | |