Exhibit K was delivered to the Court in the form of a CD along in Plaintiff Complaint. The applicable CD was entitled Exhibit E in Plaintiff's Complaint and First Amended Complaint.