# UNIFORM CITATION

**ORI NO.** MO 0110100
**ST. JOSEPH POLICE DEPT.**
**ST. JOSEPH, MO 64501**

**Citation No:** 150081960

**STATE OF MISSOURI**
**IN THE CIRCUIT COURT OF** BUCHANAN **COUNTY**
**DIVISION:** ☒ MUNICIPAL ☐ CIRCUIT

**COURT ADDRESS:** 411 JULES STREET, ST. JOSEPH, MO 64501

| COURT DATE | COURT TIME | AM/PM | COURT PHONE NO. | MUNICIPAL COURT (816) 271-4686 | CIRCUIT COURT (816) 271-1462 |
|---|---|---|---|---|---|
| 3-7-18 | 8:30 | ☒ AM | | ☒ | ☐ |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ON/ABOUT (DATE) | AT TIME | HWY CLASS | UPON/AT OR NEAR (LOCATION) |
|---|---|---|---|
| 1-30-18 | 1212 HRS | | 3102 FREDERICK |

WITHIN CITY/COUNTY AND STATE AFORESAID,

**NAME (LAST, FIRST, MIDDLE):** ARNOLD, STACY, K.
**STREET ADDRESS:** 1589 RACCOON RD
**CITY:** MAYESVILLE **STATE:** SC **ZIP CODE:** 29104

| DATE OF BIRTH | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| 6-10-85 | W | F | 503 | 138 |

**DRIVER'S LIC. NO.:** 011428658 / 250611007 **CDL:** ☐ YES ☒ NO **STATE:** SC

**EMPLOYER:**
**ADDRESS:**

**DID UNLAWFULLY:** ☐ OPERATE/DRIVE ☒ PARK ☐ C.M.V. ☐ WITH HAZ MAT

Vehicle: N/A

**DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:**

TRESPASS - told to leave & refused

☐ Subject taken into custody.

**IN VIOLATION OF: STATUTE/ORDINANCE – CHARGE CODE**
☒ ORD. 20-51

| OFFICER | BADGE | TRP/ZONE | DATE |
|---|---|---|---|
| B. HAILEY | 34265 | | 1-30-18 |

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY: ☐ RSMo ☐ ORD.

**PROSECUTOR'S SIGNATURE:** [signature] **DATE:** 2-5-18

I PROMISE TO DISPOSE OF THE CHARGES OF WHICH I AM ACCUSED THROUGH COURT APPEARANCE OR PREPAYMENT OF FINE AND COURT COSTS.

**SIGNATURE:** X REFUSED

**DR. LIC. POSTED:** ☐ YES ☒ NO

MO 100-0051 (2-15)

**ABSTRACT OF COURT RECORD**

ALLIANCE PRINTING, INC. (816) 589-8465 — PRINTED IN THE USA

# Case Report

## Summary

**Print Date/Time:** 02/02/2018 10:56
**Login ID:** aevans
**Case Number:** 2018-00007401

**ORI Number:** St Joseph Police Department MO0110100

## Case

**Case Number:** 2018-00007401
**Location:** 3702 FREDERICK AVE
ST JOSEPH, MO 64506
**Reporting Officer ID:** 34265 - Hailey

**Incident Type:** Trespass
**Occurred From:** 01/30/2018 12:10
**Occurred Thru:** 01/30/2018 12:28
**Disposition:**
**Disposition Date:**
**Reported Date:** 01/30/2018 12:10 Tuesday

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | MO0110100 | 90J | 20-51 (B) | TRESPASS PUBLIC PLACE | 12 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Complainant | 1 | LANGFORD, ZACKARY L | 119 S 15TH ST ST JOSEPH, MO 64501 | (785)850-1261 | White | Male | 11/01/1993 24 |
| Other Subject Not Listed | 1 | EASTHILLS MALL | 3702 FREDERICK AVE ST JOSEPH, MO 64506 | (816)279-5667 | | | |
| Suspect | 1 | ARNOLD, STACY KAYE | 1589 RACCOON RD MAYESVILLE, SC 29104-8995 | (803)428-7024 | White | Female | 06/10/1985 32 |
| Victim | 1 | Society | 1605 S BELT HWY ST JOSEPH, MO 64507 | (816)232-1087 | | | |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 139865 A | ARNOLD, STACY KAYE | 3702 FREDERICK AVE ST JOSEPH, MO 64506 | 01/30/2018 12:28 | Taken Into Custody | 32 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

## Vehicles

| No. Role | Vehicle Type | Year Make | Model | Color | License Plate State |
|---|---|---|---|---|---|

OfficerID: Bhailey, Narrative

ON 01-30-2018 AT 1212 HOURS, OFFICER KNEIB AND I, OFFICER HAILEY RESPONDED TO 3702 FREDERICK AVE, IN REFERENCE TO TRESPASSING. CALLER, ZACKARY L. LANGFORD ADVISED A WHITE FEMALE WAS ASKED TO LEAVE THE MALL PROPERTY FOR SOLICITING AND REFUSED TO LEAVE.

