## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| STACY ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, | ) | |
| ST. JOSEPH PUBLIC LIBRARY, | ) | |
| OFFICER REBECCA HAILEY (IN HER | ) | |
| PERSONAL AND PROFESSIONAL CAPACITY) | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## <u>SEVENTH DECLARATION OF STACY ARNOLD</u>

COMES NOW, Stacy Arnold, upon her own oath and penalty of perjury, and states the following:

1. I am above the age of 18, have personal knowledge of the facts contained in this declaration, and am competent to testify as to the facts stated herein.

2. After I was charged with trespassing, I had to appear for my arraignment, which occurred a little more than a month later.

3. I traveled from Kansas City to St. Joseph to appear for my arraignment.

4. I also traveled to St. Joseph to find and retain a criminal defense attorney and to personally research the title of the Library.

5. I personally wrote and followed up upon Sunshine requests to the St. Joseph police department, and in so doing, obtained information that I felt was relevant to my criminal case.

6. Prior to my criminal trial date, I spent an inordinate amount of time researching and

1

preparing material fact and non-First Amendment arguments related to my criminal case, as well as First Amendment ones. Part of the non-First Amendment argument I had prepared was that Roger Clary's command to leave was not authorized within the meaning of the ordinance in question.

7.   I declined a plea bargain and was faced with the potential for jail time (specifically six months per the ordinance).

8.   I did not take the plea bargain because I strongly felt that I was not guilty, and moreover my conscience wouldn't let me take the easy way out, even though I felt that I had already been retaliated against, and I feared that I may actually go to jail in retaliation for continuing to press the matter.

9.   Moreover, the prospect of me being convicted wholly or partially because of untruths on my police report was highly upsetting to me. I felt that my arresting officer was using her badge of authority to win a personal power struggle with me, and this struck me as an abomination of liberty and justice.

10. This whole situation, including but certainly not limited to the fabrications on my police report, caused me apprehension, anxiety, mental anguish, feelings of unjust treatment, inconvenience and emotional pain and suffering.

11. My trial was set for July 30, 2018; the case was not dismissed until July 25, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Further declarant sayeth not.

Executed on November 14, 2020

_____

Stacy Arnold

2