IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| STACY ARNOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ST. JOSEPH, )<br>ST. JOSEPH PUBLIC LIBRARY, )<br>OFFICER REBECCA HAILEY (IN HER )<br>PERSONAL AND PROFESSIONAL CAPACITY) )<br>)<br>)<br>Defendants ) | Case No. 19-06137-CV-SJ-BP |

## EIGHTH DECLARATION OF STACY ARNOLD

COMES NOW, Stacy Arnold, upon her own oath and penalty of perjury, and states the following:

1. I am above the age of 18, have personal knowledge of the facts contained in this declaration, and am competent to testify as to the facts stated herein.

2. I took the pictures in Exhibit A with my cell phone in January of 2019.

3. The pictures are of the external grounds of the East Hills Library.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Further declarant sayeth not.

Executed on November 15, 2020    _____

Stacy Arnold