# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| STACY ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, ) | |
| ST. JOSEPH PUBLIC LIBRARY, ) | |
| OFFICER REBECCA HAILEY (IN HER ) | |
| PERSONAL AND PROFESSIONAL CAPACITY) ) | |
| ) | |
| ) | |
| Defendants ) | |

## TENTH DECLARATION OF STACY ARNOLD

COMES NOW, Stacy Arnold, upon her own oath and penalty of perjury, and states the following:

1. I am over the age of 18, have personal knowledge of the facts in this declaration, and am competent to testify as to the facts herein.

2. The screenshot of the email in Exhibit D of this reply brief is a screenshot from my email that shows a message to me from Christina Crane (ccrane@stjoemo.org).

3. The aforementioned email shows images of the property lines of the East Hills Library per Ms. Crane.

4. Exhibit E of this reply brief is one of the attachments included in Ms. Crane's email.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Further declarant sayeth not.

Executed on December 4, 2020

_____

Stacy Arnold