IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STACY K. ARNOLD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 19-06137-CV-SJ-BP |
| CITY OF ST. JOSEPH, MISSOURI, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER Count I is dismissed without prejudice for lack of jurisdiction pursuant to orders dated March 3, 2020 and _January 4, 2021.

Count II is dismissed in part without prejudice for lack of jurisdiction pursuant to orders dated March 3, 2020 and _January 4, 2021, and summary judgment is granted to Defendants on the remainder of Count II pursuant to order dated January 4, 2021.

Summary Judgment granted to defendants on Counts III and V pursuant to order dated January 4, 2021.

Count IV is dismissed in part for failure to state a claim pursuant to order dated March 3, 2020 and summary judgment is granted to Defendants on the remainder of Count IV pursuant to order dated January 4, 2021.

Dated : 1/4/2021

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk