IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ST. JOSEPH, ST. JOSEPH PUBLIC LIBRARY and OFFICER REBECCA HAILEY,<br><br>    Defendants. | Case No. 5:19-CV-06137-BP |

## DEFENDANTS' MOTION FOR COSTS IN THE NATURE ATTORNEY'S FEES AS PREVAILING PARTY UNDER 42 U.S.C. SECTION 1988

COME NOW Defendants, City of St. Joseph ("the City") and Officer Rebecca Hailey ("Officer Hailey"), by and through undersigned counsel, pursuant to F.R.C.P. 54(d)(2), as prevailing parties in the above-captioned case, and hereby submit their Motion for Attorney's fees. Defendants' itemized Bill of Costs, filed contemporaneously herewith, and the fair estimate of fees incurred prior to the filing of this motion, is attached hereto as Exhibit 1. Defendants request that their attorney's fees be taxed as costs against Plaintiff pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P 54(d) in the amount of $38,112.70.

                     Respectfully submitted,

                     **BATY OTTO CORONADO PC**

                     /s/ Christopher L. Heigele
                     Steven F. Coronado    MBN 36392
                     Christopher L. Heigele  MBN 45733
                     4600 Madison Avenue, Suite 210
                     Kansas City, MO 64112
                     Telephone: (816) 531-7200
                     Facsimile: (816) 531-7201
                     scoronado@batyotto.com
                     cheigele@batyotto.com

ATTORNEYS FOR DEFENDANT CITY
OF ST. JOSEPH AND REBECCA HAILEY

## CERTIFICATE OF SERVICE

   I hereby certify the original of the above and foregoing document was filed with the Court through the Court's electronic filing system and served via electronic mail on January 19, 2021, to:

| | |
|---|---|
| Stacy Arnold<br>500 Westover Drive #11589<br>Sanford, NC 27330<br>Stacy.kaye.arnold@gmail.com<br>PLAINTIFF, pro se | Gregory Goheen<br>McAnany, Van Cleave & Phillips, P.A.<br>10 E. Cambridge Circle Drive, 300<br>Kansas City, KS 66103<br>ggoheen@mvplaw.com<br>ATTORNEY FOR DEFENDANT ST. JOSEPH PUBLIC LIBRARY |

            /s/ Christopher L. Heigele
            Attorney for Defendants City of St. Joseph
            and Rebecca Hailey