# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 19-CV-06137-BP |
| v. | ) |
| | ) |
| CITY OF ST. JOSEPH, ET AL., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ST. JOSEPH PUBLIC LIBRARY'S MOTION FOR COSTS IN THE FORM OF ATTORNEYS' FEES AS PREVAILING PARTY UNDER 42 U.S.C. § 1988

**COMES NOW**, Defendant St. Joseph Public Library (hereinafter "Library"), by and through its attorneys of record, and pursuant to Fed.R.Civ.P. 54(d)(2) and Local Rule 54.1, as a prevailing party in this matter, and respectfully submits its Motion for Attorneys' fees. Defendant Library's itemized Bill of Costs with supporting documentation, filed contemporaneously herewith, which requests an award of its taxable categories, and the fair estimate of fees incurred prior to the filing of this motion, is attached hereto as Exhibit 1. Defendant Library requests that its attorneys' fees be taxed as costs against Plaintiff pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54(d) in the amount of $40,096.00.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone:   (913) 371-3838
Facsimile:   (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
    Gregory P. Goheen          #58119

Attorneys for Defendant St. Joseph Public Library

# CERTIFICATE OF SERVICE

  I hereby certify that on the 19th day of January, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Stacy Arnold
500 Westover Drive #11589
Sanford, NC 27330
Plaintiff, *pro se*

Christopher L. Heigele
Steven F. Coronado
Baty Otto Coronado, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Attorneys for Defendants City of St. Joseph and Rebecca Hailey

               /s/ Gregory P. Goheen