Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Arnold v. City of St. Joseph, Missouri et al | Case No. 19-cv-06137-BP |
| Appellant: **Stacy K Arnold** | Appellee: **City of St. Joseph, Missouri et al** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |

**Stacy K Arnold**
500 Westover Drive
#11589
Sandford, NC 27330
803-428-7024
Email: stacy.kaye.arnold@gmail.com
PRO SE

**Christopher L. Heigele**
Baty Otto Coronado, P.C.-KCMO
One Main Plaza
4435 Main Street Suite 1100
Kansas City, MO 64111
816-531-7200
Email: cheigele@batyotto.com

**Steven F. Coronado**
Baty Otto Coronado, P.C.-KCMO
One Main Plaza
4435 Main Street Suite 1100
Kansas City, MO 64111
816-531-7200
Email: scoronado@batyotto.com

**Gregory P Goheen**
McAnany, Van Cleave & Phillips, PA.-KCKS
10 East Cambridge Circle Drive
Ste. 300
Kansas City, KS 66103
(913) 573-3325
Email: ggoheen@mvplaw.com

Court Reporter(s):

Katie Wirt

Please return files and documents to:
**United States District Court
400 East 9th Street, Room 1510
Kansas City, MO   64106**

Contact Person for Appeal:
Jason_Terry@mow.uscourts.gov

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | Paid | No | No |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| Pro Se | Yes | No | No |

**Special Comments:**