IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY ARNOLD, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ST. JOSEPH, ST. JOSEPH PUBLIC LIBRARY and OFFICER REBECCA HAILEY, <br><br> Defendants. | Case No. 5:19-CV-06137-BP |

## NOTICE OF CHANGE OF FIRM ADDRESS

COMES NOW the law firm of Baty Otto Coronado PC and hereby notifies the Court of the change of the firm's Kansas City address. Please note that the new address, effective December 28, 2020, is One Main Plaza, 4435 Main Street, Suite 1100, Kansas City, Missouri 64111. The firm's email addresses and phone numbers remain the same.

Respectfully submitted,

**BATY OTTO CORONADO PC**

/s/ Christopher L. Heigele
_____
Steven F. Coronado         MBN 36392
Christopher L. Heigele     MBN 45733
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
scoronado@batyotto.com
cheigele@batyotto.com
ATTORNEYS FOR DEFENDANT CITY
OF ST. JOSEPH AND REBECCA HAILEY

**CERTIFICATE OF SERVICE**

      I hereby certify the original of the above and foregoing document was filed with the Court through the Court's electronic filing system and served via electronic mail on February 3, 2021, to:

| | |
|---|---|
| Stacy Arnold<br>500 Westover Drive #11589<br>Sanford, NC 27330<br>Stacy.kaye.arnold@gmail.com<br>PLAINTIFF, pro se | Gregory Goheen<br>McAnany, Van Cleave & Phillips, P.A.<br>10 E. Cambridge Circle Drive, 300<br>Kansas City, KS 66103<br>ggoheen@mvplaw.com<br>ATTORNEY FOR DEFENDANT ST. JOSEPH PUBLIC LIBRARY |

      /s/ Christopher L. Heigele
      Attorney for Defendants City of St. Joseph
      and Rebecca Hailey