OFFICER'S MADE CONTACT WITH STACY KAYE ARNOLD (06-10-1985), WHO IMMEDIATELY BECAME VERBALLY COMBATIVE WITH OFFICER'S. SHE TOLD US IT WAS HER FIRST AMENDMENT RIGHT AND SHE DIDN'T HAVE TO LEAVE BECAUSE IT WAS PUBLIC PLACE.

SECURITY OFFICER ZACKARY L. LANGFORD ADVISED HE WANTED TO PRESS CHARGES FOR TRESPASSING. I PLACED HER UNDER ARREST, SEARCHED HER PERSON, AND TRANSPORTED HER TO BOOKING.

I ISSUED ARNOLD A CITY SUMMONS AND BOOKED HER IN FOR CITY TRESPASS WITH A CASH OR SURETY BOND OF $150.00.

ORI NO. MO 0110100
ST. JOSEPH POLICE DEPT.
ST. JOSEPH, MO 64501
UNIFORM CITATION  **15 0081960**



STATE OF MISSOURI
IN THE CIRCUIT COURT OF **BUCHANAN** COUNTY  DIVISION: ☐ MUNICIPAL ☐ CIRCUIT

COURT ADDRESS: **411 JULES STREET, ST. JOSEPH, MO 64501**

| COURT DATE | COURT TIME | AM/PM | COURT PHONE NO. | ☒ MUNICIPAL COURT (816) 271-4686 | ☐ CIRCUIT COURT (816) 271-1462 |
|---|---|---|---|---|---|
| 3-7-18 | 8:30 | ☒ AM | | | |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ON/ABOUT (DATE) | AT TIME HRS | HWY CLASS | UPON/AT OR NEAR (LOCATION) |
|---|---|---|---|
| 1-30-18 | 9272 | — | 3702 FREDERICK |

WITHIN CITY/COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE): ARNOLD, STACY, K.
STREET ADDRESS: 1589 RACCOON RD

| CITY | STATE | ZIP CODE |
|---|---|---|
| MAYESVILLE | SC | 29104 |

| DATE OF BIRTH | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| 6-10-85 | W | F | 503 | 138 |

| DRIVER'S LIC. NO. | CDL | STATE |
|---|---|---|
| 011428658 / 252611007 | ☐ YES ☒ NO | SC |

EMPLOYER:

ADDRESS (STREET, CITY, STATE, ZIP):

DID UNLAWFULLY  ☐ OPERATE/DRIVE  ☒ PARK  ☐ C.M.V.  ☐ WITH HAZ MAT

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| | N/A | | | |

| REGISTERED WEIGHT | LIC NUMBER | STATE | YEAR |
|---|---|---|---|

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

TRESPASS

☐ Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

| DRIVING MPH | POSTED SPEED LIMIT MPH | DETECTION METHOD |
|---|---|---|
| | | ☐ STATIONARY RADAR ☐ WATCH (AIR) ☐ PACE ☐ MOVING RADAR ☐ WATCH (GROUND) ☐ OTHER |

IN VIOLATION OF: STATUTE/ORDINANCE – CHARGE CODE
☐ RSMo
☒ ORD.  20-51

SEAT BELT VIOLATION: STATUTE/ORDINANCE – CHARGE CODE
☐ RSMo
☐ ORD.

| OCN | | |
|---|---|---|
| ☐ IN FATAL CRASH ☐ IN CRASH ☐ DWI/BAC | | |

| OFFICER | BADGE | TRP/ZONE | DATE |
|---|---|---|---|
| B. Haney | 34265 | — | 1-30-18 |

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:  ☐ RSMo ☐ ORD.

PROSECUTOR'S SIGNATURE    DATE

I PROMISE TO DISPOSE OF THE CHARGES OF WHICH I AM ACCUSED THROUGH COURT APPEARANCE OR PREPAYMENT OF FINE AND COURT COSTS.

SIGNATURE X  REFUSED

DR. LIC. POSTED ☐ YES ☐ NO

MO 100-0051 (2-15)    **VIOLATOR'S COPY**